# Profit and Loss

## Bakers LLC

### January 1, 2025-January 26, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Income** | |
| 4000 Sales Revenue | 822,711.88 |
| 4010 Returns/Discounts/Comps | -2,341.89 |
| 4316 Tips Collected | 183,954.56 |
| **Total for Income** | **$1,004,324.55** |
| **Cost of Goods Sold** | |
| 5050 Cost of Goods Sold - Beverage | 131,718.69 |
| 5055 Cost of Goods Sold - Food | 119,091.59 |
| 5056 Restaurant Supplies Expense | 580.62 |
| **Total for Cost of Goods Sold** | **$251,390.90** |
| **Gross Profit** | **$752,933.65** |
| **Expenses** | |
| 5000 Suspense | 4,431.72 |
| 5060 Accounting | 14,912.50 |
| 5080 Advertising & Promotion | 286.38 |
| 5120 Bank & Merchant Fees | $1,674.42 |
| 5121 Merchant Fees Expense | 7,157.97 |
| **Total for 5120 Bank & Merchant Fees** | **$8,832.39** |
| 5220 Charitable Contributions | 829.04 |
| 5223 Computer Expense & Softwares | 3,083.45 |
| 5224 Internet & Software Expenses | 992.74 |
| 5225 Contracted Labor | 21,145.54 |
| 5230 Dues & Membership Expense | 3,652.62 |
| 5235 Equipment Expense | 10,094.99 |
| 5240 Facility & Utilities Expense | 22,259.16 |
| 5245 Furniture & Fixtures Expense | 1,410.90 |
| 5250 License & Fee Expense | 335.50 |
| 5255 Insurance Expense - Business | 15,848.86 |
| 5260 Insurance Expense - Health | 1,337.38 |
| 5265 Linens Expense | 10,264.78 |
| 5270 Meals & Entertainment | 705.85 |
| 5290 Office Supply Expense | 2,629.97 |
| 5300 Payroll Expense - Administratio | 397.39 |
| 5310 Payroll Expense - Payroll Tax | 59,552.55 |
| 5315 Payroll Expense - Salary & Wage | $320,088.93 |
| 5320 Payroll Expense - Tips Remitted | 190,531.00 |
| **Total for 5315 Payroll Expense - Salary & Wage** | **$510,619.93** |
| 5325 Phone & Internet Expense | 5,379.26 |
| 5330 Postage & Shipping Expense | 1,520.23 |
| 5335 Professional Service Expense | 10,340.09 |

# Profit and Loss

## Bakers LLC

January 1, 2025-January 26, 2026

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| 5340 Rent or Lease Expense | 54,974.72 |
| 5350 Software & Web Hosting Expense | 642.92 |
| 5355 Travel | 2,967.29 |
| 5360 Taxes - City B & O | 3,339.26 |
| 5370 Taxes & Licenses | 1,488.28 |
| **Total for Expenses** | **$774,275.69** |
| **Net Operating Income** | **-$21,342.04** |
| Other Income | |
| 8050 Interest Income | 0.55 |
| 8060 Other Income | |
| Cash Back Rewards | 187.26 |
| **Total for 8060 Other Income** | **$187.26** |
| **Total for Other Income** | **$187.81** |
| Other Expenses | |
| 9060 Interest Expense | 20,421.58 |
| 9070 Penalties | 20,320.39 |
| **Total for Other Expenses** | **$40,741.97** |
| **Net Other Income** | **-$40,554.16** |
| **Net Income** | **-$61,896.20** |

Case 26-10388-TWD   Doc 5   Filed 02/06/26   Ent. 02/06/26 16:12:27