Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802
Email: jennifer@neelemanlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

H. Baker's, LLC

        Debtor.

: Case No.: 26-10388
:
: DECLARATION OF BRIAN SMITH
:
:
:
:
:
:
:
:
:
:

I, Brian Smith, declare under penalty of perjury the following:

1) I am the Managing Member of H. Baker's, LLC.

2) A cash flow statement and accurate balance sheet have not been prepared at this time for H. Baker's, LLC.

Dated this 8th day of February, 2026

                                     /s/ Brian Smith
                                       Brian Smith
                                       Managing Member
                                       H. Baker's, LLC