Jennifer L. Neeleman, WSBA #37374
Thomas D. Neeleman, WSBA #33980
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802
Email: jennifer@neelemanlaw.com

The Honorable Timothy W. Dore
Location: Seattle
Hearing Date: February 13, 2026
Hearing Time: 9:30 am
Response Due Date: At the Hearing

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

H. Baker's, LLC

Debtor-in-Possession.

Case No.: 26-10388

NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the Debtor's **MOTION TO PAY PRE-PETITION PAYROLL AND RELATED EXPENSES** will be heard as follows:

Judge: Honorable Timothy W. Dore
Date: February 13, 2026
Time: 9:30 am.
Location: United States Bankruptcy Court
700 Stewart Street
Courtroom 8106
Seattle, WA 98101

YOU ARE FURTHER NOTIFIED **responses may be made orally without a written objection and shall be due at the time of the hearing.**

The Debtor is seeking authorization from this Court to pay pre-petition employee obligations and expenses related to Debtor's petition payroll for hours worked pre-petition from January 11, 2026 through January 31, 2026. The Motion and Proposed Order are attached to this notice.

A copy of the Declaration of Brian Smith in Support of Debtor's Motion is on file with the above-captioned Court. If you desire copies of the filed documents, you may request the same from the undersigned counsel.

Notice of Hearing

1403 8th Street | **Neeleman**
Marysville, WA 98270 | **Law**
P 425.212.4800 ‖ F 425.212.4802 | **Group**

Dated: February 10, 2026

NEELEMAN LAW GROUP, P.C.


/s/ Jennifer L. Neeleman
Jennifer L. Neeleman, #37374
Attorney for the Chapter 11 Estate
H. Baker's, LLC

Notice of Hearing

1403 8th Street
Marysville, WA 98270
P 425.212.4800 ‖ F 425.212.4802

**Neeleman Law Group**

Case 26-10388-TWD    Doc 12-1    Filed 02/10/26    Ent. 02/10/26 18:23:26    Pg. 2 of 2