UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

H. Baker's, LLC

                    Debtor.

CHAPTER 11
CASE NO. 26-10388

ORDER RE: PRE-PETITION PAYROLL AND
RELATED EXPENSES

THIS MATTER having come before the Court upon the Debtor's Motion for Authority to Pay Pre-Petition Payroll and Related Expenses (the "Motion") at which it made findings of fact and conclusions of law incorporated pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52.

The Court having been fully advised in the premises and good cause appearing, it is hereby ORDERED that:

1) The Debtor is authorized to pay the wages due to Auris Payroll Solutions, Inc. dba Heartland Payroll, associated with pre-petition payroll hours worked from January 11, 2026 through January 24, 2026 in the amount of $35,824.80.

2) The Debtor is authorized to pay the wages associated with the pre-petition payroll hours worked from January 25, 2026 through January 31, 2026 with the next regular pay date of February 13, 2026.

3) The Debtor is authorized to continue pre-petition payroll procedures.

4) The Debtor is authorized to pay, and the bank is authorized to honor payroll checks issued after the date of the petition representing pre-petition wages and tax payments as set forth in Debtor's motion.

5) The Debtor is authorized to pay and collect taxes as they become due.

//END OF ORDER//

Presented by:

NEELEMAN LAW GROUP, P.C.

*/s/ Jennifer L. Neeleman*
Jennifer L. Neeleman, WSBA #37374
1403 8th Street
Marysville, WA 98270
Telephone (425) 212-4800