Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802
Email: jennifer@neelemanlaw.com

The Honorable Timothy W. Dore

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

H. Baker's, LLC

     Debtor-in-Possession.

Case No.: 26-10388

**DECLARATION OF BRIAN SMITH IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING CONTINUED USE OF PRE-PETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM**

I, Brian Smith, declare under penalty of perjury the following:

1) I am the sole and governing Managing Member of H. Baker's, LLC (herein after "Debtor"). I am over 18 years of age and am familiar with the Debtor's finances, books, and records. I have personal knowledge of the facts herein, and I am competent to testify to each of the statements herein.

2) Prior to the Petition Date, the Debtor maintained cash management systems which included Toast, Inc., a point-of-sale system and credit card processor and Auris Payroll Solutions, Inc. dba Heartland Payroll, and held bank accounts at Chase Bank (collectively, "Cash Management System").

Declaration re Motion for Order Authorizing
Use of Existing Bank Accounts

1403 8th Street **Neeleman**
Marysville, WA 98270 **Law**
P 425.212.4800 || F 425.212.4802 **Group, P.C.**

Case 26-10388-TWD    Doc 15    Filed 02/10/26    Ent. 02/10/26 20:14:12    Pg. 1 of 2

3)     The Debtor seeks authorization to continue using the Cash Management System already in place.

4)     To the best of my knowledge, information and belief deposits held by Chase Bank are insured by FDIC up to the sum of $250,000.00.

5)     The Debtor's Cash Management System is an integral part of its business operations.

6)     Transitioning to a new Cash Management System would cause unnecessary disruption and hinder my ability to continue operating in the ordinary course of business.

7)     If, at any time, the funds held in the Chase Bank account exceeds the sum of $250,000.00, I will open a DIP account at a qualified institution and will immediately sweep the Chase Bank account of any funds in excess of the $250,000.00 and place them in the DIP account.

Dated this 10th day of February, 2026

/s/ Brian Smith
By: Brian Smith
H. Baker's, LLC

Declaration re Motion for Order Authorizing
Use of Existing Bank Accounts

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group, P.C.**