**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | CHAPTER 11 |
| | CASE NO. 26-10388 |
| H. Baker's, LLC | |
| Debtor. | ORDER RE: PRE-PETITION PAYROLL AND RELATED EXPENSES |

THIS MATTER having come before the Court upon the Debtor's Motion for Authority to Pay Pre-Petition Payroll and Related Expenses [Docket No. 12] (the "Motion"). The Motion was heard on February 13, 2026. There were no objections.

The Court having been fully advised in the premises and good cause appearing, it is hereby ORDERED that:

Order re Payroll

1403 8th Street | **Neeleman**
Marysville, WA 98270 | **Law**
P 425.212.4800 || F 425.212.4802 | **Group, P.C.**

1) The Debtor is authorized to pay the wages associated with the pre-petition payroll hours worked from January 25, 2026 through January 31, 2026 with the next regular pay date of February 13, 2026.

2) The Debtor is authorized to continue pre-petition payroll procedures.

3) The Debtor is authorized to pay, and the bank is authorized to honor payroll checks issued after the date of the petition representing pre-petition wages and tax payments as set forth in Debtor's motion.

4) The Debtor is authorized to pay and collect taxes as they become due.

5) The Debtor is not authorized to pay any amounts due to Auris Payroll Solutions, Inc. dba Heartland Payroll.

//END OF ORDER//

Presented by:

NEELEMAN LAW GROUP, P.C.

*/s/ Jennifer L. Neeleman*
Jennifer L. Neeleman, WSBA #37374
1403 8th Street
Marysville, WA 98270
Telephone (425) 212-4800