Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802
Email: jennifer@neelemanlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

H. Baker's, LLC

   Debtor.

Chapter 11

Case No.: 26-10388

**EX PARTE APPLICATION TO EMPLOY NEELEMAN LAW GROUP, P.C. AS LEGAL COUNSEL FOR THE ESTATE**

H. Baker's, LLC ("Debtor"), applies to this Court, pursuant to 11 U.S.C. Section 327(a), for an order authorizing the employment of Neeleman Law Group, P.C. as legal counsel for the estate of the Debtor.

In support of this application, the Debtor respectfully represents:

1. On February 6, 2026 the Debtor, filed a voluntary petition under Chapter 11 of Title 11 of the United States Code.

2. The Debtor seeks authority to appoint Neeleman Law Group, P.C. as legal counsel for the estate. Neeleman Law Group, P.C. has the expertise necessary to perform legal services for and on behalf of the Debtor and the bankruptcy estate. The employment is necessary as the Debtor is a corporation and must be represented by counsel. Attached to this Application is a copy of the Engagement Letter marked as Exhibit A.

3. The professional services that Neeleman Law Group, P.C. will render to the estate include:

   a. Assisting the Debtor in the investigation of the financial affairs of the estate;

   b. Providing legal advice and assistance to the Debtor with respect to matters relating to this case and creditor distribution;

   c. Preparing all pleadings necessary for proceedings arising under this case; and

   d. Performing all necessary legal services for the estate in relation to this case.

4. Neeleman Law Group, P.C. will charge its standard rate, more specifically $600.00 per hour for attorney fees for principals, associate's rate of $475.00 per hour and $250.00 per hour for paralegal fees, for services rendered and will seek reimbursement for costs and expenses incurred in relation to representation of the estate.

5. As stated in the concurrently filed Declaration of Jennifer L. Neeleman, Neeleman Law Group believes that it and its attorneys, (a), do not hold or represent any interest adverse to the interests of the estates, and (b) are disinterested persons within the meaning of 11 U.S.C. Section 101.

6. The Debtor agreed to pay Neeleman Law Group, P.C. a retainer of $11,738.00 from an owner contribution. Of the total amount paid, a portion was used to pay the filing fee required for the Chapter 11 case, in the amount of $1,738.00. Neeleman Law Group, P.C. applied $5,000.00 to legal services rendered and costs incurred prior to but in connection with this bankruptcy case. The remaining amount of $5,000.00 is currently held in trust to be applied to post-petition services pending further court order.

7. Neeleman Law Group, P.C. will submit interim and final applications for post-petition compensation and reimbursement in accordance with all orders of the Court and other applicable laws and rules.

8. Additional sums that may come due, as approved by the Court, will be paid from funds held in trust and from regular business income through the Debtor's plan. Neeleman Law

Group, P.C. will submit final applications for compensation and reimbursement in accordance with all orders of the Court and other applicable laws and rules.

9. Neeleman Law Group, P.C. does not hold a pre-petition claim against the Debtor and does not hold an administrative claim for the bankruptcy preparation performed immediately prior to filing.

10. This application is supported by the Declaration of Jennifer L. Neeleman filed herewith.

BASED on the foregoing, the Debtor respectfully requests the Court's authorization to appoint and employ Neeleman Law Group, P.C. as counsel for the estate.

Dated this 3rd day of March, 2026

/s/ Brian Smith
Brian Smith
Its: Managing Member

/s/ Jennifer L. Neeleman
Jennifer L. Neeleman, WSBA No. 37374
Neeleman Law Group, P.C.
1403 8th Street
Marysville, WA  98270
(425) 212-4800
jennifer@neelemanlaw.com

1403 8th Street
Marysville, WA  98270
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group, P.C.**

Case 26-10388-TWD    Doc 30    Filed 03/03/26    Ent. 03/03/26 22:15:23    Pg. 3 of 3