Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802
Email: jennifer@neelemanlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

  H. Baker's, LLC

          Debtor.

Chapter 11

Case No.: 26-10388

**DECLARATION OF JENNIFER L. NEELEMAN RE EX PARTE APPLICATION TO EMPLOY NEELEMAN LAW GROUP, P.C. AS LEGAL COUNSEL**

I, Jennifer L. Neeleman, declare:

1.     I am a principal in the law firm of Neeleman Law Group, P.C. in Marysville, Washington. I am a citizen of the United States, over the age of 18 years, and am competent to testify herein. I am licensed to practice law in the state of Washington, and am authorized to practice before the United States Bankruptcy Court for the Western District of Washington. I make this declaration from my own personal knowledge in support of the motion for appointment of counsel filed by H. Baker's, LLC ("Debtor") in the above-captioned Chapter 11 proceeding.

2.     Neeleman Law Group, P.C. has been asked to represent the estate in this case. Neeleman Law Group, P.C. has the expertise necessary to perform legal services for and on behalf of the Debtor and the bankruptcy estate. The firm has performed legal services for other Debtors in Chapter 11 proceedings filed in the District of Utah and the District of Washington. In addition to the subject case, the firm has performed and continues to perform services under

Chapter 7 and Chapter 13 for individuals, proprietors, partnerships and corporations doing business in Western Washington.

3. Neeleman Law Group, P.C. is not a creditor of the Debtor, nor does it have any interest materially adverse to the interests of the estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker as specified in 11 U.S.C. Section 101(14), or for any other reason, to the best of my knowledge. Neeleman Law Group, P.C. does not represent and has not previously represented any entity affiliated with the Debtor or its owned entities. I have read and am familiar with Local Bankruptcy Rule 2016-1 governing applications for compensation of professionals.

4. No attorney at Neeleman Law Group, P.C. is, to my knowledge, a relative of any judge of the United States Bankruptcy Court or of United States District Court. Further, no attorney at Neeleman Law Group, P.C. is or has been connected with any judge of United States Bankruptcy Court or United States District Court such that it would render the requested appointment improper.

5. Neeleman Law Group, P.C. conflicts record system dates back to 2004. A search was performed and to the best of my knowledge and belief, other than as specifically set forth herein, Neeleman Law Group. P.C. has no connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee or any person employed in the office of the United States Trustee. The Debtor does not have any affiliated entities.

6. Neeleman Law Group, P.C. received a retainer of $11,738.00. The funds were received from an owner contribution. Of the total amount paid, a portion was used to pay the filing fee required for the Chapter 11 case, in the amount of $1,738.00. Neeleman Law Group applied $5,000.00 to legal services rendered and costs incurred prior to but in connection with this bankruptcy case. The remaining amount of $5,000.00 is currently held in trust to be applied to post-petition services pending further court order.

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman**
**Law**
**Group**

Case 26-10388-TWD    Doc 30-1    Filed 03/03/26    Ent. 03/03/26 22:15:23    Pg. 2 of 3

7. Neeleman Law Group, P.C. will submit interim and final applications for post-petition compensation and reimbursement in accordance with all orders of the Court and other applicable laws and rules.

8. Additional sums that may come due, as approved by the Court, will be paid from funds held in trust and from regular business income through the Debtor's plan. Neeleman Law Group, P.C. will submit final applications for compensation and reimbursement in accordance with all orders of the Court and other applicable laws and rules.

9. The firm will bill attorney services at the hourly rate of $600.00 per hour for principals, associate's rate of $475.00 per hour, and $250.00 per hour for paralegal. Legal services of other attorneys, including Of Counsel or associates that may become associated with the Firm, will also be billed at the stated rates. Clerks, paralegals or others may be used when possible, in order to reduce the total cost. These rates are reasonable and within the range of rates for the Seattle/Western Washington area for cases of this type. All hourly rates are subject to year-end review and revision to reflect economic and other conditions, including increases in experience and expertise of members of the firm.

I certify under penalty of perjury according to the laws of the United States of America the foregoing is true and correct to the best of my knowledge.

Dated this 2nd day of March, 2026

NEELEMAN LAW GROUP, P.C.

By: /s/ Jennifer L. Neeleman
Jennifer L. Neeleman, WSBA No. 37374