*Thomas D. Neeleman –\*WA, CO, TX, UT*
*neeleman@expresslaw.com*
*Jennifer L. Neeleman –\*WA, CA, UT*
*jneeleman@expresslaw.com*
*Benjamin T. Neeleman –\*WA*
*bneeleman@expresslaw.com*
*Angela R. Neeleman –\*WA, CA*
*aneeleman@expresslaw.com*



February 6, 2026

## ENGAGEMENT LETTER

Dear H. Baker's, LLC

This letter sets forth the terms of your engagement of Neeleman Law Group, P.C. (the "Firm"), to serve as general bankruptcy counsel in the Chapter 11 case on behalf of the estate of H. Baker's, LLC ("Debtor"), in the Western District of Washington. Services provided by the Firm to the Debtor will include the providing of general legal assistance and advice in filing and prosecuting the Chapter 11 case and assistance in related and core matters that might arise in the Chapter 11 case (the "Representation").

By this letter, Debtor agrees that to proceed with the Representation, Debtor will provide the Firm with the relevant information necessary for preparation of the Bankruptcy Petition. Following the filing of the Bankruptcy Petition, the Firm will make formal application to the U.S. Bankruptcy Court for the Western District of Washington for the appointment of the Firm as general bankruptcy counsel for the Debtor.

Debtor has agreed to pay an initial pre-filing retainer of $11,738.00 ("Pre-filing Retainer") with $5,000.00 to be applied toward the charges for legal services and costs incurred by the Firm prior to the filing of Chapter 11, and $1,738.00 paid for the Chapter 11 filing fee with the remainder of $5,000.00 to be held in the Trust Account of the Firm post-petition services. Fees for post-petition services will be paid by further agreement of the parties pending further order of the Bankruptcy Court.

Pursuant to agreement, The Firm will bill attorney services at the hourly rate of $600.00 per hour for principals, $475.00 per hour for associates and $250.00 per hour for paralegals. Legal services of other attorneys, including Of Counsel or associates that may become associated with the Firm, will also be billed at the stated rates. Clerks, paralegals, or others may be used, when possible, to reduce the total cost to you. Post-petition fees will be paid, with approval of the Court, in the manner set forth in the confirmed plan. If fee applications are required, they will be submitted to the Court periodically and, upon approval thereof, allowed fees and costs incurred in the Representation will be paid in the manner set forth in the confirmed plan.

The Firm agrees to take all necessary and reasonable action to actively pursue the Representation. The Firm agrees to inform the Debtor of and seek the Debtor's consent in the decision-making. process. Copies of papers filed on the Debtor's behalf will be made available and forwarded promptly as requested by the Debtor. The Firm will also advise the Debtor of the benefits and

*Phone: (425) 212-4800      Fax: (425) 212-4802*

| **BELLINGHAM, WASHINGTON** | **MARYSVILLE, WASHINGTON** | **Mt. VERNON, WASHINGTON** | **EVERETT, WASHINGTON** |
| --- | --- | --- | --- |
| 1007 LARABEE STREET | 1403 8TH ST | 720 Morris Street | 1904 Wetmore Ave., #200 |
| BELLINGHAM, WA 98225 | MARYSVILLE, WA 98270 | Mt. VERNON, WA 98257 | EVERETT, WA 98201 |
| (360) 527-4200 | (360) 641-1012 | (360) 941-4545 | (425) 212-4800 |

Case 26-10388-TWD    Doc 30-2    Filed 03/03/26    Ent. 03/03/26 22:15:23    Pg. 1 of 2

disadvantages of all proposed actions to assist the Debtor in the decision-making process.

If applicable, any interest earned retainers held in the Firm trust account must be remitted to the Bar Association's IOLTA fund; therefore, the retainer will not earn interest during our representation. Any excess retainer amounts remaining at the completion of the Representation will be returned to the Debtor.

Upon execution, the original of this letter must be returned to the Firm at its address on the letterhead.


Very truly yours,

/s/ Thomas D. Neeleman
Thomas D. Neeleman


Approved as to form and content:

H. Baker's, LLC


By __/s/ Brian Smith
Brian Smith
Its: Managing Member

*Phone: (425) 212-4800      Fax: (425) 212-4802*

| BELLINGHAM, WASHINGTON | MARYSVILLE, WASHINGTON | Mt. VERNON, WASHINGTON | EVERETT, WASHINGTON |
|---|---|---|---|
| 1007 LARABEE STREET | 1403 8TH ST | 720 Morris Street | 1904 Wetmore Ave., #200 |
| BELLINGHAM, WA 98225 | MARYSVILLE, WA 98270 | Mt. VERNON, WA 98257 | EVERETT, WA 98201 |