Thomas D. Neeleman, WSBA #33989
Jennifer L. Neeleman, WSBA #37374
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: 425.212.4800
Facsimile: 425.212.4802
Email: jennifer@neelemanlaw.com

The Honorable Timothy W. Dore
United States Bankruptcy Court
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

H. Baker's, LLC

          Debtor-in-Possession.

Case No.  26-10388

PRE-STATUS CONFERENCE REPORT

COMES NOW the Debtor-in-possession, H. Baker's, LLC, (hereinafter "Debtor") by and through counsel and hereby submits the required pre-status conference report pursuant to 11 U.S.C. §1188 (c).  The Debtor states the following:

1)   On February 6, 2026, the Debtor filed a voluntary petition for relief under Chapter 11, Subchapter V.  The Debtor is operating its business and managing its affairs as a debtor-in-possession under 11 U.S.C. §§ 1107 and 1108.

2)   The Debtor was formed in 2018 and operates as a restaurant style-cocktail bar under the name of Baker's.

3)   The status conference required by 11 U.S.C. §1188(a) has been scheduled for March 27, 2025 at 11:00 am.

4)   The §341 Meeting of Creditors was held on March 10, 2026 at 2:00 pm.

Pre-Status Conference Report

1403 8th Street
Marysville, WA 98270
Telephone: 425.212.4800
Facsimile: 425.212.4802

**Neeleman Law Group**

5) The monthly operating report for the period of February 6, 2026 through February 28, 2026 will come due on March 21, 2026. Debtor is working with counsel to prepare and file the report.

6) Debtor filed an Application to Employ Neeleman Law Group, P.C. on March 3, 2026 and the Court entered an order approving the Application on March 4, 2026 [ECF No. 33].

7) The Debtor, with the assistance of counsel, is in the process of reviewing the file and preparing a plan.

8) The Debtor intends to sell the assets of the business through a plan. Debtor will be preparing a plan that will include one secured class of the US Small Business Administration, one class of unsecured claims, a class of deferred rent payments, and priority and administrative claims.

9) The Debtor is working with the buyer to finalize the terms of the purchase price and in the interim is continuing to operate and pay post-petition obligations.

10) The Debtor anticipates filing the Plan of Reorganization on or before the deadline of May 7, 2026.

Dated this 13th day of March , 2026

*/s/ Jennifer L. Neeleman*
Jennifer L. Neeleman WBSA #37374
Attorney for Debtor

Pre-Status Conference Report

1403 8th Street
Marysville, WA 98270
Telephone: 425.212.4800
Facsimile: 425.212.4802

**Neeleman
Law
Group**