UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

H BAKER S, LLC

CASE NO: 26-10388

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 3/13/2026, I did cause a copy of the following documents, described below,

Pre-Status Conference Report

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/13/2026

/s/ Jennifer L. Neeleman
Jennifer L. Neeleman  37374

Neeleman Law Group, P.C.
1403 8th Street
Marysville, WA 98270
425-212-4800
jneeleman@expresslaw.com

IN RE:

H BAKER S, LLC

CASE NO: 26-10388

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 3/13/2026, a copy of the following documents, described below,

Pre-Status Conference Report

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/13/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jennifer L. Neeleman
Neeleman Law Group, P.C.
1403 8th Street
Marysville, WA  98270

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-10388
WESTERN DISTRICT OF WASHINGTON
FRI MAR 13 15-24-28 PST 2026


EXCLUDE

US BANKRUPTCY COURT
700 STEWART ST  ROOM 6301
SEATTLE  WA 98101-4441

DEBTOR

H BAKERS LLC
3706 42ND AVE SW
SEATTLE  WA 98116-3851




AMERICAN EXPRESS
PO BOX 981535
EL PASO  TX 79998-1535

EXCLUDE

(U)NEELEMAN LAW GROUP  PC


AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY  COLLECTIONS UNIT
800 FIFTH AVE  20TH FLOOR
SEATTLE  WA 98104-3188

BLOCK  INC
ATTN ARBITRATION AGREEMENT
1955 BROADWAY  SUITE 600
OAKLAND  CA 94612-2205

BRIAN SMITH
3706 42ND AVE SW
SEATTLE  WA 98116-3851


CHASE CARD SERVICES
PO BOX 15298
WILMINGTON  DE 19850-5298

CHIARA MOTLEY  BRIAN SMITH
3706 42ND AVE  SW
SEATTLE  WA 98116-3851

HEARTLAND PAYROLL
616 NORTH BROADWAY AVE
OKLAHOMA CITY  OK 73102-6202


IRS
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
CO NATIONAL BANKRUPTCY SERVICES  LLC
PO BOX 9013
ADDISON  TEXAS 75001-9013

LG FUNDING  LLC
1218 UNION STREET
BROOKLYN  NY 11225-1512


LOIS MIRIAM  LLC
3706 42ND AVE SW
SEATTLE  WA 98116-3851

MOTLEY FAMILY TRUST
4044 VISTA WAY
DAVIS  CA 95618-4329

ODK CAPITAL LLC
4700 W DAYBRIEAK PKWY  SUITE 2
SOUTH JORDAN  UT 84009-5130


ODK CAPITAL  LLC
4700 W DAYBREAK PKWY
SUITE 200
SOUTH JORDAN  UT 84009-5133

RAIN CITY PARTNERS  LLC
720 SENECA ST  SUITE B
SEATTLE  WA 98101-3265

SBA
409 3RD ST  SW
WASHINGTON  DC 20416-0005


SBA
SEATTLE DISTRICT OFFICE
2401 FOURTH AVE  SUITE 450
SEATTLE  WA 98121-3459

SQUARE FINANCIAL SERVICES
CO RMS
PO BOX 5007
FOGELSVILLE  PA 18051-5007

UNITED STATES ATTORNEYS OFFICE
ATTN BANKRUPTCY ASSISTANT
700 STEWART STREET  ROOM 5220
SEATTLE  WA 98101-4438


UNITED STATES TRUSTEE
700 STEWART ST STE 5103
SEATTLE  WA 98101-4438

WA DEPARTMENT OF REVENUE
2101 4TH AVE  STE 1400
SEATTLE  WA 98121-2300

(P)WA STATE DEPT OF LABOR  INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA WA 98504-4171

WA EMPLOYMENT SECURITY DEPT
PO BOX 9046
OLYMPIA  WA 98507-9046

WEBBANK CO TOAST CAPITAL
ATTN LEGAL DEPARTMENT
333 SUMMER STREET
BOSTON  MA 02210-1702

GEOFFREY GROSHONG
600 STEWART STREET
STE 1300
SEATTLE  WA 98101-1255

EXCLUDE

JENNIFER L NEELEMAN
NEELEMAN LAW GROUP  PC
1403 8TH STREET
MARYSVILLE  WA 98270-4207

EXCLUDE

THOMAS D NEELEMAN
NEELEMAN LAW GROUP  PC
1403 8TH STREET
MARYSVILLE  WA 98270-4207