**Fill in this information to identify the case:**

Debtor Name   H. Baker's, LLC

United States Bankruptcy Court for the: Western District of Washington

Case number: 26-10388

❑ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11        12/17

Month:            2/6/26-2/28/26

Date report filed: _____
MM / DD / YYYY

Line of business: Restaurant

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:            Brian Smith

Original signature of responsible party   /s/ Brian Smith

Printed name of responsible party      Brian Smith

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

Case 26-10388-TWD    Doc 38    Filed 05/07/26    Ent. 05/07/26 13:35:29    Pg. 1 of 12

17. Have you paid any bills you owed before you filed bankruptcy?  ☑  ❑  ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❑  ☑  ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ -991.88

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 81,819.88

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 43,007.55

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 38,812.33

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 37,820.42

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                        $ _____ 0.00

       *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                        11

27. What is the number of employees as of the date of this monthly report?                            0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ 81,819.88 | = | $ 81,819.88 |
| 33. **Cash disbursements** | $ _____ | − | $ 43,007.55 | = | $ 43,007.55 |
| 34. **Net cash flow** | $ _____ | − | $ 38,812.33 | = | $ 38,812.33 |

35. Total projected cash receipts for the next month:                                               $ 63,000.00

36. Total projected cash disbursements for the next month:                                        - $ 63,000.00

37. Total projected net cash flow for the next month:                                             = $ _____ 0.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# EXHIBIT C

| Date | Description | Amount |
|---|---|---|
| **Chase - Checking** | | |
| 2/13/2026 | Deposit - Business Income (Released Funds) | $59,497.83 |
| 2/17/2026 | Deposit - Business Income | $3,426.30 |
| 2/17/2026 | Deposit - Business Income | $2,477.19 |
| 2/17/2026 | Deposit - Business Income | $2,412.12 |
| 2/17/2026 | Deposit - Business Income | $2,375.27 |
| 2/20/2026 | Deposit - Business Income | $1,414.23 |
| 2/23/2026 | Deposit - Business Income | $3,114.64 |
| 2/23/2026 | Deposit - Business Income | $2,450.85 |
| 2/23/2026 | Deposit - Business Income | $1,759.44 |
| 2/24/2026 | Deposit - Business Income | $1,704.56 |
| 2/27/2026 | Deposit - Business Income | $1,187.45 |
| | *Subtotal:* | *$81,819.88* |
| | | |
| **Chase - Savings** | | |
| No Deposits During the Reporting Period | | $0.00 |
| | *Subtotal:* | *$0.00* |
| | | |
| | **Total Deposits:** | **$81,819.88** |

# EXHIBIT D

| Date | Num | Name Memo/Description | Purpose | Amount |
|---|---|---|---|---|
| **Chase - Checking** | | | | |
| 2/19/2026 | 1043 | Casa Bruno | COGS | ($168.00) |
| 2/13/2026 | 1044 | Merlino Foods | COGS | ($684.42) |
| 2/20/2026 | 1046 | Merlino Foods | COGS | ($739.86) |
| 2/27/2026 | 1049 | Merlino Foods | COGS | ($553.41) |
| | | | | |
| 2/17/2026 | | Vinea, LLC | COGS | ($233.82) |
| 2/17/2026 | | Crate Imprint | Restaurant Supplies | ($42.78) |
| 2/18/2026 | | Gravel Road Wine | COGS | ($162.00) |
| 2/18/2026 | | Fintech.Net | Software/Web Hosting | ($39.00) |
| 2/19/2026 | | Transfer to 3779 | Member Draw - Brian Smith | ($2,000.00) |
| 2/19/2026 | | Deluxe Bus. Sys | Office Supplies | ($167.58) |
| 2/20/2026 | | Triple B | COGS | ($1,294.62) |
| 2/20/2026 | | Southern Glazer | COGS | ($966.91) |
| 2/20/2026 | | Stoup Brewing | COGS | ($184.00) |
| 2/20/2026 | | Vinea, LLC | COGS | ($155.88) |
| 2/23/2026 | | Hospitality Industries | Health Insurance | ($3,000.00) |
| 2/23/2026 | | Columbia Dist. | COGS | ($80.96) |
| 2/23/2026 | | Transfer to 3779 | Member Draw - Brian Smith | ($2,000.00) |
| 2/25/2026 | | Toast | Software/Web Hosting | ($398.12) |
| 2/25/2026 | | Stoup Brewing | COGS | ($184.00) |
| 2/26/2026 | | Toat Payroll | Payroll | ($11,409.83) |
| 2/26/2026 | | Macrina | COGS | ($298.60) |
| 2/27/2026 | | Toast Payroll | Payroll | ($4,104.25) |
| 2/27/2026 | | Triple B | COGS | ($312.66) |
| 2/27/2026 | | Vinea, LLC | COGS | ($185.85) |
| | | | | |
| 2/13/2026 | | Manual Checks Withdrawal | Payroll | ($13,640.02) |
| 2/13/2026 | | Manual Checks Withdrawal | Payroll | ($0.98) |
| | | | **Subtotal:** | **($43,007.55)** |

**Chase - Savings**

No Withdrawals During the Reporting Period

| | | | | |
|---|---|---|---|---|
| | | | **Subtotal:** | **$0.00** |
| | | | **Total Withdrawals:** | *($43,007.55)* |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

00019098 DRE 702 219 05926 NNNNNNNNNNN  1 000000000 64 0000

H. BAKER'S LLC
DBA BAKER'S OR PINA TAQUERIA
3706 42ND AVE SW
SEATTLE WA 98116-3851

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Performance Business Checking | 0996 | -$911.94 | $37,820.39 |
| Chase Business Premier Savings | 3900 | 0.03 | 0.03 |
| **Total** | | **-$911.91** | **$37,820.42** |
| **TOTAL ASSETS** | | **-$911.91** | **$37,820.42** |

## CHASE PERFORMANCE BUSINESS CHECKING

H. BAKER'S LLC

DBA BAKER'S OR PINA TAQUERIA

Account Number [REDACTED] 0996

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$911.94** |
| Deposits and Additions | 11 | 81,819.88 |
| Checks Paid | 4 | -2,145.69 |
| Electronic Withdrawals | 21 | -27,230.86 |
| Other Withdrawals | 2 | -13,641.00 |
| Fees | 1 | -70.00 |
| **Ending Balance** | **39** | **$37,820.39** |

Your account ending in 3900 is linked to this account for overdraft protection.

Case 26-10388-TWD    Doc 38    Filed 05/07/26    Ent. 05/07/26 13:35:29    Pg. 7 of 12

# CHASE ⬡

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/13 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:021226 CO Entry Descr:Net Setlmtsec:PPD    Trace#:011500125911399 Eed:260213   Ind ID: Ind Name:Tst* Baker's Seattle Trn: 0445911399Tc | $59,497.83 |
| 02/17 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:021526 CO Entry Descr:Net Setlmtsec:PPD    Trace#:011500124723157 Eed:260217   Ind ID: Ind Name:Tst* Baker's Seattle Trn: 0484723157Tc | 3,426.30 |
| 02/17 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:021426 CO Entry Descr:Net Setlmtsec:PPD    Trace#:011500124722893 Eed:260217   Ind ID: Ind Name:Tst* Baker's Seattle Trn: 0484722893Tc | 2,477.19 |
| 02/17 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:021626 CO Entry Descr:Net Setlmtsec:PPD    Trace#:011500124636247 Eed:260217   Ind ID: Ind Name:Tst* Baker's Seattle Trn: 0484636247Tc | 2,412.12 |
| 02/17 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:021326 CO Entry Descr:Net Setlmtsec:PPD    Trace#:011500124719175 Eed:260217   Ind ID: Ind Name:Tst* Baker's Seattle Trn: 0484719175Tc | 2,375.27 |
| 02/20 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:021926 CO Entry Descr:Net Setlmtsec:PPD    Trace#:011500121926012 Eed:260220   Ind ID: Ind Name:Tst* Baker's Seattle Trn: 0511926012Tc | 1,414.23 |
| 02/23 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:Feb 22 CO Entry Descr:Dep Feb 22Sec:CCD    Trace#:011500122515284 Eed:260223   Ind ID:Pz0Dd7Wp Ind Name:H Bakers LLC Bo000Btvds Trn: 0542515284Tc | 3,114.64 |
| 02/23 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:Feb 23 CO Entry Descr:Dep Feb 23Sec:CCD    Trace#:011500123360676 Eed:260223   Ind ID:Pz0Dfjby Ind Name:H Bakers LLC Bo000Btvkb Trn: 0543360676Tc | 2,450.85 |
| 02/23 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:022026 CO Entry Descr:Net Setlmtsec:PPD    Trace#:011500126643596 Eed:260223   Ind ID: Ind Name:Tst* Baker's Seattle Trn: 0546643596Tc | 1,759.44 |
| 02/24 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:Feb 24 CO Entry Descr:Dep Feb 24Sec:CCD    Trace#:011500124004542 Eed:260224   Ind ID:Pz0Df5Jw Ind Name:H Bakers LLC Bo000Btvze Trn: 0554004542Tc | 1,704.56 |
| 02/27 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:Feb 27 CO Entry Descr:Dep Feb 27Sec:CCD    Trace#:011500125528147 Eed:260227   Ind ID:Pz0Dj6Ex Ind Name:H Bakers LLC Bo000Btxb8 Trn: 0585528147Tc | 1,187.45 |

**Total Deposits and Additions**                                                      **$81,819.88**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1043  ^ | | 02/19 | $168.00 |
| 1044  ^ | | 02/13 | 684.42 |
| 1046  * ^ | | 02/20 | 739.86 |
| 1049  * ^ | | 02/27 | 553.41 |

**Total Checks Paid**                                                              **$2,145.69**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.


# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | Orig CO Name:Ondeck Capital 9    Orig ID:880983410A Desc Date:260203 CO Entry Descr:41227   Sec:CCD   Trace#:044000020138106 Eed:260203   Ind ID:312558701 Ind Name:H. Baker's LLC 20260202S Trn: 0340138106Tc | $10.00 |
| 02/17 | Orig CO Name:Vinea LLC Dba VI    Orig ID:27-0343143 Desc Date:021326 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408594787511 Eed:260217   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0484787511Tc | 233.82 |
| 02/17 | Orig CO Name:Crate Imprint    Orig ID:6852512986 Desc Date:260217 CO Entry Descr:Cc Paymentsec:PPD   Trace#:121140391001271 Eed:260217   Ind ID:    Ind Name:Brian Smith Trn: 0481001271Tc | 42.78 |
| 02/18 | Orig CO Name:Gravel Road Wine    Orig ID:83-0722628 Desc Date:021726 CO Entry Descr:Fintecheftsec;CCD   Trace#:091408591053573 Eed:260218   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0491053573Tc | 162.00 |
| 02/18 | Orig CO Name:Fintech.Net    Orig ID:65-0152732 Desc Date:021726 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000013370393 Eed:260218   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0493370393Tc | 39.00 |
| 02/19 | 02/19 Online Transfer To Chk ...3779 Transaction#: 28124160801 | 2,000.00 |
| 02/19 | Orig CO Name:Deluxe Bus Sys.    Orig ID:1411877307 Desc Date:    CO Entry Descr:EDI/ACH   Sec:CCD   Trace#:042000010403000 Eed:260219   Ind ID:17082002247575 Ind Name:H. Bakers LLC    Isa00    00    17091215 927    17325070760 260218175 53U0040100 Trn: 0500403000Tc | 167.58 |
| 02/20 | Orig CO Name:Triple B Corp D/    Orig ID:9216231001 Desc Date:022026 CO Entry Descr:Cons Coll Sec:PPD   Trace#:041001031745332 Eed:260220   Ind ID: Ind Name:Baker's Trn: 0511745332Tc | 1,294.62 |
| 02/20 | Orig CO Name:Southern Glazer'    Orig ID:26-3425881 Desc Date:021926 CO Entry Descr:Fintecheftsec:CCD   Trace#:071000283203275 Eed:260220   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0513203275Tc | 966.91 |
| 02/20 | Orig CO Name:Stoup Brewing    Orig ID:45-4785913 Desc Date:021926 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408593237512 Eed:260220   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0513237512Tc | 184.00 |
| 02/20 | Orig CO Name:Vinea LLC Dba VI    Orig ID:27-0343143 Desc Date:021926 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408593237521 Eed:260220   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0513237521Tc | 155.88 |
| 02/23 | Orig CO Name:Hospitality Indu    Orig ID:3411786634 Desc Date:260223 CO Entry Descr:Payment   Sec:CCD   Trace#:091000019901209 Eed:260223   Ind ID:Xx015Ksbdivw41 Ind Name:Benefit Solutions, Inc Es10362-Hit Trn: 0549901209Tc | 3,000.00 |
| 02/23 | Orig CO Name:Columbia Dist Ke    Orig ID:26-2863088 Desc Date:022026 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000016497769 Eed:260223   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0546497769Tc | 80.96 |
| 02/23 | 02/22 Online Transfer To Chk ...3779 Transaction#: 28172851958 | 2,000.00 |
| 02/25 | Orig CO Name:Toast, Inc    Orig ID:1800948598 Desc Date:    CO Entry Descr:Invoice # Sec:CCD   Trace#:091000018405777 Eed:260225   Ind ID:St-D9P0U1T4P7P3    Ind Name:Toast Inc Trn: 0568405777Tc | 398.12 |
| 02/25 | Orig CO Name:Stoup Brewing    Orig ID:45-4785913 Desc Date:022426 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408592789711 Eed:260225   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0562789711Tc | 184.00 |
| 02/26 | Orig CO Name:Toast Payroll    Orig ID:1161630473 Desc Date:260224 CO Entry Descr:Toast Payrsec:CCD   Trace#:242071753048212 Eed:260226   Ind ID:1161630473 Ind Name:H Bakers LLC    H. Bakers LLC Trn: 0573048212Tc | 11,409.83 |
| 02/26 | Orig CO Name:Macrina    Orig ID:9000039309 Desc Date:260226 CO Entry Descr:Purchase Sec:Web   Trace#:122043484336157 Eed:260226   Ind ID:141955616 Ind Name:H Bakers LLC 2064484089 Trn: 0574336157Tc | 298.60 |



Case 26-10388-TWD    Doc 38    Filed 05/07/26    Ent. 05/07/26 13:35:29    Pg. 9 of 12

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/27 | Orig CO Name:Toast Payroll    Orig ID:1161630473 Desc Date:    CO Entry Descr:Tax<br>Col  Sec:CCD   Trace#:242071750853952 Eed:260227   Ind ID:    Ind<br>Name:H Bakers LLC    Payroll Tax<br>Collect Trn: 0580853952Tc | 4,104.25 |
| 02/27 | Orig CO Name:Triple B Corp D/    Orig ID:9216231001 Desc Date:022726 CO Entry<br>Descr:Cons Coll Sec:PPD   Trace#:041001030860362 Eed:260227   Ind ID:<br>Ind Name:Baker's Trn: 0580860362Tc | 312.66 |
| 02/27 | Orig CO Name:Vinea LLC Dba VI    Orig ID:27-0343143 Desc Date:022626 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:242071759756411 Eed:260227   Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 0589756411Tc | 185.85 |

| **Total Electronic Withdrawals** | **$27,230.86** |
|------|--------|

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/13 | 02/13 Withdrawal | $13,640.02 |
| 02/13 | 02/13 Withdrawal | 0.98 |

| **Total Other Withdrawals** | **$13,641.00** |
|------|--------|

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/02 | Service Charges For The Month of January | $70.00 |

| **Total Fees** | **$70.00** |
|------|--------|

You were charged a monthly service fee of $40.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $24,152.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 02/02 | -$981.94 | 02/18 | 54,393.75 | 02/24 | 54,079.66 |
| 02/03 | -991.94 | 02/19 | 52,058.17 | 02/25 | 53,497.54 |
| 02/13 | 44,180.47 | 02/20 | 50,131.13 | 02/26 | 41,789.11 |
| 02/17 | 54,594.75 | 02/23 | 52,375.10 | 02/27 | 37,820.39 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $40.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $102.00 |
| **Total Service Charges** | **$142.00** Will be assessed on 3/2/26 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 25 |
| Deposits / Credits | 11 |
| Deposited Items | 0 |
| **Total Transactions** | **36** |



## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| **ACCOUN**███████**0996** | | | | | |
| Monthly Service Fee | 1 | | | $40.00 | $40.00 |
| Transactions | 36 | 0 | 36 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$40.00** |
| **Other Fees** | | | | | |
| Electronic Credits | 11 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 25 | 250 | 0 | $0.50 | $0.00 |
| Overdraft Item Paid | 3 | 0 | 3 | $34.00 | $102.00 |
| **Total Service Charge (Will be assessed on 3/2/26)** | | | | | **$142.00** |
| **ACCOUN**███████**96** | | | | | |
| Monthly Service Fee | 1 | | | | |
| Electronic Credits | 11 | | | | |
| Non-Electronic Transactions | 25 | | | | |
| Overdraft Item Paid | 3 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

## CHASE BUSINESS PREMIER SAVINGS

H. BAKER'S LLC

Account Number: ████████8900

DBA BAKER'S OR PINA TAQUERIA

## SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $0.03 |
| **Ending Balance** | 0 | $0.03 |

Annual Percentage Yield Earned This Period              0.00%

Interest paid in 2025 for account 000003717913900 was $0.55.

The monthly service fee for this account was waived as an added feature of a linked Chase Performance Business Checking account.

30 deposited items are provided with your account each month. There is a $0.50 fee for each additional deposited item.

Case 26-10388-TWD    Doc 38    Filed 05/07/26    Ent. 05/07/26 13:35:29    Pg. 11 of 12


**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case 26-10388-TWD   Doc 38   Filed 05/07/26   Ent. 05/07/26 13:35:29   Pg. 12 of 12