# Exhibit B - Liquidation Analysis

*Plan Proponent's Estimated Liquidation Value of Assets*

**Assets as of Plan Date**

| | | |
|---|---|---|
| a. Cash | $ | 300.00 |
| b. Funds in Bank Account | $ | 4,062.55 |
| c. Inventory | $ | 1,000.00 |
| d. Kitchen Equipment | $ | 10,000.00 |
| e. Glassware/Plateware/Silverware/Small Appliances | $ | 1,500.00 |
| f. Tables / Chairs/ Bar Stools | $ | 1,000.00 |
| g. POS Computer | $ | 1,000.00 |
| **Total Assets at Liquidation Value** | **$** | **18,862.55** |
| *Subtotal:* | *$* | *18,862.55* |
| Less Cost of Sale (COS) @ 10% of c-g | $ | (1,450.00) |
| Less Secured Claim | $ | (498,119.76) |
| Less Chapter 11 Administrative Fees (Neeleman Law Group) | $ | (30,000.00) |
| Less Chapter 11 Administrative Fees (Subchapter V Trustee) | $ | (3,500.00) |
| Less Exemptions | $ | - |
| Ch. 7 Trustee Fee @ 25% on subtotal (up to $5,000) | $ | (1,250.00) |
| Ch. 7 Trustee Fee @ 10% on subtotal ($5,000 - $50,000) | $ | (1,386.26) |
| Ch. 7 Trustee Fee @ 5% on subtotal (> $50,000) | $ | - |
| *Total:* | *$* | *(516,843.47)* |

*Amount Available to Unsecured Creditors in Chapter 7* **$0.00**

*Proposed Amount to Non-Priority Unsecured Claims to be Paid Through Plan* **$0.00**