**Fill in this information to identify the case:**

Debtor Name  Humerlis, Inc.

United States Bankruptcy Court for the: Western District of Washington

Case number: 26-10415

❏ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11   **12/17**

Month: _____March, 2026_____

Date report filed: _____
MM / DD / YYYY

Line of business: __Restaurant_____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Brian Smith

Original signature of responsible party  /s/ Brian Smith

Printed name of responsible party  Brian Smith

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ☑ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❏ | ❏ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ☑ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☑ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ☑ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ☑ | ❏ |

17. Have you paid any bills you owed before you filed bankruptcy?  ❏  ☑  ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏  ☑  ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 37,820.42

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.

   $ 77,842.24

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.

   − $ 90,805.80

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.

   + $ -12,963.56

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

   = $ 24,856.86

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

   *(Exhibit E)*

   $ 0.00

Case 26-10388-TWD   Doc 41   Filed 05/12/26   Ent. 05/12/26 14:08:12   Pg. 2 of 18

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                  $ _____0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                           11

27. What is the number of employees as of the date of this monthly report?              7

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____0.00

30. How much have you paid this month in other professional fees?                                    $ _____0.00

31. How much have you paid in total other professional fees since filing the case?                   $ _____0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 63,000.00 | − | $ 77,842.24 | = | $ 14,842.24 |
| 33. **Cash disbursements** | $ 63,000.00 | − | $ 90,805.80 | = | $ 27,805.80 |
| 34. **Net cash flow** | $ 0.00 | − | $ -12,963.56 | = | $ -12,963.56 |

35. Total projected cash receipts for the next month:                          $ 52,000.00

36. Total projected cash disbursements for the next month:                   - $ 49,000.00

37. Total projected net cash flow for the next month:                        = $ 3,000.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑ 39. Bank reconciliation reports for each account.

❑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑ 41. Budget, projection, or forecast reports.

❑ 42. Project, job costing, or work-in-progress reports.

12. Payments were made to Brian Smith representing an owner draw/compensation payments for management of the Debtor.

# EXHIBIT C

| Date | Description | Amount |
|---|---|---|
| **Chase - Checking 0996** | | |
| 3/2/2026 | Deposit - Business Income | $3,965.04 |
| 3/2/2026 | Deposit - Business Income | $3,725.08 |
| 3/2/2026 | Deposit - Business Income | $2,325.98 |
| 3/3/2026 | Deposit - Business Income | $2,512.34 |
| 3/6/2026 | Deposit - Business Income | $1,732.65 |
| 3/9/2026 | Deposit - Business Income | $3,723.00 |
| 3/9/2026 | Deposit - Business Income | $3,422.08 |
| 3/9/2026 | Deposit - Business Income | $2,025.14 |
| 3/10/2026 | Deposit - Business Income | $1,592.30 |
| 3/12/2026 | Deposit - Business Income | $82.77 |
| 3/13/2026 | Deposit - Business Income | $1,467.55 |
| 3/16/2026 | Deposit - Business Income | $3,505.95 |
| 3/16/2026 | Deposit - Business Income | $2,470.52 |
| 3/16/2026 | Deposit - Business Income | $1,324.70 |
| 3/17/2026 | Deposit - Business Income | $1,117.34 |
| 3/18/2026 | Deposit - Business Income | $96.35 |
| 3/20/2026 | Deposit - Business Income | $9,618.83 |
| 3/20/2026 | Deposit - Business Income | $2,622.17 |
| 3/20/2026 | Deposit - Business Income | $174.71 |
| 3/23/2026 | Deposit - Business Income | $5,161.74 |
| 3/23/2026 | Deposit - Business Income | $3,626.12 |
| 3/23/2026 | Deposit - Business Income | $2,508.83 |
| 3/24/2026 | Deposit - Business Income | $3,888.85 |
| 3/27/2026 | Deposit - Business Income | $1,964.74 |
| 3/30/2026 | Deposit - Business Income | $4,017.27 |
| 3/30/2026 | Deposit - Business Income | $3,995.42 |
| 3/30/2026 | Deposit - Business Income | $3,408.84 |
| 3/31/2026 | Deposit - Business Income | $1,765.93 |
| | *Subtotal:* | *$77,842.24* |

**Chase - Savings 3900**

| | | |
|---|---|---|
| No Deposits During the Reporting Period | | $0.00 |
| | *Subtotal:* | *$0.00* |

| | | |
|---|---|---|
| | **Total Deposits:** | **$77,842.24** |

# EXHIBIT D

| Date | Num | Name Memo/Description | Purpose | Amount |
|---|---|---|---|---|
| **Chase - Checking** | | | | |
| 3/4/2026 | 1048 | Vehrs | COGS | ($819.47) |
| 3/12/2026 | 2001 | Casa Bruno | COGS | ($168.00) |
| 3/6/2026 | 2002 | Merlino Foods | COGS | ($1,425.73) |
| 3/13/2026 | 2003 | Merlino Foods | COGS | ($1,115.20) |
| 3/25/2026 | 2004 | Pacific Edge | COGS | ($173.46) |
| 3/27/2026 | 2005 | Pacific Edge | COGS | ($542.88) |
| 3/27/2026 | 2006 | Merlino Foods | COGS | ($1,541.67) |
| 3/19/2026 | | Wilson Meat | COGS | ($1,024.11) |
| 3/25/2026 | | Wilson Meat | COGS | ($100.30) |
| 3/2/2026 | | Brian Smith | Owner Draw | ($2,000.00) |
| 3/2/2026 | | Stoup Brewing | COGS | ($184.00) |
| 3/2/2026 | | Holy Mountain Brewery | COGS | ($81.00) |
| 3/2/2026 | | Gibraltar, LLC | Rent | ($4,723.02) |
| 3/3/2026 | | Intuit | Office Expense | ($127.13) |
| 3/4/2026 | | Toast | Office Expense | ($398.12) |
| 3/5/2026 | | Hospitality Industry | Insurance | ($3,000.00) |
| 3/5/2026 | | Vehrs Distributing | COGS | ($174.71) |
| 3/5/2026 | | Macrina | COGS | ($85.50) |
| 3/6/2026 | | Southern Glazer | COGS | ($714.13) |
| 3/6/2026 | | Vehrs Distributing | COGS | ($556.07) |
| 3/6/2026 | | Vinea, LLC | COGS | ($395.64) |
| 3/6/2026 | | Triple B Corp | COGS | ($219.07) |
| 3/6/2026 | | Brian Smith | Owner Draw | ($2,000.00) |
| 3/9/2026 | | Puget Sound Energy | Utilities | ($300.00) |
| 3/10/2026 | | Fintech.net | Bank Fees | ($814.00) |
| 3/10/2026 | | Columbia Distrib. | COGS | ($212.06) |
| 3/10/2026 | | Vehrs Distributing | COGS | ($137.44) |
| 3/11/2026 | | Puget Sound Energy | Utilities | ($230.20) |
| 3/12/2026 | | Toast Payroll | Payroll | ($11,253.37) |
| 3/12/2026 | | Accounting and Man | Bookkeeping | ($472.50) |
| 3/12/2026 | | Macrina | COGS | ($43.50) |
| 3/13/2026 | | Toast Payroll | Payroll Tax | ($5,620.13) |
| 3/13/2026 | | Toast Payroll | Payroll Tax | ($4,133.82) |
| 3/13/2026 | | Triple B Corp | COGS | ($416.31) |
| 3/13/2026 | | Rochelois, LLC | COGS | ($324.00) |
| 3/13/2026 | | Stoup Brewing | COGS | ($184.00) |
| 3/13/2026 | | Walden Selection | COGS | ($165.00) |
| 3/13/2026 | | Brian Smith | Owner Draw | ($2,000.00) |
| 3/16/2026 | | WA Dept of Revenue | Taxes | ($3,462.56) |
| 3/16/2026 | | Hospitality Industry | Insurance | ($2,627.21) |
| 3/16/2026 | | Crate Imprint | COGS | ($162.39) |
| 3/17/2026 | | Waste Management | Utilities | ($1,730.44) |
| 3/17/2026 | | Seattle Utilities | Utilities | ($926.82) |
| 3/17/2026 | | Waste Management | Utilities | ($817.40) |
| 3/17/2026 | | State of WA ESD | Taxes | ($250.00) |
| 3/17/2026 | | Seattle License | Business License | ($687.00) |
| 3/17/2026 | | File Local | Bank Charges | ($4.00) |
| 3/17/2026 | | Seattle Kubrafee | Bank Charges | ($1.00) |
| 3/18/2026 | | Toast Payroll | Payroll Tax | ($1,675.18) |
| 3/18/2026 | | Toast Payroll | Payroll Tax | ($1,049.72) |
| 3/18/2026 | | Toast Payroll | Payroll Tax | ($963.64) |
| 3/18/2026 | | Comcast - Xfinity | Utilities | ($565.08) |
| 3/19/2026 | | Blue Lion Insurance | INsurance | ($5,409.99) |
| 3/19/2026 | | PNP | Bank Charges | ($100.88) |
| 3/19/2026 | | Macrina | COGS | ($87.00) |
| 3/20/2026 | | Triple B Corp | COGS | ($537.55) |
| 3/20/2026 | | Vinea, LLC | COGS | ($407.64) |
| 3/20/2026 | | Holy Mountain Brewery | COGS | ($81.00) |
| 3/20/2026 | | Brian Smith | Owner Draw | ($2,000.00) |

| Date | Payee | Category | Amount |
|------|-------|----------|--------|
| 3/24/2026 | Vehrs Distributing | COGS | ($482.42) |
| 3/24/2026 | Stoup Brewing | COGS | ($184.00) |
| 3/26/2026 | Toast Payroll | Payroll | ($10,953.96) |
| 3/26/2026 | Macrina | COGS | ($85.50) |
| 3/27/2026 | Toast Payroll | Payroll Tax | ($3,796.62) |
| 3/27/2026 | Vehrs Distributing | COGS | ($573.37) |
| 3/27/2026 | Triple B Corp | COGS | ($406.69) |
| 3/27/2026 | American Northwest | COGS | ($380.31) |
| 3/27/2026 | Brian Smith | Owner Draw | ($2,000.00) |
| 3/30/2026 | Vinea, LLC | COGS | ($251.76) |
| 3/30/2026 | Intuit | Office Expense | ($127.13) |
| 3/2/2026 | Chase | Bank Charges | ($142.00) |
| | | **Subtotal:** | **($90,805.80)** |

**Chase - Savings**
No Withdrawals During the Reporting Period

|  |  | **Subtotal:** | **$0.00** |
|--|--|----|----|
|  |  | **Total Withdrawals:** | *($90,805.80)* |



JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244-4959

February 28, 2026 through March 31, 2026
Primary Account: **0996**



00019503 DRE 702 219 09126 NNNNNNNNNNN 1 000000000 64 0000

H. BAKER'S LLC
DBA BAKER'S OR PINA TAQUERIA
3706 42ND AVE SW
SEATTLE WA 98116-3851

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Performance Business Checking | 0996 | $37,820.39 | $24,856.83 |
| Chase Business Premier Savings | 3900 | 0.03 | 0.03 |
| **Total** | | **$37,820.42** | **$24,856.86** |
| | | | |
| **TOTAL  ASSETS** | | **$37,820.42** | **$24,856.86** |

## CHASE PERFORMANCE BUSINESS CHECKING

H. BAKER'S LLC

Account Number          30996

DBA BAKER'S OR PINA TAQUERIA

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$37,820.39** |
| Deposits and Additions | 28 | 77,842.24 |
| Checks Paid | 7 | -5,786.41 |
| ATM & Debit Card Withdrawals | 2 | -1,124.41 |
| Electronic Withdrawals | 61 | -83,752.98 |
| Fees | 1 | -142.00 |
| **Ending Balance** | **99** | **$24,856.83** |

Your account ending in 3900 is linked to this account for overdraft protection.

Case 26-10388-TWD   Doc 41   Filed 05/12/26   Ent. 05/12/26 14:08:12   Pg. 9 of 18


## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 01 CO Entry<br>Descr:Dep Mar 01Sec:CCD  Trace#:011500126290542 Eed:260302  Ind ID:Pz0Dmxwh<br>Ind Name:H Bakers LLC<br>Bo000Btxum Trn: 0616290542Tc | $3,965.04 |
| 03/02 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 02 CO Entry<br>Descr:Dep Mar 02Sec:CCD  Trace#:011500124758106 Eed:260302  Ind ID:Pz0Dnq9N<br>Ind Name:H Bakers LLC<br>Bo000Btxzz Trn: 0614758106Tc | 3,725.08 |
| 03/02 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Feb 28 CO Entry<br>Descr:Dep Feb 28Sec:CCD  Trace#:011500126290452 Eed:260302  Ind ID:Pz0Dk2Jg<br>Ind Name:H Bakers LLC<br>Bo000Btxqe Trn: 0616290452Tc | 2,325.98 |
| 03/03 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 03 CO Entry<br>Descr:Dep Mar 03Sec:CCD  Trace#:011500120792477 Eed:260303  Ind ID:Pz0Dqdp8<br>Ind Name:H Bakers LLC     H Bakers LLC   H Bakers LLC<br>Dep Mar 0Bo000Btyf8 Trn: 0620792477Tc | 2,512.34 |
| 03/06 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 06 CO Entry<br>Descr:Dep Mar 06Sec:CCD  Trace#:011500120012694 Eed:260306  Ind ID:Pz0Dt3Rp<br>Ind Name:H Bakers LLC     H Bakers LLC   H Bakers LLC<br>Dep Mar 0Bo000Btzr7 Trn: 0650012694Tc | 1,732.65 |
| 03/09 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 09 CO Entry<br>Descr:Dep Mar 09Sec:CCD  Trace#:011500129947866 Eed:260309  Ind ID:Pz0Dxezp<br>Ind Name:H Bakers LLC     H Bakers LLC   H Bakers LLC<br>Dep Mar 0Bo000Bt2De Trn: 0689947866Tc | 3,723.00 |
| 03/09 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 08 CO Entry<br>Descr:Dep Mar 08Sec:CCD  Trace#:011500128558737 Eed:260309  Ind ID:Pz0Dvz8K<br>Ind Name:H Bakers LLC     H Bakers LLC   H Bakers LLC<br>Dep Mar 0Bo000Btz8K Trn: 0688558737Tc | 3,422.08 |
| 03/09 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 07 CO Entry<br>Descr:Dep Mar 07Sec:CCD  Trace#:011500128558567 Eed:260309  Ind ID:Pz0Du35G<br>Ind Name:H Bakers LLC     H Bakers LLC   H Bakers LLC<br>Dep Mar 0Bo000Btz4U Trn: 0688558567Tc | 2,025.14 |
| 03/10 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 10 CO Entry<br>Descr:Dep Mar 10Sec:CCD  Trace#:011500123371391 Eed:260310  Ind ID:Pz0Dyttm<br>Ind Name:H Bakers LLC     H Bakers LLC   H Bakers LLC<br>Dep Mar 0Bo000Bt2Sp Trn: 0693371391Tc | 1,592.30 |
| 03/12 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 12 CO Entry<br>Descr:Dep Mar 12Sec:CCD  Trace#:011500120677695 Eed:260312  Ind ID:Pz0D2Y4C<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 1Bo000Bt3Mu Trn: 0710677695Tc | 82.77 |
| 03/13 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 13 CO Entry<br>Descr:Dep Mar 13Sec:CCD  Trace#:011500129603140 Eed:260313  Ind ID:Pz0D4Nnj<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 1Bo000Bt32X Trn: 0729603140Tc | 1,467.55 |
| 03/16 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 16 CO Entry<br>Descr:Dep Mar 16Sec:CCD  Trace#:011500126090545 Eed:260316  Ind ID:Pz0D8Jyb<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 1Bo000Bt4P4 Trn: 0756090545Tc | 3,505.95 |
| 03/16 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 15 CO Entry<br>Descr:Dep Mar 15Sec:CCD  Trace#:011500123133557 Eed:260316  Ind ID:Pz0D64Du<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 1Bo000Bt4Jf Trn: 0753133557Tc | 2,470.52 |
| 03/16 | Orig CO Name:Toast      Orig ID:1611478458 Desc Date:Mar 14 CO Entry<br>Descr:Dep Mar 14Sec:CCD  Trace#:011500123133290 Eed:260316  Ind ID:Pz0D5Qwb<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 1Bo000Bt4D6 Trn: 0753133290Tc | 1,324.70 |

Case 26-10388-TWD   Doc 41   Filed 05/12/26   Ent. 05/12/26 14:08:12   Pg. 10 of 18



## DEPOSITS AND ADDITIONS  (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 03/17 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 17 CO Entry<br>Descr:Dep Mar 17Sec:CCD   Trace#:011500129048697 Eed:260317  Ind ID:Pz0Eaf8C<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 1Bo000Bt44J Trn: 0769048697Tc | 1,117.34 |
| 03/18 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 18 CO Entry<br>Descr:Dep Mar 18Sec:CCD   Trace#:011500125283184 Eed:260318  Ind ID:Pz0Ebjv4<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 1Bo000Bt5Hw Trn: 0775283184Tc | 96.35 |
| 03/20 | Book Transfer Credit B/O: Toast Capital LLC Operating Boston MA 02210- US Trn:<br>6362700079Jo | 9,618.83 |
| 03/20 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 20 CO Entry<br>Descr:Dep Mar 20Sec:CCD   Trace#:011500126361206 Eed:260320  Ind ID:Pz0Edrb4<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 1Bo000Bt6CA Trn: 0796361206Tc | 2,622.17 |
| 03/20 | Orig CO Name:Vehrs Distributi    Orig ID:84-4559960 Desc Date:031926 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:242071754180558 Eed:260320  Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 0794180558Tc | 174.71 |
| 03/23 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 22 CO Entry<br>Descr:Dep Mar 22Sec:CCD   Trace#:011500122348883 Eed:260323  Ind ID:Pz0Egt58<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 2Bo000Bt6Ug Trn: 0822348883Tc | 5,161.74 |
| 03/23 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 23 CO Entry<br>Descr:Dep Mar 23Sec:CCD   Trace#:011500123192174 Eed:260323  Ind ID:Pz0Ehkw2<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 2Bo000Bt6Ys Trn: 0823192174Tc | 3,626.12 |
| 03/23 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 21 CO Entry<br>Descr:Dep Mar 21Sec:CCD   Trace#:011500122348648 Eed:260323  Ind ID:Pz0Efjd7<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 2Bo000Bt6Qh Trn: 0822348648Tc | 2,508.83 |
| 03/24 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 24 CO Entry<br>Descr:Dep Mar 24Sec:CCD   Trace#:011500124455695 Eed:260324  Ind ID:Pz0Ejxk2<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 2Bo000Bt7Dd Trn: 0834455695Tc | 3,888.85 |
| 03/27 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 27 CO Entry<br>Descr:Dep Mar 27Sec:CCD   Trace#:011500122098636 Eed:260327  Ind ID:Pz0Eqakw<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 2Bo000Bt8M8 Trn: 0862098636Tc | 1,964.74 |
| 03/30 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 30 CO Entry<br>Descr:Dep Mar 30Sec:CCD   Trace#:011500125410697 Eed:260330  Ind ID:Pz0Evk2R<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 2Bo000Bt9B2 Trn: 0895410697Tc | 4,017.27 |
| 03/30 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 29 CO Entry<br>Descr:Dep Mar 29Sec:CCD   Trace#:011500123474324 Eed:260330  Ind ID:Pz0Etuk4<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 2Bo000Bt858 Trn: 0893474324Tc | 3,995.42 |
| 03/30 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 28 CO Entry<br>Descr:Dep Mar 28Sec:CCD   Trace#:011500123473901 Eed:260330  Ind ID:Pz0Erqwt<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 2Bo000Bt8Zg Trn: 0893473901Tc | 3,408.84 |
| 03/31 | Orig CO Name:Toast     Orig ID:1611478458 Desc Date:Mar 31 CO Entry<br>Descr:Dep Mar 31Sec:CCD   Trace#:011500127201438 Eed:260331  Ind ID:Pz0Ewrxg<br>Ind Name:H Bakers LLC     4445074033663  H Bakers LLC<br>Dep Mar 3Bo000Bt9R2 Trn: 0907201438Tc | 1,765.93 |

**Total Deposits and Additions**                                **$77,842.24**

Case 26-10388-TWD   Doc 41   Filed 05/12/26   Ent. 05/12/26 14:08:12   Pg. 11 of 18



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1048 ^ | | 03/04 | $819.47 |
| 2001 * ^ | | 03/12 | 168.00 |
| 2002 ^ | | 03/06 | 1,425.73 |
| 2003 ^ | | 03/13 | 1,115.20 |
| 2004 ^ | | 03/25 | 173.46 |
| 2005 ^ | | 03/27 | 542.88 |
| 2006 ^ | | 03/27 | 1,541.67 |
| **Total Checks Paid** | | | **$5,786.41** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/19 | Card Purchase | 03/18 Ec Wilson Meat CO 142-54815100 WA Card 8018 | $1,024.11 |
| 03/25 | Card Purchase | 03/24 Ec Wilson Meat CO 142-54815100 WA Card 8018 | 100.30 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,124.41** |

## ATM & DEBIT CARD SUMMARY

Brian Claudio Smith  Card 8018

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,124.41 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,124.41 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | 02/27 Online Transfer To Chk ...3779 Transaction#: 28242230714 | $2,000.00 |
| 03/02 | Orig CO Name:Stoup Brewing    Orig ID:45-4785913 Desc Date:022726 CO Entry Descr:Fintecheftsec:CCD    Trace#:091408597250074 Eed:260302   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0617250074Tc | 184.00 |
| 03/02 | Orig CO Name:Holy Mountain Br    Orig ID:46-0935705 Desc Date:022726 CO Entry Descr:Fintecheftsec:CCD    Trace#:091408597249983 Eed:260302   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0617249983Tc | 81.00 |
| 03/02 | Orig CO Name:Gibraltar, LLC A    Orig ID:9000341589 Desc Date:030226 CO Entry Descr:Web Pmts Sec:CCD    Trace#:081503504705979 Eed:260302   Ind ID:Bhpkdf Ind Name:H. Baker's LLC 866-648-1536 Trn: 0614705979Tc | 4,723.02 |

Case 26-10388-TWD    Doc 41    Filed 05/12/26    Ent. 05/12/26 14:08:12    Pg. 12 of 18



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | Orig CO Name:Intuit *     Orig ID:0000756346 Desc Date:260303 CO Entry Descr:Qbooks Onlsec:CCD    Trace#:021000029725103 Eed:260303   Ind ID:1458449 Ind Name:H Bakers LLC 800-446-8848 Trn: 0629725103Tc | 127.13 |
| 03/04 | Orig CO Name:Toast, Inc     Orig ID:1800948598 Desc Date:     CO Entry Descr:Toast, Incsec:CCD    Trace#:091000019182757 Eed:260304   Ind ID:St-N5G2B2E0S5M9       Ind Name:Toast Inc Trn: 0639182757Tc | 398.12 |
| 03/05 | Orig CO Name:Hospitality Indu     Orig ID:3411786634 Desc Date:260305 CO Entry Descr:Payment  Sec:CCD    Trace#:091000019525435 Eed:260305   Ind ID:Xx015Kundjvzgs Ind Name:Benefit Solutions, Inc Es10362-Hit Trn: 0649525435Tc | 3,000.00 |
| 03/05 | Orig CO Name:Vehrs Distributi     Orig ID:84-4559960 Desc Date:030426 CO Entry Descr:Fintecheftsec:CCD    Trace#:071000281108928 Eed:260305   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0641108928Tc | 174.71 |
| 03/05 | Orig CO Name:Macrina     Orig ID:9000039309 Desc Date:260305 CO Entry Descr:Purchase  Sec:Web    Trace#:122043489975391 Eed:260305   Ind ID:142211926 Ind Name:H Bakers LLC 2064484089 Trn: 0649975391Tc | 85.50 |
| 03/06 | Orig CO Name:Southern Glazer'     Orig ID:26-3425881 Desc Date:030526 CO Entry Descr:Fintecheftsec:CCD    Trace#:091408595623320 Eed:260306   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0655623320Tc | 714.13 |
| 03/06 | Orig CO Name:Vehrs Distributi     Orig ID:84-4559960 Desc Date:030526 CO Entry Descr:Fintecheftsec:CCD    Trace#:071000285609038 Eed:260306   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0655609038Tc | 556.07 |
| 03/06 | Orig CO Name:Vinea LLC Dba VI     Orig ID:27-0343143 Desc Date:030526 CO Entry Descr:Fintecheftsec:CCD    Trace#:091408595623376 Eed:260306   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0655623376Tc | 395.64 |
| 03/06 | Orig CO Name:Triple B Corp D/     Orig ID:9216231001 Desc Date:030626 CO Entry Descr:Cons Coll Sec:PPD    Trace#:041001035149616 Eed:260306   Ind ID: Ind Name:Baker's Trn: 0655149616Tc | 219.07 |
| 03/06 | 03/06 Online Transfer To Chk ...3779 Transaction#: 28336408058 | 2,000.00 |
| 03/09 | Orig CO Name:Puget Sound Ener     Orig ID:0000000160 Desc Date:260306 CO Entry Descr:Billpay  Sec:Web   Trace#:091000018452265 Eed:260309   Ind ID:Puget Sound Ene Ind Name:H. Baker S LLC           Billpay Trn: 0688452265Tc | 300.00 |
| 03/10 | Orig CO Name:Fintech.Net     Orig ID:65-0152732 Desc Date:030926 CO Entry Descr:Fintecheftsec:CCD    Trace#:063112140360241 Eed:260310   Ind ID:83-1787627 Ind Name:H. Baker S LLC Trn: 0690360241Tc | 814.00 |
| 03/10 | Orig CO Name:Columbia Dist Ke     Orig ID:26-2863088 Desc Date:030926 CO Entry Descr:Fintecheftsec:CCD    Trace#:091000017785370 Eed:260310   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0697785370Tc | 212.06 |
| 03/10 | Orig CO Name:Vehrs Distributi     Orig ID:84-4559960 Desc Date:030926 CO Entry Descr:Fintecheftsec:CCD    Trace#:071000280358819 Eed:260310   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0690358819Tc | 137.44 |
| 03/11 | Orig CO Name:Puget Sound Ener     Orig ID:0000000160 Desc Date:260310 CO Entry Descr:Billpay  Sec:PPD    Trace#:091000010107673 Eed:260311   Ind ID: Ind Name:H. Baker S LLC Trn: 0700107673Tc | 230.20 |
| 03/12 | Orig CO Name:Toast Payroll     Orig ID:1161630473 Desc Date:260310 CO Entry Descr:Toast Payrsec:CCD    Trace#:242071759198190 Eed:260312   Ind ID:1161630473 Ind Name:H Bakers LLC            H. Bakers LLC Trn: 0719198190Tc | 11,253.37 |
| 03/12 | Orig CO Name:Accounting & Man     Orig ID:9215986202 Desc Date:260312 CO Entry Descr:Sale     Sec:CCD    Trace#:021000029284601 Eed:260312   Ind ID: Ind Name:H Bakers LLC Trn: 0719284601Tc | 472.50 |

Case 26-10388-TWD    Doc 41    Filed 05/12/26    Ent. 05/12/26 14:08:12    Pg. 13 of 18


## ELECTRONIC WITHDRAWALS _(continued)_

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/12 | Orig CO Name:Macrina          Orig ID:9000039309 Desc Date:260312 CO Entry Descr:Purchase  Sec:Web    Trace#:122043489250763 Eed:260312   Ind ID:142426336 Ind Name:H Bakers LLC 2064484089 Trn: 0719250763Tc | 43.50 |
| 03/13 | Orig CO Name:Toast Payroll        Orig ID:1161630473 Desc Date:        CO Entry Descr:Tax Col  Sec:CCD   Trace#:242071755502312 Eed:260313   Ind ID:            Ind Name:H Bakers LLC                                              Payroll Tax Collect Trn: 0725502312Tc | 5,620.13 |
| 03/13 | Orig CO Name:Toast Payroll        Orig ID:1161630473 Desc Date:        CO Entry Descr:Tax Col  Sec:CCD   Trace#:242071755502311 Eed:260313   Ind ID:            Ind Name:H Bakers LLC                                              Payroll Tax Collect Trn: 0725502311Tc | 4,133.82 |
| 03/13 | Orig CO Name:Triple B Corp D/       Orig ID:9216231001 Desc Date:031326 CO Entry Descr:Cons Coll Sec:PPD   Trace#:041001035663325 Eed:260313   Ind ID: Ind Name:Baker's Trn: 0725663325Tc | 416.31 |
| 03/13 | Orig CO Name:Rochelois LLC Db       Orig ID:27-4514779 Desc Date:031226 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408595184826 Eed:260313   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0725184826Tc | 324.00 |
| 03/13 | Orig CO Name:Stoup Brewing        Orig ID:45-4785913 Desc Date:031226 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408595184814 Eed:260313   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0725184814Tc | 184.00 |
| 03/13 | Orig CO Name:Walden Selection       Orig ID:47-1075755 Desc Date:031226 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000015519922 Eed:260313   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0725519922Tc | 165.00 |
| 03/13 | 03/13 Online Transfer To  Chk ...3779 Transaction#: 28393277607 | 2,000.00 |
| 03/16 | Orig CO Name:WA Dept Revenue       Orig ID:9916001118 Desc Date:260312 CO Entry Descr:Tax Pymt  Sec:CCD    Trace#:042000015095680 Eed:260316   Ind ID:17395568 Ind Name:Baker's Trn: 0755095680Tc | 3,462.56 |
| 03/16 | Orig CO Name:Hospitality Indu       Orig ID:3411786634 Desc Date:260316 CO Entry Descr:Payment  Sec:CCD   Trace#:091000017143835 Eed:260316   Ind ID:Xx015Kuwdkkh2E Ind Name:Benefit Solutions, Inc Es10362-Hit Trn: 0757143835Tc | 2,627.21 |
| 03/16 | Orig CO Name:Crate Imprint       Orig ID:6852512986 Desc Date:260316 CO Entry Descr:Cc Paymentsec:PPD    Trace#:121140392698316 Eed:260316   Ind ID:            Ind Name:Brian Smith Trn: 0752698316Tc | 162.39 |
| 03/17 | Orig CO Name:Waste Management       Orig ID:9580653001 Desc Date:260316 CO Entry Descr:Payment  Sec:PPD    Trace#:021000022613275 Eed:260317   Ind ID: Ind Name:H. Baker's LLC Trn: 0762613275Tc | 1,730.44 |
| 03/17 | Orig CO Name:Seattleutilties       Orig ID:1916001275 Desc Date:Mar 26 CO Entry Descr:Web_Pay  Sec:Web    Trace#:091000012552650 Eed:260317   Ind ID:46377648031626 Ind Name:Brian Smith Trn: 0762552650Tc | 926.82 |
| 03/17 | Orig CO Name:Waste Management       Orig ID:9580653001 Desc Date:260316 CO Entry Descr:Payment  Sec:PPD   Trace#:021000022613273 Eed:260317   Ind ID: Ind Name:H. Baker's LLC Trn: 0762613273Tc | 817.40 |
| 03/17 | Orig CO Name:State of WA-Esd       Orig ID:Uitax-Epay Desc Date:        CO Entry Descr:Esd ACH 6 Sec:CCD   Trace#:042000012310811 Eed:260317   Ind ID:Esd WA Ui-Tax Ind Name:H. Baker's LLC Trn: 0762310811Tc | 250.00 |
| 03/17 | Orig CO Name:Seattle License       Orig ID:0000007041 Desc Date:260317 CO Entry Descr:Taxpymt  Sec:Web   Trace#:021000023980539 Eed:260317   Ind ID:6619580 Ind Name:H Baker's LLC 206-684-8484 Trn: 0763980539Tc | 687.00 |
| 03/17 | Orig CO Name:Filelocal          Orig ID:0000007041 Desc Date:260317 CO Entry Descr:Processfeesec:Web    Trace#:021000023980554 Eed:260317   Ind ID:6619590 Ind Name:H Baker's LLC Filelocal.Org Trn: 0763980554Tc | 4.00 |

Case 26-10388-TWD    Doc 41    Filed 05/12/26    Ent. 05/12/26 14:08:12    Pg. 14 of 18


# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | Orig CO Name:Seattle Kubrafee     Orig ID:0000007041 Desc Date:260317 CO Entry Descr:Taxpymtfeesec:Web    Trace#:021000023980466 Eed:260317   Ind ID:6618818 Ind Name:H Baker's LLC 800-766-6616 Trn: 0763980466Tc | 1.00 |
| 03/18 | Orig CO Name:Toast Payroll     Orig ID:1161630473 Desc Date:     CO Entry Descr:Tax Col  Sec:CCD   Trace#:242071754107087 Eed:260318   Ind ID:          Ind Name:H Bakers LLC                                    Payroll Tax Collect Trn: 0774107087Tc | 1,675.18 |
| 03/18 | Orig CO Name:Toast Payroll     Orig ID:1161630473 Desc Date:     CO Entry Descr:Tax Col  Sec:CCD   Trace#:242071754107089 Eed:260318   Ind ID:          Ind Name:H Bakers LLC                                    Payroll Tax Collect Trn: 0774107089Tc | 1,049.72 |
| 03/18 | Orig CO Name:Toast Payroll     Orig ID:1161630473 Desc Date:     CO Entry Descr:Tax Col  Sec:CCD   Trace#:242071754107088 Eed:260318   Ind ID:          Ind Name:H Bakers LLC                                    Payroll Tax Collect Trn: 0774107088Tc | 963.64 |
| 03/18 | Orig CO Name:Comcast-Xfinity     Orig ID:0000213249 Desc Date:260318 CO Entry Descr:Cable Svcssec:Web    Trace#:021000023262108 Eed:260318   Ind ID:6730915 Ind Name:Brian *Smith 800-266-2278 Trn: 0773262108Tc | 565.08 |
| 03/19 | Orig CO Name:Blue Lion Insura     Orig ID:2472319830 Desc Date:260318 CO Entry Descr:Payments Sec:CCD   Trace#:104000011641253 Eed:260319   Ind ID:30140351 Ind Name:H. Bakers LLC Trn: 0781641253Tc | 5,409.99 |
| 03/19 | Orig CO Name:Pnp Billpayment     Orig ID:3333308324 Desc Date:260319 CO Entry Descr:031726Ek Sec:PPD   Trace#:071000281674715 Eed:260319   Ind ID: Ind Name:Brian Smith Trn: 0781674715Tc | 100.88 |
| 03/19 | Orig CO Name:Macrina     Orig ID:9000039309 Desc Date:260319 CO Entry Descr:Purchase Sec:Web   Trace#:122043481762901 Eed:260319   Ind ID:142630265 Ind Name:H Bakers LLC 2064484089 Trn: 0781762901Tc | 87.00 |
| 03/20 | Orig CO Name:Triple B Corp D/     Orig ID:9216231001 Desc Date:032026 CO Entry Descr:Cons Coll Sec:PPD   Trace#:041001032268175 Eed:260320   Ind ID: Ind Name:Baker's Trn: 0792268175Tc | 537.55 |
| 03/20 | Orig CO Name:Vinea LLC Dba VI     Orig ID:27-0343143 Desc Date:031926 CO Entry Descr:Fintecheftsec:CCD   Trace#:041001034161515 Eed:260320   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0794161515Tc | 407.64 |
| 03/20 | Orig CO Name:Holy Mountain Br     Orig ID:46-0935705 Desc Date:031926 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408594170546 Eed:260320   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0794170546Tc | 81.00 |
| 03/20 | 03/20 Online Transfer To Chk ...3779 Transaction#: 28415494464 | 2,000.00 |
| 03/24 | Orig CO Name:Vehrs Distributi     Orig ID:84-4559960 Desc Date:032326 CO Entry Descr:Fintecheftsec:CCD   Trace#:071000283275469 Eed:260324   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0833275469Tc | 482.42 |
| 03/24 | Orig CO Name:Stoup Brewing     Orig ID:45-4785913 Desc Date:032326 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408593306768 Eed:260324   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0833306768Tc | 184.00 |
| 03/26 | Orig CO Name:Toast Payroll     Orig ID:1161630473 Desc Date:260324 CO Entry Descr:Toast Payrsec:CCD   Trace#:242071754212509 Eed:260326   Ind ID:1161630473 Ind Name:H Bakers LLC                                    H. Bakers LLC Trn: 0854212509Tc | 10,953.96 |
| 03/26 | Orig CO Name:Macrina     Orig ID:9000039309 Desc Date:260326 CO Entry Descr:Purchase Sec:Web   Trace#:122043484922557 Eed:260326   Ind ID:142821943 Ind Name:H Bakers LLC 2064484089 Trn: 0854922557Tc | 85.50 |

Case 26-10388-TWD   Doc 41   Filed 05/12/26   Ent. 05/12/26 14:08:12   Pg. 15 of 18


## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/27 | Orig CO Name:Toast Payroll    Orig ID:1161630473 Desc Date:    CO Entry Descr:Tax<br>Col  Sec:CCD   Trace#:242071759349523 Eed:260327  Ind ID:       Ind<br>Name:H Bakers LLC                    Payroll Tax<br>Collect Trn: 0869349523Tc | 3,796.62 |
| 03/27 | Orig CO Name:Vehrs Distributi    Orig ID:84-4559960 Desc Date:032626 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:071000280983871 Eed:260327  Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 0860983871Tc | 573.37 |
| 03/27 | Orig CO Name:Triple B Corp D/    Orig ID:9216231001 Desc Date:032726 CO Entry<br>Descr:Cons Coll Sec:PPD   Trace#:041001039480743 Eed:260327  Ind ID:<br>Ind Name:Baker's Trn: 0869480743Tc | 406.69 |
| 03/27 | Orig CO Name:American Northwe    Orig ID:20-0676121 Desc Date:032626 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:071000280983842 Eed:260327  Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 0860983842Tc | 380.31 |
| 03/27 | 03/27 Online Transfer To Chk ...3779 Transaction#: 28502417380 | 2,000.00 |
| 03/30 | Orig CO Name:Vinea LLC Dba VI    Orig ID:27-0343143 Desc Date:032726 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:091408591429239 Eed:260330  Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 0891429239Tc | 251.76 |
| 03/30 | Orig CO Name:Intuit *    Orig ID:0000756346 Desc Date:260330 CO Entry<br>Descr:Qbooks Onlsec:CCD   Trace#:021000022796107 Eed:260330  Ind ID:0618216<br>Ind Name:H Bakers LLC<br>800-446-8848 Trn: 0892796107Tc | 127.13 |

**Total Electronic Withdrawals**         **$83,752.98**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | Service Charges For The Month of February | $142.00 |

**Total Fees**         **$142.00**

You were charged a monthly service fee of $40.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $27,514.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 03/02 | $40,706.47 | 03/12 | 32,250.11 | 03/23 | 27,415.85 |
| 03/03 | 43,091.68 | 03/13 | 19,759.20 | 03/24 | 30,638.28 |
| 03/04 | 41,874.09 | 03/16 | 20,808.21 | 03/25 | 30,364.52 |
| 03/05 | 38,613.88 | 03/17 | 17,508.89 | 03/26 | 19,325.06 |
| 03/06 | 35,035.89 | 03/18 | 13,351.62 | 03/27 | 12,048.26 |
| 03/09 | 43,906.11 | 03/19 | 6,729.64 | 03/30 | 23,090.90 |
| 03/10 | 44,334.91 | 03/20 | 16,119.16 | 03/31 | 24,856.83 |
| 03/11 | 44,104.71 | | | | |

Case 26-10388-TWD    Doc 41    Filed 05/12/26    Ent. 05/12/26 14:08:12    Pg. 16 of 18





## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $40.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$40.00** Will be assessed on 4/1/26 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 65 |
| Deposits / Credits | 28 |
| Deposited Items | 0 |
| **Total Transactions** | **93** |

## SERVICE CHARGE DETAIL

| DESCRIPTION Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT** 000000322380996 | | | | | |
| Monthly Service Fee | 1 | | | $40.00 | $40.00 |
| Transactions | 93 | 0 | 93 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$40.00** |
| **Other Fees** | | | | | |
| Electronic Credits | 28 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 65 | 250 | 0 | $0.50 | $0.00 |
| **Total Service Charge (Will be assessed on 4/1/26)** | | | | | **$40.00** |
| **ACCOUNT** 000000322380996 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Electronic Credits | 28 | | | | |
| Non-Electronic Transactions | 65 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

## CHASE BUSINESS PREMIER SAVINGS

H. BAKER'S LLC

DBA BAKER'S OR PINA TAQUERIA

Account Numbe                    3900

## SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.03** |
| **Ending Balance** | **0** | **$0.03** |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.00% |

Interest paid in 2025 for account      3900 was $0.55.

Case 26-10388-TWD    Doc 41    Filed 05/12/26    Ent. 05/12/26 14:08:12    Pg. 17 of 18


The monthly service fee for this account was waived as an added feature of a linked Chase Performance Business Checking account.

30 deposited items are provided with your account each month.  There is a $0.50 fee for each additional deposited item.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

Case 26-10388-TWD    Doc 41    Filed 05/12/26    Ent. 05/12/26 14:08:12    Pg. 18 of 18