**Below is the Order of the Court.**

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

---

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

In re:

H. Baker's LLC,

                              Debtor.

Case No.  26-10388-TWD

**ORDER SETTING CONFIRMATION**
**HEARING AND RELATED DEADLINES**

The Debtor has filed a plan under 11 U.S.C. § 1189 [Docket No. 40] ("Plan") and the Court has not entered an order under 11 U.S.C. § 1181(b) making 11 U.S.C. § 1125 applicable.  Accordingly, pursuant to Federal Rules of Bankruptcy Procedure 3014 and 3017.2, it is ORDERED that:

1. The hearing to consider confirmation of the Plan shall be held on June 12, 2026 at 9:30 a.m. in Judge Dore's Courtroom, Room 8106 of the United States Courthouse, 700 Stewart Street, Seattle, Washington.

2. June 5, 2026 is the last day by which the holders of claims and interests may accept or reject the Plan.  Acceptance or rejection shall be expressed by completing the ballot and providing it to the Debtor's attorney.

ORDER SETTING CONFIRMATION HEARING AND RELATED DEADLINES - 1

3. An equity security holder or creditor whose claim is based on a security must be the holder of record of the security on May 29, 2026 to be eligible to accept or reject the Plan.

4. June 5, 2026 is the last day to file an objection to confirmation of the Plan.

5. May 29, 2026 is the last day for a secured creditor to make an election under 11 U.S.C. § 1111(b)(2).

6. By May 13, 2026 the Debtor shall mail to all creditors, equity security holders and other parties in interest the Plan, a ballot for accepting or rejecting the Plan and a copy of this Order.

7. By May 13, 2026, the Debtor shall prepare and file a proof of service demonstrating compliance with paragraph 6 of this Order.

8. A copy of this Order shall constitute notice of all matters set forth above and no separate notice is required.

/ / / End of Order / / /

ORDER SETTING CONFIRMATION HEARING AND RELATED DEADLINES - 2