Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
Neeleman Law Group, P.C.
1403 8th Street
Marysville, WA 98270
Telephone 425-212-4800
Fax 425-212-4802
Email: jennifer@neelemanlaw.com

HONORABLE TIMOTHY W. DORE

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

H. Baker's, LLC,

Debtor.

CHAPTER 11

Case No. 26-10388

STIPULATION FOR RELIEF FROM AUTOMATIC STAY

This stipulation is entered into between the Debtor-in-possession ("Debtor") H. Baker's, LLC and Auris Payroll Solutions, Inc., dba Heartland Payroll ("Auris" and, collectively with the Debtor, the "Parties") for relief from the automatic stay to allow Auris to apply $12,285.22 of the Debtor's funds to satisfy a portion of Auris's $35,824.80 prepetition claim.

The Parties hereby stipulate and agree as follows:

WHEREAS, on February 6, 2026, ("Petition Date), Debtor filed a voluntary petition for reorganization relief under Subchapter V of Chapter 11 of Title 11 of the United States Code, 11 U.S. C. §§ 101-1330, as amended;

WHEREAS, Debtor scheduled a $35,824.80 undisputed prepetition claim in favor of Auris, Debtor's payroll company;

WHEREAS, prior to the Petition Date, Auris received $1,890.71 from the Debtor for tax amounts for a prior payroll that Auris had not yet remitted to the tax agencies at the time a debit of Debtor's account was returned for insufficient funds;

WHEREAS, when Auris debits a client's account, it concurrently credits the employee and tax fund accounts with Auris funds, but here the debit of Debtor's account was returned for

Stipulation to Effectuate
Setoff Obligation

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group**

insufficient funds;

WHEREAS, prior to the Petition Date, Auris held $10,394.51 in funds which were set aside by Auris for payment of Debtor's payroll taxes;

WHEREAS, the contract between the Parties provides that Auris "reserves the right to withhold any tax deposits held by [Auris] on behalf [Debtor], in whole or in part, in order to satisfy any outstanding amounts owed to [Auris] by [Debtor];"

WHEREAS, Debtor has request relief from the automatic stay to permit Auris to offset its scheduled claim with the $12,285.22 it has on hand; and

WHEREAS, there Parties conferred on the relief requested and have agreed, subject to the approval of the Bankruptcy Court, to modify the automatic stay for the limited purpose of allowing Auris to apply the $12,285.22 in funds provided by the Debtor against its scheduled claim of $35,824.80 so that Auris's claim would be reduced to $23,539.58.

Dated: May 22, 2026

NEELEMAN LAW GROUP, P.C.
*/s/ Jennifer L. Neeleman*
Jennifer L. Neeleman, WSBA #37374
*Attorneys for Debtor*

SHOOK, HARDY & BACON L.L.P.

*/s/ Anne C. Krache*
Anne Krache
*Attorney for Auris Payroll Services,*

Stipulation to Effectuate
Setoff Obligation

1403 8th Street | **Neeleman**
Marysville, WA 98270 | **Law**
P 425.212.4800 || F 425.212.4802 | **Group**

Case 26-10388-TWD    Doc 45    Filed 05/22/26    Ent. 05/22/26 08:55:41    Pg. 2 of 2