Thomas D. Neeleman, WSBA #33980
Jennifer L. Neeleman, WSBA #37374
Neeleman Law Group, P.C.
1403 8th Street
Marysville, WA 98270
Telephone 425-212-4800
Fax 425-212-4802
Email: jennifer@neelemanlaw.com

The Honorable Timothy W. Dore
Chapter 11 Proceeding

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

H. Baker's, LLC,

        Debtor.

CHAPTER 11

Case No. 26-10388

MOTION TO APPROVE STIPULATION
FOR RELIEF FROM AUTOMATIC STAY

Comes now the Debtor, H. Baker's, LLC, (herein, "Debtor") by and through its attorneys of record Neeleman Law Group, P.C., and moves this Court, *ex parte*, for an order approving the Stipulation for Relief from Automatic Stay to permit Auris Payroll Solutions, Inc., dba Heartland Payroll to offset its scheduled claim with the funds on hand.

Debtor respectively requests entry of an order approving the Stipulation filed on May 22, 2026 [Dkt. No. 45].

DATED: May 22, 2026

/s/ Jennifer L. Neeleman_____
Jennifer L. Neeleman, WSBA #37374
Attorney for Debtor, H. Baker's, LLC

Motion for Approval of Stipulation

Neeleman Law Group
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802