Jennifer L. Neeleman, WSBA #37374
Thomas D. Neeleman, WSBA #33980
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802
Email: jennifer@neelemanlaw.com

The Honorable Timothy W. Dore
Location: Seattle
Hearing Date: June 26, 2026
Hearing Time: 9:30 am
Response Due Date: June 18, 2026

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

H. Baker's, LLC

Debtor-in-Possession.

Case No.: 26-10388

NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the Debtor's **MOTION TO APPROVE STIPULATION FOR RELIEF FROM AUTOMATIC STAY** will be heard as follows:

Judge:      Honorable Timothy W. Dore
Date:       June 26, 2026
Time:       9:30 am.
Location:   United States Bankruptcy Court
            700 Stewart Street
            Courtroom 8106
            Seattle, WA 98101

YOU ARE FURTHER NOTIFIED that responses or objections must be made in writing and filed with the Bankruptcy Court. If you choose to respond to this motion, you must file a response **no later than the response date** of **June 18, 2026**. IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may enter an order GRANTING THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

A copy of the Motion, Stipulation, and Proposed Order are attached to this notice.

Notice of Hearing

1403 8th Street | **Neeleman**
Marysville, WA 98270 | **Law**
P 425.212.4800 || F 425.212.4802 | **Group**

Dated: May 27, 2026

NEELEMAN LAW GROUP, P.C.

/s/ Jennifer L. Neeleman
Jennifer L. Neeleman, #37374
Attorney for the Chapter 11 Estate
H. Baker's, LLC

Notice of Hearing

1403 8th Street
Marysville, WA  98270
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group**

Case 26-10388-TWD    Doc 49-1    Filed 05/27/26    Ent. 05/27/26 07:02:03    Pg. 2 of 2