UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

H. Baker's, LLC,

                    Debtor.

CHAPTER 11

Case No. 26-10388

ORDER APPROVING STIPULATION
FOR RELIEF FROM AUTOMATIC STAY

THIS MATTER having come before the Court upon the Debtor's Motion for Approval of Stipulation between H. Baker's, LLC and Auris Payroll Solutions, Inc., dba Heartland (the "Motion") the Court having been fully advised in the premises and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1)      The Motion is **GRANTED**;

2)      The Stipulation between H. Baker's, and Auris Payroll Solutions, Inc., dba Heartland [ECF No. 45] is A**PPROVED**;

3)      Auris Payroll Solutions, Inc., dba Heartland is granted immediate relief from the automatic for the limited purpose of allowing Auris to apply the $12,285.22 in funds provided by the Debtor against its scheduled claim.

Order Re Stipulation

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group**

4) This Order for relief from shall be binding upon the Parties and their successors and assigns, and continue in effect in the event of: (1) dismissal of this proceeding; (2) conversion of this proceeding to a proceeding under another chapter of the United States Bankruptcy Code.

5) The stay under Fed. R. Bankr. P. 4001 is waived and this Order shall be effective immediately upon entry of the order.

//END OF ORDER//

Presented by:

NEELEMAN LAW GROUP, P.C.

*/s/ Jennifer L. Neeleman*
Jennifer L. Neeleman, WSBA #37374
1403 8th Street
Marysville, WA 98270
Telephone (425) 212-4800
Email: jennifer@neelemanlaw.com
Attorneys for Debtor

SHOOK, HARDY & BACON L.L.P.

*/s/ Anne C. Krache*
Anne Krache
One Federal Street, Suite 2620
Boston, MA 02110
Telephone: (617) 531-1411
Fax: (617) 531-1602
akrache@shb.com
*Attorney for Auris Payroll Services, Inc.*

Order Re Stipulation

1403 8th Street | **Neeleman**
Marysville, WA 98270 | **Law**
P 425.212.4800 || F 425.212.4802 | **Group**