# HEARTLAND PAYROLL SOLUTIONS, INC.
## TERMS & CONDITIONS

### 1. PROVISION OF SERVICES.

a. Subject to the terms and conditions contained herein, Heartland Payroll Solutions, Inc. ("Heartland Payroll Solutions") agrees to provide the Client with payroll processing services ("Payroll Processing Services") and tax filing services ("Tax Filing Services") (collectively, the "Services"). This Agreement shall be effective as of the earlier of (i) the date upon which Client commencing use of the Services, or (ii) the acceptance of this Agreement by Heartland as described herein.

b. Client acknowledges that the Services herein are solely for processing of payroll and tax payments and associated reporting. The Services do not consist of advisory or consultative services of any form, including those related to payroll taxes and labor laws or unclaimed property compliance. Client shall be solely responsible for Client's compliance with federal, state, and local labor laws and state unclaimed property laws.

c. The Client Set-Up Questionnaire, the No Prior Wage Statement (if applicable), the Time Keeping Account Signup Form (if applicable), and any other forms or documents that may be required by the applicable federal and state agency (including without limitation any tax exempt authorizations, depositor confirmations, or agency payment information forms) (collectively, the "Ancillary Forms") are incorporated by reference herein as if set forth expressly. In the event that any terms in the Ancillary Forms contradict the terms herein, the term set forth in this Agreement shall govern.

### 2. CLIENT RESPONSIBILITY.

a. **Conversion**: Client shall provide all items required for activation of the Services prior to the activation of the Services.

b. **Review**: Client shall review all payroll reports to verify accuracy of checks issued and shall notify Heartland Payroll Solutions of any inaccuracies prior to the next payroll processing date. Heartland Payroll Solutions shall not be liable for any inaccuracies that are not reported to Heartland Payroll Solutions prior to the next regularly scheduled payroll processing date.

c. **Refunds**: Any refund due to Client shall be contingent on verification that sufficient funds were originally received by Heartland Payroll Solutions from Client's bank account to cover any and all relevant amounts due, transferred or paid by Heartland Payroll Solutions. Heartland Payroll Solutions reserves the right to withhold any refund amounts, in whole or in part, in order to satisfy any outstanding amounts owed to Heartland Payroll Solutions by Client.

d. **Funds-Availability**: Client shall have the required amounts to cover all payroll transactions, payroll fees, taxes and other related items specified on the payroll reports. If funds are insufficient or uncollectable for any reason, a resulting Non- Sufficient Funds ("NSF") fee will be charged, unless prohibited by applicable law. Client shall be assessed a "NSF fee" by Heartland Payroll Solutions and shall be subject to immediate cancellation of Heartland Payroll Solutions' Services, in Heartland Payroll Solutions' sole discretion. In the event the Client's total liability (including payroll, payroll taxes, and billing) exceeds the Client's predetermined ACH protection limit, the Client will be required to submit the amount of the total liability to Heartland Payroll Solutions via wire transfer of immediately available funds at least two (2) days prior to the applicable payroll check date. If sufficient collected funds are not in Client's designated deposit account, Heartland Payroll Solutions may elect to terminate this Agreement immediately, in its sole discretion, whereupon Client will be responsible for the administration and delivery of all tax deposits and filings then or thereafter due together with any related penalties and interest. Heartland Payroll Solutions may require Client to pay Client's outstanding, and all future payroll funding amounts to Heartland Payroll Solutions hereunder by ACH, wire transfer or other method designated by Heartland Payroll Solutions as a condition of Client's receipt of the Heartland Payroll Solutions' Services. Upon the expiration or termination of this Agreement for any reason, all fees due and owing to Heartland Payroll Solutions shall be immediately due and payable, and Heartland Payroll Solutions shall debit Client's designated deposit account for all such amounts. In the event that sufficient funds are not in Client's designated deposit account, Heartland Payroll Solutions, in its sole discretion, may send Client's account to third-party collections, which may result in additional fees owed by Client related to such collections activity.

e. **Instructions and Accuracy**: Client shall be solely liable for the instructions Client provides to Heartland Payroll Solutions and any results of such instructions, as well as the accuracy of any input information supplied by Client to Heartland Payroll Solutions. Client acknowledges they are required to process payroll 48 hours prior to check date. If Client wishes to process payroll less than 48 hours prior to

check date, Client shall sign a required release of liability prior to the processing of payroll. Client further acknowledges that should any issues arise due to their processing of payroll less than 48 hours prior to check date, Heartland shall not be liable for any errors, omissions, fees, hardship or employee communication resulting from Client's failure to adhere to the foregoing time frame, including without limitation any delayed transfer of payroll funds or delivery by courier service.

f. **Policies:** Client agrees that it will use the Services in accordance with any policies established by Heartland Payroll Solutions from time to time and documented in any materials furnished by Heartland Payroll Solutions to Client, as well as any other instructions for the use of the Services provided by Heartland Payroll Solutions to Client.

g. **Client Use:** Client agrees that, except as otherwise permitted in writing by Heartland Payroll Solutions, Client will use the Services only for its own internal business purposes and will not sell or otherwise provide, directly or indirectly, any of the Services or any portion thereof to any third party.

3. **OWNERSHIP, LICENSES, CONFIDENTIALITY AND NON-DISCLOSURE.** Client acknowledges and agrees that all computer programs, tutorial and related documentation made available, directly or indirectly, by Heartland Payroll Solutions to Client as part of the Services are the exclusive property of Heartland Payroll Solutions or the third party or parties from whom Heartland Payroll Solutions has secured the right to use such computer programs and documentation (the "Property"). Heartland Payroll Solutions and such third parties shall retain all rights and title, to the extent of their respective interest, to all copyrights, trademarks, service marks, trade secrets, and other proprietary rights contained within the applicable Property.

4. **LAWS AND GOVERNMENT REGULATIONS.**

Client shall be responsible for (a) compliance with all applicable law, rule, and regulation, and (b) any use Client may make of the Services to assist Client in complying with such laws and governmental regulations. Except for Heartland Payroll Solutions' responsibilities as they relate to Tax Filing Services, as set forth herein, Heartland Payroll Solutions shall not have any responsibility relating thereto (including without limitation, any obligation to advise Client of Client's responsibilities in complying with any law, rule, or regulation applicable to Client's business).

5. **DIRECT DEPOSIT AND TRUST ACCOUNT**

**CLIENTS.**

a. The Services shall not be activated until Heartland Payroll Solutions has evaluated and approved Client's credit.

b. Heartland Payroll Solutions' provision of the Services will be subject at all times to the terms set forth in Paragraph 2(d) of this Agreement entitled "Funds-Availability". In the event that a stop payment is required for a check drawn on the Heartland Payroll Solutions trust account (*i.e.*, the check is lost and must be replaced), a "Heartland Check Stop Payment" fee per occurrence will be imposed on Client's next payroll invoice.

6. **TAX FILING SERVICES.** In the event Client elects to receive Tax Filing Services, Client acknowledges and agrees that:

a. Heartland Payroll Solutions shall be responsible for the timely payment and filing of all payroll taxes/forms related to payroll processed by Heartland Payroll Solutions on behalf of Client, subject at all times to (i) Client ensuring that sufficient funds are available for collection no less than two business days prior to each check date, (ii) Client submitting accurate and complete payroll information to Heartland Payroll Solutions in a timely manner. For the avoidance of doubt, Heartland Payroll Solutions shall not be liable for any payroll taxes, or penalties for failing to timely remit payroll taxes, with respect to payroll processed by any other entity prior to or subsequent to the Term of this Agreement.

b. Client acknowledges that Tax Filing Services do not include preparation of state unclaimed property reports.

c. Client shall be responsible for immediately informing Heartland Payroll Solutions of any changes in deposit frequency, tax ID number or tax rate. Failure to inform Heartland Payroll Solutions of changes to the tax rates and/or deposit frequencies may result in penalty and interest for which the Client will be entirely liable.

d. Client will, within seventy-two (72) hours of receipt, provide Heartland Payroll Solutions copies of any and all notices that Client receives from taxing authorities, including without limitation any unemployment rate changes, state and local rate changes, tax coupons, and/or delinquency notices. Client acknowledges that time is of the essence in resolving tax issues and agrees to hold Heartland Payroll Solutions harmless for Client's failure to provide any such notifications to Heartland Payroll Solutions in accordance with this paragraph.

53930 Case 26-10388-TWD    Doc 50    Filed 05/27/26    Ent. 05/27/26 07:09:03    Pg. 2 of 6

e. According to the IRS Rev. Proc. 2012-32, Heartland Payroll Solutions must advise Client as Client's Reporting Agent that Client is responsible for the timely filing of employment tax returns and the timely payment of employment taxes for Client's employees, even if Client has authorized a third party to file the returns and make the payments on Client's behalf. Therefore, the Internal Revenue Service recommends that Client enroll in the U.S. Treasury Department's Electronic Federal Tax Payment System (EFTPS) to monitor Client's account and ensure that timely tax payments are being made for Client. Client may enroll in the EFTPS online at www.eftps.gov, or call 800-555-4477 for an enrollment form. Client should contact the applicable state tax authorities to determine whether a similar state-level program is available to Client to verify state tax payments.

f. Tax Filing Services are based upon information supplied by Client or on behalf of Client by agents or third parties (including proof of federal, state and local tax identification numbers). Client is solely responsible for the accuracy of all such information and the verification of payroll dates and agrees to hold Heartland Payroll Solutions harmless for any damages, liens, or other such penalties incurred by Client as a result of inaccurate or incomplete information provided by Client directly, or on behalf of client by an agent or third party, to Heartland Payroll Solutions. Client must report payroll data pursuant to the scheduled payroll dates, even if no payroll dollars are paid.

g. In order to receive Tax Filing Services, Client shall execute a Limited Power of Attorney and/or Reporting Authorization Form in the form provided by Heartland Payroll Solutions.

h. Client shall, at all times during which it receives Tax Filing Services, maintain sufficient collected funds in its designated deposit account to cover its tax-related charges. Heartland Payroll Solutions' provision of Tax Filing Services will be subject at all times to the terms set forth in Paragraph 2(d) of this Agreement entitled "Funds-Availability". Client shall immediately reimburse Heartland Payroll Solutions for all payments made by Heartland Payroll Solutions hereunder, on Client's behalf, to any governmental authority in anticipation of receiving sufficient funds from Client's designated deposit account; Client shall immediately pay any and all fees and charges invoiced by Heartland Payroll Solutions to Client relating to any such payment.

i. In the event Client's Federal Income Tax and FICA deposit will exceed $100,000 in any federal deposit cycle, Client must process payroll at least two (2) business days prior to the check date. Heartland Payroll Solutions will not be held responsible for next day funding of Federal Tax Deposits in which the preceding requirements are not adhered to.

j. Heartland Payroll Solutions reserves the right to withhold any tax deposits held by Heartland Payroll Solutions on behalf of Client, in whole or in part, in order to satisfy any outstanding amounts owed to Heartland Payroll Solutions by Client.

7. FEES.

a. The fees for the Services provided to Client hereunder ("Fees") are set forth in the Application portion of this Agreement. Heartland Payroll Solutions may increase Fees or introduce new Fees in accordance with Section 13(b) of this Agreement.

b. Non-Processing Fee. If Client does not process payroll during any given calendar month during the Term, Client will be billed a "Minimum Monthly Fee" for each such month.

c. Shipping and handling fees, which are costs associated with common carrier, land delivery, express delivery, extra-heavy package, other special handling, packing materials, and direct labor are subject to change without notice.

8. TERM AND TERMINATION.

a. This Agreement shall continue in full force and effect for an initial term of thirty-six (36) months from the first payroll process date (the "Initial Term"). Thereafter, the Agreement will automatically renew for additional twelve (12) month periods (each a "Renewal Term"), unless terminated by any party upon thirty (30) days written notice prior to the end of any term. Collectively, the Initial Term and any Renewal Term(s) shall be referred to herein as the "Term".

b. Heartland Payroll Solutions reserves the right to terminate this Agreement immediately upon the occurrence of any of the following events (each an "Event of Default"):

i. Client shall default in any material respect in the performance of observance of any term, covenant, or agreement contained in this Agreement, including, but not limited to a reasonable belief by Heartland Payroll Solutions that Client will constitute a risk to Heartland Payroll Solutions by failing to meet the terms of this agreement;

ii. a material adverse change in the business, financial condition, or business procedure of Client;

iii. any information contained in the Client set-up forms was or is incorrect in any material respect when made or is incomplete or omits any information necessary to make such information and statements not misleading to Heartland Payroll Solutions;

iv. any assignment or transfer of control of Client or its parent;

v. any voluntary or involuntary bankruptcy or insolvency proceedings involving Client; or

vi. any other condition which would cause Heartland Payroll Solutions to deem Client to be financially insecure.

Upon the occurrence of an Event of Default, all amounts payable herein by Client to Heartland Payroll Solutions shall be immediately due and payable in full without demand or other notice, all of which are expressly waived by Client.

c. In the event that Client terminates this Agreement during the Initial Term, or in the event that Heartland Payroll Solutions terminates this Agreement due to an Event of Default, Heartland Payroll Solutions reserves the right to assess an early termination fee of $295 ("Early Termination Fee").

9. **CLIENT INDEMNIFICATION.** Client shall indemnify, defend, and hold Heartland Payroll Solutions and its successors and assigns harmless from any and all claims, losses, damages, expenses (including reasonable attorneys and other professional fees and court costs), or liability arising from or in connection with (i) any claims by a third party, including without limitation, any employees of Client, in connection with or related to the provision of the Services hereunder or otherwise at the direction of Client, (ii) Client's use of the Services in a manner inconsistent with this agreement, (iii) Client's failure to properly access the Services in the manner prescribed by Heartland Payroll Solutions, (iv) Client's failure to supply accurate input information to Heartland Payroll Solutions, and (v) all other claims arising out of any act or omission by Client or its employees or agents in connection with or related to the Services.

10. **LIMITATION OF LIABILITY.**

a. Heartland Payroll Solutions' sole liability to Client or any third party for claims, notwithstanding the form of such claims, (e.g. contract, negligence or otherwise), arising out of errors or omissions in the Services, other than Tax Filing Service provided or to be provided by Heartland Payroll Solutions hereunder, whether caused by Heartland Payroll Solutions or by a third party vendor, shall be to furnish a corrected report or the correct data and to correct the Client files, provided that Client has notified Heartland Payroll Solutions of

the error in accordance with Paragraph 2(b) of this Agreement.

b. Heartland Payroll Solutions' sole liability to Client or any third party for claims arising out of the availability of the Heartland Payroll Solutions system or the software or the interruption in or delay of the Services for any reason, shall be to use its best efforts to make the Heartland Payroll Solutions system or the software available and to resume the Service, as promptly as reasonably practicable.

c. Heartland Payroll Solutions shall not be liable for any damages to Client arising from any decision to refrain from or delay originating debit / credit entries in connection with Heartland Payroll Solutions' evaluation of Client's creditworthiness, or (b) because Heartland Payroll Solutions or its authorized vendor has not received timely funds from Client as required under Paragraph 2(d) of this Agreement.

d. With respect to Tax Filing Services only, based upon the information supplied by Client and provided that Client has fully complied with its obligations pursuant to Paragraphs 1(b) 2(d), and 6(d) herein. Heartland Payroll Solutions shall be responsible for all applicable deposits, filings and reconciliation; except as provided herein. Heartland Payroll Solutions' sole liability to Client or any third party for claims notwithstanding the form of such claims (e.g. contract, negligence or otherwise) arising out of error or omission (other than interpretive errors or omissions) in Tax Filing Services provided or to be provided by Heartland Payroll Solutions hereunder, shall be to furnish a correct report or data and to correct any Client Files or tax agency filings. In the event of an error or omission. Client shall be responsible for any additional taxes and Heartland Payroll Solutions shall be responsible for any penalties or similar charges, directly resulting from such error or omission. Heartland Payroll Solutions shall be responsible for interest charges at a rate defined by the taxing agency during the time period the funds were held by Heartland Payroll Solutions only if Heartland Payroll Solutions had debited the Client's designated deposit account for the associated taxes and is holding such monies prior to the occurrence of such error or omission. Client shall be responsible for penalties or similar charges and interest charges in all other situations.

e. Except as otherwise set forth in Paragraph 10(d) or 10(f), Heartland Payroll Solutions shall have no liability under this Agreement for any damages resulting from claims made by Client or any third party arising from or related to any and all causes covered by Paragraph 10(a), 10(b), 10(c), 10(d), and 10 (f) or arising from or related to any pre-packaged third party software. Heartland Payroll Solutions' sole

5393 Case 26-10388-TWD    Doc 50    Filed 05/27/26    Ent. 05/27/26 07:09:03    Pg. 4 of 6

liability under this Agreement for damages (monetary or otherwise) resulting from claims made by Client or any third party arising from or related to any and all causes not covered by Paragraphs 10(a), 10(b), 10(c), 10(d) and 10(f) shall be limited to the amount of the actual damages incurred by Client or (i) an amount which will not exceed one month's average actual total monthly charges paid by Client to Heartland Payroll Solutions for the specific Services on which Client's claim is based during the twelve months preceding the month in which the damages or injury is alleged to have occurred (or such lesser number of months if Client has not received twelve months of such specific Services), whichever is less.

f. Heartland Payroll Solutions' sole liability under this Agreement for monetary damages resulting from claims by Client arising from or related to fraudulent or dishonest acts or omissions of Heartland Payroll Solutions Tax Filing Services hereunder shall be limited to the loss of funds caused solely by such fraudulent or dishonest acts or omissions.

g. IN NO EVENT WILL HEARTLAND PAYROLL SOLUTIONS BE RESPONSIBLE FOR SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES, INCLUDING COSTS AND ATTORNEY'S FEES, WHICH CLIENT MAY INCUR BY ENTERING INTO OR RELYING ON THIS AGREEMENT, EVEN IF HEARTLAND PAYROLL SOLUTIONS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

h. The foregoing provisions of Section 10 set forth the full extent of Heartland Payroll Solutions' liability under this Agreement (monetary or otherwise) for any cause or action, regardless of the form in which any such claim or action may be asserted against Heartland Payroll Solutions (e.g. contract, negligence or otherwise) and set forth Client's sole remedies.

11. **CREDIT CHECK AUTHORIZATION.** Client grants Heartland Payroll Solutions permission to obtain a business credit report from a qualified credit reporting bureau. The individual signing this Agreement on behalf of Client is authorized by Client to grant such permission. Should Heartland Payroll Solutions determine that the report does not provide sufficient information to make a credit decision, Heartland Payroll Solutions may request consumer information on the principals of Client in Heartland Payroll Solutions' sole discretion.

12. **DATA SECURITY AND CONFIDENTIALITY.**

a. Heartland Payroll Solutions will take reasonable measures to minimize the risk of disclosure of Client's confidential information.

b. Heartland Payroll Solutions will take reasonable measures to prevent loss of or alteration to the Client's information.

c. Client is responsible for retaining detailed Client records for any period required by law.

d. Client shall protect the security of any login credentials used by Client to access the Services, including without limitation any email accounts used to communicate with Heartland Payroll Solutions regarding the Services. Client shall be entirely liable for the use of any such login credentials with respect to the Services, including without limitation the communication to Heartland Payroll Solutions of any changes in pay rates frequency, or direct deposit information.

13. **GENERAL.**

a. **Entire Agreement.** This Agreement, including any attachments hereto, contains the entire understanding between the Parties with respect to the subject matter hereof and supersedes all prior and contemporaneous written or oral negotiations and agreements between them regarding the subject matter hereof.

b. **Amendments.** Heartland Payroll Solutions may change the terms of or add new terms to this Agreement at any time and any such changes or new terms shall be effective when notice thereof is given by Heartland Payroll Solutions through written communication. Notwithstanding anything herein to the contrary, all Fees charged to Client hereunder may be changed immediately and without prior written notice to Client, provided that Heartland Payroll Solutions will notify Client of any such changes as soon as reasonably practicable.

c. **Assignment.** Client may not assign or attempt to assign this Agreement or any of Client's rights or obligations under this Agreement without the prior written consent of Heartland Payroll Solutions. Heartland Payroll Solutions may assign this Agreement and all of its rights hereunder at any time.

d. **Notices.** All notices required by the Agreement shall be deemed delivered when mailed by first class mail to the addresses set forth on the first page of this Agreement. In addition, all notices sent to Heartland Payroll Solutions shall have a required copy sent via overnight courier or registered mail to: Global Payments Inc., 3550 Lenox Road, Suite 3000, Atlanta, Georgia 30326, Attn: Corporate Secretary.

e. In the event that any provisions of this Agreement (or any portion thereof) shall be held to be invalid, illegal

or unenforceable, the validity, legality or enforceability of the remainder of the Agreement shall not in any way be affected or impaired thereby.

f.   The failure by either Heartland Payroll Solutions or Client to insist upon the performance of any of the provisions contained herein shall in no way constitute a waiver of any of its rights as set forth herein, at law or equity, or a waiver by either Heartland Payroll Solutions or Client of any other provision or subsequent default any of the terms and conditions set forth herein.

g.   The headings in the Agreements are intended for convenience of reference and shall not affect its interpretation.

h.   Client acknowledges, confirms and agrees that other than Heartland Payroll Solutions' obligation to Client hereunder, Heartland Payroll Solutions has no obligation to any third party, (including but not limited to Client's employees, customers and/or taxing authorities) by virtue of this Agreement.

h.   Client acknowledges, confirms and agrees that it is responsible for compliance with Workers Compensation, Disability, State Unemployment Insurance and insurance regulations as required by the states where Client's business is conducted.

i.   **Force Majeure.** Heartland Payroll Solutions shall not be liable for failure to fulfill its obligations under this Agreement if such failure is due to any cause or condition beyond such Party's reasonable control, such as: natural disaster, acts of God, strikes, fire, floods, war, riot, electrical power failure, decrees of governmental bodies or communications failure.

j.   **Miscellaneous.** No waiver of compliance with any provision or condition of this Agreement and no consent provided for herein, shall be effective unless evidenced by an instrument in writing duly executed by the Party sought to be charged with that waiver. If any provision of this Agreement is determined to be invalid or unenforceable, the provision shall be deemed to be severable from the remainder of this Agreement and shall not cause the invalidity or unenforceability of the remainder of this Agreement. This Agreement shall be governed by and construed in accordance with the laws of the State of Georgia, without regard to principles of conflicts of law. Each Party agrees to take such further actions and execute and deliver such further agreements and other instruments as the other Party may reasonably request in furtherance of the provisions of this Agreement. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same instrument.