**Fill in this information to identify the case:**

Debtor Name __H. Baker's, LLC_____

United States Bankruptcy Court for the: Western District of Washington

Case number: __26-10388_____

❑ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          **12/17**

Month: ____April, 2026_____

Date report filed: _____
MM / DD / YYYY

Line of business: __Restaurant_____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____Brian Smith_____

Original signature of responsible party ____/s/ Brian Smith_____

Printed name of responsible party ____Brian Smith_____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

17. Have you paid any bills you owed before you filed bankruptcy? ❑ ☑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 24,856.86

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 63,007.69

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 74,055.43

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -11,047.74

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ 13,809.12

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

*(Exhibit E)*

$ 0.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? _____ 11

27. What is the number of employees as of the date of this monthly report? _____ 7

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____ 0.00

30. How much have you paid this month in other professional fees?  $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 52,000.00 | − | $ 63,007.69 | = | $ -11,007.69 |
| 33. **Cash disbursements** | $ 49,000.00 | − | $ 74,055.43 | = | $ 25,055.43 |
| 34. **Net cash flow** | $ 3,000.00 | − | $ -11,047.74 | = | $ -14,047.74 |

35. Total projected cash receipts for the next month:  $ 76,700.00

36. Total projected cash disbursements for the next month:  − $ 87,800.00

37. Total projected net cash flow for the next month:  = $ 11,100.00

Case 26-10388-TWD   Doc 51   Filed 06/08/26   Ent. 06/08/26 09:24:22   Pg. 3 of 18

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

12. Payments were made to Brian Smith representing an owner draw/compensation payments for management of the Debtor.

# EXHIBIT C

| Date | Description | | Amount |
|---|---|---|---|
| **Chase - Checking 0996** | | | |
| 4/3/2026 | Deposit - Business Income | | $1,754.24 |
| 4/6/2026 | Deposit - Business Income | | $4,486.03 |
| 4/6/2026 | Deposit - Business Income | | $4,467.47 |
| 4/6/2026 | Deposit - Business Income | | $2,454.92 |
| 4/7/2026 | Deposit - Business Income | | $2,118.71 |
| 4/10/2026 | Deposit - Business Income | | $2,204.70 |
| 4/13/2026 | Deposit - Business Income | | $4,491.43 |
| 4/13/2026 | Deposit - Business Income | | $3,202.09 |
| 4/13/2026 | Deposit - Business Income | | $2,741.23 |
| 4/14/2026 | Deposit - Business Income | | $2,633.04 |
| 4/15/2026 | Deposit - Business Income | | $65.61 |
| 4/17/2026 | Deposit - Business Income | | $1,830.67 |
| 4/20/2026 | Deposit - Business Income | | $4,519.45 |
| 4/20/2026 | Deposit - Business Income | | $4,289.22 |
| 4/20/2026 | Deposit - Business Income | | $2,798.36 |
| 4/21/2026 | Deposit - Business Income | | $3,727.06 |
| 4/24/2026 | Deposit - Business Income | | $1,933.12 |
| 4/27/2026 | Deposit - Business Income | | $5,108.27 |
| 4/27/2026 | Deposit - Business Income | | $5,026.43 |
| 4/27/2026 | Deposit - Business Income | | $1,766.54 |
| 4/28/2026 | Deposit - Business Income | | $1,292.75 |
| 4/29/2026 | Deposit - Business Income | | $96.35 |
| | | *Subtotal:* | *$63,007.69* |
| | | | |
| **Chase - Savings 3900** | | | |
| No Deposits During the Reporting Period | | | $0.00 |
| | | *Subtotal:* | *$0.00* |
| | | | |
| | | **Total Deposits:** | **$63,007.69** |

# EXHIBIT D

| Date | Num | Name | Memo/Description | Purpose | Amount |
|---|---|---|---|---|---|
| **Chase - Checking** | | | | | |
| 4/10/2026 | 1037 | Megan Olsen | | COGS | ($58.59) |
| 4/2/2026 | 2007 | Casa Bruno | | COGS | ($168.00) |
| 4/3/2026 | 2008 | Merlinos | | COGS | ($637.29) |
| 4/10/2026 | 2009 | Pacific Edge | | COGS | ($211.82) |
| 4/10/2026 | 2010 | Merlinos | | COGS | ($1,030.72) |
| 4/15/2026 | 2011 | Autochlor | | Repairs /Maintenance | ($2,749.88) |
| 4/10/2026 | 2012 | Clayton Kinsey | | COGS | ($93.15) |
| 4/20/2026 | 2013 | Austrinkey | | COGS | ($170.00) |
| 4/20/2026 | 2014 | Merlinos | | COGS | ($882.43) |
| 4/24/2026 | 2015 | Merlinos | | COGS | ($780.34) |
| | | | | | |
| 4/1/2026 | | Wilson Meat | | COGS | ($196.51) |
| 4/8/2026 | | Wilson Meat | | COGS | ($218.95) |
| 4/10/2026 | | Insight Pest Solutions | | Repairs /Maintenance | ($49.75) |
| 4/15/2026 | | Wilson Meat | | COGS | ($132.34) |
| 4/17/2026 | | Bargreen Ellingston | | Supplies | ($228.40) |
| 4/20/2026 | | Insight Pest Solutions | | Repairs /Maintenance | ($49.75) |
| 4/22/2026 | | Wilson Meat | | COGS | ($304.36) |
| 4/24/2026 | | Central Welding Supply | | Supplies | ($118.92) |
| | | | | | |
| 4/1/2026 | | Toast | | Software | ($398.12) |
| 4/2/2026 | | Gibraltar | | Rent | ($6,501.18) |
| 4/3/2026 | | Southern Glazer | | COGS | ($1,898.79) |
| 4/3/2026 | | Vehrs Distributing | | COGS | ($1,096.49) |
| 4/3/2026 | | Triple B Corp | | COGS | ($457.18) |
| 4/3/2026 | | Vinea, LLC | | COGS | ($449.58) |
| 4/3/2026 | | Rochelois, LLC | | COGS | ($162.00) |
| 4/3/2026 | | Transfer | | Owner Draw | ($2,000.00) |
| 4/6/2026 | | Columbia Dist. | | COGS | ($232.58) |
| 4/6/2026 | | Casa Bruno Washington | | COGS | ($168.00) |
| 4/9/2026 | | Toast Payroll | | Payroll | ($11,857.81) |
| 4/9/2026 | | Rochelois, LLC | | COGS | ($162.00) |
| 4/9/2026 | | Fintech | | Bank Charges | ($39.00) |
| 4/9/2026 | | Macrina | | COGS | ($60.50) |
| 4/10/2026 | | Toast Payroll | | Payroll Tax | ($4,333.28) |
| 4/10/2026 | | Triple B Corp | | COGS | ($674.76) |
| 4/10/2026 | | Vehrs Distributing | | COGS | ($287.21) |
| 4/10/2026 | | Puget Sound Energy | | Utilities | ($193.64) |
| 4/10/2026 | | Walden Selection | | COGS | ($2,000.00) |
| 4/13/2026 | | Transfer | | Owner Draw | ($95.14) |
| 4/14/2026 | | First Insurance | | Insurance | ($605.72) |
| 4/14/2026 | | Crate Imprint | | COGS | ($346.52) |
| 4/15/2026 | | WA Dept of Revenue | | Taxes | ($5,379.05) |
| 4/16/2026 | | Young's Market | | COGS | ($293.32) |
| 4/16/2026 | | Macrina | | COGS | ($60.50) |
| 4/17/2026 | | Vehrs Distributing | | COGS | ($404.28) |
| 4/17/2026 | | Southern Glazer | | COGS | ($345.33) |
| 4/17/2026 | | Triple B Corp | | COGS | ($331.90) |
| 4/17/2026 | | Winebow | | COGS | ($204.18) |
| 4/17/2026 | | Transfer | | Owner Draw | ($2,000.00) |
| 4/20/2026 | | Stoup Brewing | | COGS | ($184.00) |
| 4/20/2026 | | Holy Mountain Brewery | | COGS | ($173.00) |
| 4/22/2026 | | Waste Management | | Utilities | ($909.45) |
| 4/22/2026 | | Waste Management | | Utilities | ($412.79) |
| 4/22/2026 | | American Northwest | | COGS | ($294.39) |
| 4/22/2026 | | Toast Payroll | | Office Expense | ($23.69) |
| 4/23/2026 | | Toast Payroll | | Payroll | ($11,481.99) |
| 4/23/2026 | | Macrina | | COGS | ($127.60) |
| 4/24/2026 | | Toast Payroll | | Payroll Tax | ($4,159.55) |
| 4/24/2026 | | Vehrs Distributing | | COGS | ($605.49) |
| 4/24/2026 | | Triple B Corp | | COGS | ($548.08) |

| | | | | |
|---|---|---|---|---|
| 4/24/2026 | Vinea, LLC | COGS | | ($340.50) |
| 4/24/2026 | Transfer | Owner Draw | | ($2,000.00) |
| 4/27/2026 | Pacific Edge | COGS | | ($440.57) |
| 4/27/2026 | Stoup Brewing | COGS | | ($184.00) |
| 4/27/2026 | Columbia Dist. | COGS | | ($62.96) |
| 4/29/2026 | Hello Refrigeration | Repairs /Maintenance | | ($558.28) |
| 4/29/2026 | American Northwest | COGS | | ($302.83) |
| 4/30/2026 | Macrina | COGS | | ($87.00) |
| 4/1/2026 | Chase | Bank Charges | | ($40.00) |
| | | | *Subtotal:* | **($74,055.43)** |

**Chase - Savings**
No Withdrawals During the Reporting Period

| | |
|---|---|
| *Subtotal:* | **$0.00** |

| | |
|---|---|
| **Total Withdrawals:** | *($74,055.43)* |

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244-4959

00019171 DRE 702 219 12126 NNNNNNNNNNN  1 000000000 64 0000

H. BAKER'S LLC
DBA BAKER'S OR PINA TAQUERIA
3706 42ND AVE SW
SEATTLE WA 98116-3851

April 01, 2026 through April 30, 2026
Primary Account:  **0996**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Performance Business Checking | 0996 | $24,856.83 | $13,809.09 |
| Chase Business Premier Savings | 3900 | 0.03 | 0.03 |
| **Total** | | **$24,856.86** | **$13,809.12** |
| **TOTAL  ASSETS** | | **$24,856.86** | **$13,809.12** |

## CHASE PERFORMANCE BUSINESS CHECKING

H. BAKER'S LLC                                        Account Number                   :0996

DBA BAKER'S OR PINA TAQUERIA

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$24,856.83** |
| Deposits and Additions | 22 | 63,007.69 |
| Checks Paid | 10 | -6,782.22 |
| ATM & Debit Card Withdrawals | 8 | -1,298.98 |
| Electronic Withdrawals | 49 | -65,934.23 |
| Fees | 1 | -40.00 |
| **Ending Balance** | **90** | **$13,809.09** |

Your account ending in 3900 is linked to this account for overdraft protection.

Case 26-10388-TWD    Doc 51    Filed 06/08/26    Ent. 06/08/26 09:24:22    Pg. 9 of 18



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/03 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 03 CO Entry<br>Descr:Dep Apr 03Sec:CCD　Trace#:011500122263740 Eed:260403　Ind ID:Pz0E3Nsk<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 0Bo000Buaxv Trn: 0932263740Tc | $1,754.24 |
| 04/06 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 05 CO Entry<br>Descr:Dep Apr 05Sec:CCD　Trace#:011500128257066 Eed:260406　Ind ID:Pz0E74Tb<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 0Bo000Bubea Trn: 0968257066Tc | 4,486.03 |
| 04/06 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 06 CO Entry<br>Descr:Dep Apr 06Sec:CCD　Trace#:011500120477250 Eed:260406　Ind ID:Pz0E8Dn2<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 0Bo000Bubhq Trn: 0960477250Tc | 4,467.47 |
| 04/06 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 04 CO Entry<br>Descr:Dep Apr 04Sec:CCD　Trace#:011500128257121 Eed:260406　Ind ID:Pz0E5Swd<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 0Bo000Bua98 Trn: 0968257121Tc | 2,454.92 |
| 04/07 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 07 CO Entry<br>Descr:Dep Apr 07Sec:CCD　Trace#:011500127653038 Eed:260407　Ind ID:Pz0Fatee<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 0Bo000Bubua Trn: 0977653038Tc | 2,118.71 |
| 04/10 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 10 CO Entry<br>Descr:Dep Apr 10Sec:CCD　Trace#:011500120044480 Eed:260410　Ind ID:Pz0Ffzbd<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 0Bo000Buc2Y Trn: 1000044480Tc | 2,204.70 |
| 04/13 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 12 CO Entry<br>Descr:Dep Apr 12Sec:CCD　Trace#:011500127293746 Eed:260413　Ind ID:Pz0Fmswu<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 1Bo000Budjs Trn: 1037293746Tc | 4,491.43 |
| 04/13 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 11 CO Entry<br>Descr:Dep Apr 11Sec:CCD　Trace#:011500127293504 Eed:260413　Ind ID:Pz0Fjumd<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 1Bo000Budew Trn: 1037293504Tc | 3,202.09 |
| 04/13 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 13 CO Entry<br>Descr:Dep Apr 13Sec:CCD　Trace#:011500128936229 Eed:260413　Ind ID:Pz0Fpt68<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 1Bo000Budp7 Trn: 1038936229Tc | 2,741.23 |
| 04/14 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 14 CO Entry<br>Descr:Dep Apr 14Sec:CCD　Trace#:011500124788246 Eed:260414　Ind ID:Pz0Fq7De<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 1Bo000Bud4B Trn: 1044788246Tc | 2,633.04 |
| 04/15 | Orig CO Name:Intuit *　　　　Orig ID:0000756346 Desc Date:260415 CO Entry<br>Descr:Qbooks Onlsec:CCD　Trace#:021000028637604 Eed:260415　Ind ID:6247959<br>Ind Name:H Bakers LLC<br>800-446-8848 Trn: 1058637604Tc | 65.61 |
| 04/17 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 17 CO Entry<br>Descr:Dep Apr 17Sec:CCD　Trace#:011500120801924 Eed:260417　Ind ID:Pz0Fxhw3<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 1Bo000Bufbq Trn: 1070801924Tc | 1,830.67 |
| 04/20 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 19 CO Entry<br>Descr:Dep Apr 19Sec:CCD　Trace#:011500120075982 Eed:260420　Ind ID:Pz0F3U5R<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 1Bo000Buftt Trn: 1100075982Tc | 4,519.45 |
| 04/20 | Orig CO Name:Toast　　　　　Orig ID:1611478458 Desc Date:Apr 20 CO Entry<br>Descr:Dep Apr 20Sec:CCD　Trace#:011500122088361 Eed:260420　Ind ID:Pz0F5K8V<br>Ind Name:H Bakers LLC　　　4445074033663　H Bakers LLC<br>Dep Apr 1Bo000Bufyr Trn: 1102088361Tc | 4,289.22 |

Case 26-10388-TWD　　Doc 51　　Filed 06/08/26　　Ent. 06/08/26 09:24:22　　Pg. 10 of 18




## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 04/20 | Orig CO Name:Toast    Orig ID:1611478458 Desc Date:Apr 18 CO Entry Descr:Dep Apr 18Sec:CCD  Trace#:011500120075403 Eed:260420  Ind ID:Pz0Fyjv9 Ind Name:H Bakers LLC  4445074033663  H Bakers LLC Dep Apr 1Bo000Bufpf Trn: 1100075403Tc | 2,798.36 |
| 04/21 | Orig CO Name:Toast    Orig ID:1611478458 Desc Date:Apr 21 CO Entry Descr:Dep Apr 21Sec:CCD  Trace#:011500125755663 Eed:260421  Ind ID:Pz0F6K2G Ind Name:H Bakers LLC  4445074033663  H Bakers LLC Dep Apr 2Bo000Bugcb Trn: 1115755663Tc | 3,727.06 |
| 04/24 | Orig CO Name:Toast    Orig ID:1611478458 Desc Date:Apr 24 CO Entry Descr:Dep Apr 24Sec:CCD  Trace#:011500123832610 Eed:260424  Ind ID:Pz0Gbzd5 Ind Name:H Bakers LLC  4445074033663*Bakers Seattle Dep Apr 2Bo000Buhmz Trn: 1143832610Tc | 1,933.12 |
| 04/27 | Orig CO Name:Toast    Orig ID:1611478458 Desc Date:Apr 26 CO Entry Descr:Dep Apr 26Sec:CCD  Trace#:011500127760928 Eed:260427  Ind ID:Pz0Gfveb Ind Name:H Bakers LLC  4445074033663*Bakers Seattle Dep Apr 2Bo000Buh5F Trn: 1177760928Tc | 5,108.27 |
| 04/27 | Orig CO Name:Toast    Orig ID:1611478458 Desc Date:Apr 27 CO Entry Descr:Dep Apr 27Sec:CCD  Trace#:011500128928902 Eed:260427  Ind ID:Pz0Ghys9 Ind Name:H Bakers LLC  4445074033663*Bakers Seattle Dep Apr 2Bo000Bujan Trn: 1178928902Tc | 5,026.43 |
| 04/27 | Orig CO Name:Toast    Orig ID:1611478458 Desc Date:Apr 25 CO Entry Descr:Dep Apr 25Sec:CCD  Trace#:011500127760738 Eed:260427  Ind ID:Pz0Gehzd Ind Name:H Bakers LLC  4445074033663*Bakers Seattle Dep Apr 2Bo000Buhzp Trn: 1177760738Tc | 1,766.54 |
| 04/28 | Orig CO Name:Toast    Orig ID:1611478458 Desc Date:Apr 28 CO Entry Descr:Dep Apr 28Sec:CCD  Trace#:011500126969969 Eed:260428  Ind ID:Pz0Gkww2 Ind Name:H Bakers LLC  4445074033663*Bakers Seattle Dep Apr 2Bo000Bujqz Trn: 1186969969Tc | 1,292.75 |
| 04/29 | Orig CO Name:Toast    Orig ID:1611478458 Desc Date:Apr 29 CO Entry Descr:Dep Apr 29Sec:CCD  Trace#:011500127343937 Eed:260429  Ind ID:Pz0Gpczv Ind Name:H Bakers LLC  4445074033663 Dep Apr 2Bo000Buj5X Trn: 1197343937Tc | 96.35 |

**Total Deposits and Additions**     **$63,007.69**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|-------:|
| 1037 ^ | | 04/10 | $58.59 |
| 2007 * ^ | | 04/02 | 168.00 |
| 2008 ^ | | 04/03 | 637.29 |
| 2009 ^ | | 04/10 | 211.82 |
| 2010 ^ | | 04/10 | 1,030.72 |
| 2011 ^ | | 04/15 | 2,749.88 |
| 2012 ^ | | 04/10 | 93.15 |
| 2013 ^ | | 04/20 | 170.00 |
| 2014 ^ | | 04/20 | 882.43 |

Case 26-10388-TWD   Doc 51   Filed 06/08/26   Ent. 06/08/26 09:24:22   Pg. 11 of 18



## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2015 ^ | | 04/24 | 780.34 |
| **Total Checks Paid** | | | **$6,782.22** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/01 | Card Purchase | 03/31 Ec Wilson Meat CO 142-54815100 WA Card 8018 | $196.51 |
| 04/08 | Card Purchase | 04/07 Ec Wilson Meat CO 142-54815100 WA Card 8018 | 218.95 |
| 04/10 | Card Purchase | 04/09 Insight Pest Solutions 888-4141430 WA Card 8018 | 49.75 |
| 04/15 | Card Purchase | 04/14 Ec Wilson Meat CO 142-54815100 WA Card 8018 | 132.34 |
| 04/17 | Card Purchase | 04/17 Bargreen Ellingson Bargreen.Com WA Card 8018 | 228.40 |
| 04/20 | Card Purchase | 04/17 Insight Pest Solutions 888-4141430 WA Card 8018 | 49.75 |
| 04/22 | Card Purchase | 04/21 Ec Wilson Meat CO 142-54815100 WA Card 8018 | 304.36 |
| 04/24 | Card Purchase | 04/23 Central Welding Supply 360-6512307 WA Card 8018 | 118.92 |
| **Total ATM & Debit Card Withdrawals** | | | **$1,298.98** |

## ATM & DEBIT CARD SUMMARY

Brian Claudio Smith  Card 8018

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,298.98 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $1,298.98 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | Orig CO Name:Toast, Inc       Orig ID:1800948598 Desc Date:      CO Entry Descr:Purchase Tsec:CCD   Trace#:091000010293139 Eed:260401   Ind ID:St-T4I8S8H7G1Z2       Ind Name:Toast Inc Trn: 0910293139Tc | $398.12 |
| 04/02 | Orig CO Name:Gibraltar, LLC A     Orig ID:9000341589 Desc Date:040226 CO Entry Descr:Web Pmts Sec:CCD   Trace#:081503501628109 Eed:260402   Ind ID:Kj42Mf Ind Name:H. Baker's LLC 866-648-1536 Trn: 0921628109Tc | 6,501.18 |
| 04/03 | Orig CO Name:Southern Glazer'     Orig ID:26-3425881 Desc Date:040226 CO Entry Descr:Fintecheftsec:CCD   Trace#:071000283664203 Eed:260403   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0933664203Tc | 1,898.79 |
| 04/03 | Orig CO Name:Vehrs Distributi     Orig ID:84-4559960 Desc Date:040226 CO Entry Descr:Fintecheftsec:CCD   Trace#:071000283664129 Eed:260403   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0933664129Tc | 1,096.49 |


# ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | Orig CO Name:Triple B Corp D/    Orig ID:9216231001 Desc Date:040326 CO Entry Descr:Cons Coll Sec:PPD   Trace#:041001036826467 Eed:260403   Ind ID: Ind Name:Baker's Trn: 0936826467Tc | 457.18 |
| 04/03 | Orig CO Name:Vinea LLC Dba VI    Orig ID:27-0343143 Desc Date:040226 CO Entry Descr:Fintecheftsec:CCD   Trace#:242071753652771 Eed:260403   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0933652771Tc | 449.58 |
| 04/03 | Orig CO Name:Rochelois LLC Db    Orig ID:27-4514779 Desc Date:040226 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408593681566 Eed:260403   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0933681566Tc | 162.00 |
| 04/03 | 04/03 Online Transfer To Chk ...3779 Transaction#: 28585912092 | 2,000.00 |
| 04/06 | Orig CO Name:Columbia Dist Ke    Orig ID:26-2863088 Desc Date:040326 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000010380193 Eed:260406   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0960380193Tc | 232.58 |
| 04/06 | Orig CO Name:Casa Bruno Washi    Orig ID:33-1615120 Desc Date:040326 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408594560527 Eed:260406   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0964560527Tc | 168.00 |
| 04/09 | Orig CO Name:Toast Payroll    Orig ID:1161630473 Desc Date:260407 CO Entry Descr:Toast Payrsec:CCD   Trace#:242071753982479 Eed:260409   Ind ID:1161630473 Ind Name:H Bakers LLC                                        H. Bakers LLC Trn: 0993982479Tc | 11,857.81 |
| 04/09 | Orig CO Name:Rochelois LLC Db    Orig ID:27-4514779 Desc Date:040826 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000013951530 Eed:260409   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 0993951530Tc | 162.00 |
| 04/09 | Orig CO Name:Fintech.Net    Orig ID:65-0152732 Desc Date:040826 CO Entry Descr:Fintecheftsec:CCD   Trace#:063112146787910 Eed:260409   Ind ID:83-1787627 Ind Name:H. Baker S LLC Trn: 0996787910Tc | 39.00 |
| 04/09 | Orig CO Name:Macrina    Orig ID:9000039309 Desc Date:260409 CO Entry Descr:Purchase Sec:Web   Trace#:122043485241034 Eed:260409   Ind ID:143246248 Ind Name:H Bakers LLC 2064484089 Trn: 0995241034Tc | 60.50 |
| 04/10 | Orig CO Name:Toast Payroll    Orig ID:1161630473 Desc Date:    CO Entry Descr:Tax Col Sec:CCD   Trace#:242071756455466 Eed:260410   Ind ID:                Ind Name:H Bakers LLC                                        Payroll Tax Collect Trn: 1006455466Tc | 4,333.28 |
| 04/10 | Orig CO Name:Triple B Corp D/    Orig ID:9216231001 Desc Date:041026 CO Entry Descr:Cons Coll Sec:PPD   Trace#:041001036373029 Eed:260410   Ind ID: Ind Name:Baker's Trn: 1006373029Tc | 674.76 |
| 04/10 | Orig CO Name:Vehrs Distributi    Orig ID:84-4559960 Desc Date:040926 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000016352113 Eed:260410   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1006352113Tc | 287.21 |
| 04/10 | Orig CO Name:Puget Sound Ener    Orig ID:0000000160 Desc Date:260409 CO Entry Descr:Billpay Sec:PPD   Trace#:091000010115479 Eed:260410   Ind ID: Ind Name:H. Baker S LLC Trn: 1000115479Tc | 193.64 |
| 04/10 | 04/10 Online Transfer To Chk ...3779 Transaction#: 28683844993 | 2,000.00 |
| 04/13 | Orig CO Name:Columbia Dist Ke    Orig ID:26-2863088 Desc Date:041026 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000011106244 Eed:260413   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1031106244Tc | 95.14 |
| 04/14 | Orig CO Name:First Insurance    Orig ID:2363437365 Desc Date:    CO Entry Descr:Insurance Sec:CCD   Trace#:071925331024429 Eed:260414   Ind ID:900-106445273 Ind Name:H. Baker's LLC Dba Bak                                        Pbs ACH Debit Trn: 1041024429Tc | 605.72 |
| 04/14 | Orig CO Name:Crate Imprint    Orig ID:6852512986 Desc Date:260414 CO Entry Descr:Cc Paymentsec:PPD   Trace#:121140394756801 Eed:260414   Ind ID:                Ind Name:Brian Smith Trn: 1044756801Tc | 346.52 |
| 04/15 | Orig CO Name:WA Dept Revenue    Orig ID:9916001118 Desc Date:260413 CO Entry Descr:Tax Pymt Sec:CCD   Trace#:042000018519512 Eed:260415   Ind ID:17513974 Ind Name:Baker's Trn: 1058519512Tc | 5,379.05 |

Case 26-10388-TWD    Doc 51    Filed 06/08/26    Ent. 06/08/26 09:24:22    Pg. 13 of 18


# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/16 | Orig CO Name:Young's Market C    Orig ID:93-1331321 Desc Date:041526 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000014536149 Eed:260416  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1064536149Tc | 293.32 |
| 04/16 | Orig CO Name:Macrina    Orig ID:9000039309 Desc Date:260416 CO Entry Descr:Purchase Sec:Web   Trace#:122043487531387 Eed:260416  Ind ID:143473910 Ind Name:H Bakers LLC 2064484089 Trn: 1067531387Tc | 60.50 |
| 04/17 | Orig CO Name:Vehrs Distributi    Orig ID:84-4559960 Desc Date:041626 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000015823768 Eed:260417  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1075823768Tc | 404.28 |
| 04/17 | Orig CO Name:Southern Glazer'    Orig ID:26-3425881 Desc Date:041626 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000015823719 Eed:260417  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1075823719Tc | 345.33 |
| 04/17 | Orig CO Name:Triple B Corp D/    Orig ID:9216231001 Desc Date:041726 CO Entry Descr:Cons Coll Sec:PPD   Trace#:041001035962746 Eed:260417  Ind ID: Ind Name:Baker's Trn: 1075962746Tc | 331.90 |
| 04/17 | Orig CO Name:Winebow - WA    Orig ID:91-1399865 Desc Date:041626 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000015823795 Eed:260417  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1075823795Tc | 204.18 |
| 04/17 | 04/17 Online Transfer To Chk ...3779 Transaction#: 28771289546 | 2,000.00 |
| 04/20 | Orig CO Name:Stoup Brewing    Orig ID:45-4785913 Desc Date:041726 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408596925538 Eed:260420  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1106925538Tc | 184.00 |
| 04/20 | Orig CO Name:Holy Mountain Br    Orig ID:46-0935705 Desc Date:041726 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408596925412 Eed:260420  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1106925412Tc | 173.00 |
| 04/22 | Orig CO Name:Waste Management    Orig ID:9580653001 Desc Date:260421 CO Entry Descr:Payment Sec:CCD   Trace#:021000022667882 Eed:260422  Ind ID:000220867373008    Ind Name:H. Baker's LLC    Log IN To The My Wm Account Page Fo R Payment Details. Trn: 1122667882Tc | 909.45 |
| 04/22 | Orig CO Name:Waste Management    Orig ID:9580653001 Desc Date:260421 CO Entry Descr:Payment Sec:PPD   Trace#:021000022678731 Eed:260422  Ind ID: Ind Name:H. Baker's LLC Trn: 1122678731Tc | 412.79 |
| 04/22 | Orig CO Name:American Northwe    Orig ID:20-0676121 Desc Date:042126 CO Entry Descr:Fintecheftsec:CCD   Trace#:071000286585164 Eed:260422  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1126585164Tc | 294.39 |
| 04/22 | Orig CO Name:Toast Payroll    Orig ID:1161630473 Desc Date:    CO Entry Descr:Tax Col Sec:CCD   Trace#:242071752539152 Eed:260422  Ind ID:    Ind Name:H Bakers LLC    Payroll Tax Collect Trn: 1122539152Tc | 23.69 |
| 04/23 | Orig CO Name:Toast Payroll    Orig ID:1161630473 Desc Date:260421 CO Entry Descr:Toast Payrsec:CCD   Trace#:242071750268635 Eed:260423  Ind ID:1161630473 Ind Name:H Bakers LLC    H. Bakers LLC Trn: 1130268635Tc | 11,481.99 |
| 04/23 | Orig CO Name:Macrina    Orig ID:9000039309 Desc Date:260423 CO Entry Descr:Purchase Sec:Web   Trace#:122043480326989 Eed:260423  Ind ID:143678970 Ind Name:H Bakers LLC 2064484089 Trn: 1130326989Tc | 127.60 |
| 04/24 | Orig CO Name:Toast Payroll    Orig ID:1161630473 Desc Date:    CO Entry Descr:Tax Col Sec:CCD   Trace#:242071758639357 Eed:260424  Ind ID:    Ind Name:H Bakers LLC    Payroll Tax Collect Trn: 1148639357Tc | 4,159.55 |
| 04/24 | Orig CO Name:Vehrs Distributi    Orig ID:84-4559960 Desc Date:042326 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000018637279 Eed:260424  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1148637279Tc | 605.49 |

Case 26-10388-TWD   Doc 51   Filed 06/08/26   Ent. 06/08/26 09:24:22   Pg. 14 of 18


## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 04/24 | Orig CO Name:Triple B Corp D/   Orig ID:9216231001 Desc Date:042426 CO Entry Descr:Cons Coll Sec:PPD   Trace#:041001038753656 Eed:260424   Ind ID: Ind Name:Baker's Trn: 1148753656Tc | 548.08 |
| 04/24 | Orig CO Name:Vinea LLC Dba VI   Orig ID:27-0343143 Desc Date:042326 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408592638189 Eed:260424   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1142638189Tc | 340.50 |
| 04/24 | 04/24 Online Transfer To  Chk ...3779 Transaction#: 28861740769 | 2,000.00 |
| 04/27 | Orig CO Name:Pacific Edge Win   Orig ID:81-5337981 Desc Date:042426 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408597898120 Eed:260427   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1177898120Tc | 440.57 |
| 04/27 | Orig CO Name:Stoup Brewing   Orig ID:45-4785913 Desc Date:042426 CO Entry Descr:Fintecheftsec:CCD   Trace#:091408597898103 Eed:260427   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1177898103Tc | 184.00 |
| 04/27 | Orig CO Name:Columbia Dist Ke   Orig ID:26-2863088 Desc Date:042426 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000012490087 Eed:260427   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1172490087Tc | 62.96 |
| 04/29 | Orig CO Name:Hello Refrigerat   Orig ID:1841393599 Desc Date:   CO Entry Descr: Paymentsec:CCD   Trace#:043305135741517 Eed:260429   Ind ID:   915158279 Ind Name:H Bakers LLC Trn: 1195741517Tc | 558.28 |
| 04/29 | Orig CO Name:American Northwe   Orig ID:20-0676121 Desc Date:042826 CO Entry Descr:Fintecheftsec:CCD   Trace#:091000015736550 Eed:260429   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1195736550Tc | 302.83 |
| 04/30 | Orig CO Name:Macrina   Orig ID:9000039309 Desc Date:260430 CO Entry Descr:Purchase  Sec:Web   Trace#:122043480460970 Eed:260430   Ind ID:143866217 Ind Name:H Bakers LLC 2064484089 Trn: 1200460970Tc | 87.00 |

| **Total Electronic Withdrawals** | **$65,934.23** |
|---|---:|

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 04/01 | Service Charges For The Month of March | $40.00 |
| **Total Fees** | | **$40.00** |

You were charged a monthly service fee of $40.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $13,761.00.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|-------:|------|-------:|------|-------:|
| 04/01 | $24,222.20 | 04/13 | 17,005.61 | 04/22 | 20,383.74 |
| 04/02 | 17,553.02 | 04/14 | 18,686.41 | 04/23 | 8,774.15 |
| 04/03 | 12,605.93 | 04/15 | 10,490.75 | 04/24 | 2,154.39 |
| 04/06 | 23,613.77 | 04/16 | 10,136.93 | 04/27 | 13,368.10 |
| 04/07 | 25,732.48 | 04/17 | 8,453.51 | 04/28 | 14,660.85 |
| 04/08 | 25,513.53 | 04/20 | 18,601.36 | 04/29 | 13,896.09 |
| 04/09 | 13,394.22 | 04/21 | 22,328.42 | 04/30 | 13,809.09 |
| 04/10 | 6,666.00 | | | | |

Case 26-10388-TWD   Doc 51   Filed 06/08/26   Ent. 06/08/26 09:24:22   Pg. 15 of 18


## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $40.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$40.00** Will be assessed on 5/1/26 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 63 |
| Deposits / Credits | 22 |
| Deposited Items | 0 |
| **Total Transactions** | **85** |

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>Your Product Includes: | | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|---|
| **ACCOUNT** | 0996 | | | | | |
| Monthly Service Fee | | 1 | | | $40.00 | $40.00 |
| Transactions | | 85 | 0 | 85 | $0.00 | $0.00 |
| **Subtotal** | | | | | | **$40.00** |
| **Other Fees** | | | | | | |
| Electronic Credits | | 22 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | | 63 | 250 | 0 | $0.50 | $0.00 |
| **Total Service Charge (Will be assessed on 5/1/26)** | | | | | | **$40.00** |
| **ACCOUNT** | 30996 | | | | | |
| Monthly Service Fee | | 1 | | | | |
| Electronic Credits | | 22 | | | | |
| Non-Electronic Transactions | | 63 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

## CHASE BUSINESS PREMIER SAVINGS

H. BAKER'S LLC                                        Account Numbe          3900

DBA BAKER'S OR PINA TAQUERIA

## SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $0.03 |
| **Ending Balance** | 0 | $0.03 |

Annual Percentage Yield Earned This Period                         0.00%

The monthly service fee for this account was waived as an added feature of a linked Chase Performance Business Checking account.

Case 26-10388-TWD    Doc 51    Filed 06/08/26    Ent. 06/08/26 09:24:22    Pg. 16 of 18



30 deposited items are provided with your account each month.  There is a $0.50 fee for each additional deposited item.



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case 26-10388-TWD    Doc 51    Filed 06/08/26    Ent. 06/08/26 09:24:22    Pg. 17 of 18



This Page Intentionally Left Blank

Case 26-10388-TWD   Doc 51   Filed 06/08/26   Ent. 06/08/26 09:24:22   Pg. 18 of 18