**Fill in this information to identify the case:**

Debtor Name __H. Baker's, LLC_____

United States Bankruptcy Court for the: Western District of Washington

Case number: __26-10388_____

❑ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          **12/17**

Month: ___May, 2026___

Date report filed: _____
MM / DD / YYYY

Line of business: __Restaurant_____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: ___Brian Smith_____

Original signature of responsible party ___/s/ Brian Smith_____

Printed name of responsible party ___Brian Smith_____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ☑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❑ | ❑ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ☑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ☑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ☑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ☑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ☑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ☑ | ❑ |

17. Have you paid any bills you owed before you filed bankruptcy?     ❏   ☑   ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ❏   ☑   ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.     $ 13,809.12

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 76,695.25

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     − $ 87,844.96

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.     + $ -11,149.71

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.     = $ 2,659.41

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 0.00

    *(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                              $ _____ 0.00

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                        11

27. What is the number of employees as of the date of this monthly report?                        7

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?                                           $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                          $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 76,700.00 | − | $ 76,695.25 | = | $ -4.75 |
| 33. **Cash disbursements** | $ 87,800.00 | − | $ 87,844.96 | = | $ 44.96 |
| 34. **Net cash flow** | $ 11,100.00 | − | $ -11,149.71 | = | $ -49.71 |

35. Total projected cash receipts for the next month:                                        $ 54,000.00

36. Total projected cash disbursements for the next month:                                 − $ 54,000.00

37. Total projected net cash flow for the next month:                                        = $ _____ 0.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

❑ 39.  Bank reconciliation reports for each account.

❑ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❑ 41.  Budget, projection, or forecast reports.

❑ 42.  Project, job costing, or work-in-progress reports.

Case 26-10388-TWD    Doc 52    Filed 06/08/26    Ent. 06/08/26 14:32:34    Pg. 4 of 18

12. Payments were made to Brian Smith representing an owner draw/compensation payments for management of the Debtor.

# EXHIBIT C

| Date | Description | Amount |
|------|-------------|-------:|
| **Chase - Checking 0996** | | |
| 4/3/2026 | Deposit - Business Income | $5,006.63 |
| 4/6/2026 | Deposit - Business Income | $4,794.09 |
| 4/6/2026 | Deposit - Business Income | $4,315.26 |
| 4/6/2026 | Deposit - Business Income | $2,720.80 |
| 4/7/2026 | Deposit - Business Income | $3,648.11 |
| 4/10/2026 | Deposit - Business Income | $48.10 |
| 4/13/2026 | Deposit - Business Income | $2,355.10 |
| 4/13/2026 | Deposit - Business Income | $4,455.56 |
| 4/13/2026 | Deposit - Business Income | $4,135.10 |
| 4/14/2026 | Deposit - Business Income | $2,875.57 |
| 4/15/2026 | Deposit - Business Income | $2,891.26 |
| 4/17/2026 | Deposit - Business Income | $2,415.06 |
| 4/20/2026 | Deposit - Business Income | $4,733.00 |
| 4/20/2026 | Deposit - Business Income | $4,147.57 |
| 4/20/2026 | Deposit - Business Income | $3,332.96 |
| 4/21/2026 | Deposit - Business Income | $3,221.76 |
| 4/24/2026 | Deposit - Business Income | $2,800.59 |
| 4/27/2026 | Deposit - Business Income | $5,429.67 |
| 4/27/2026 | Deposit - Business Income | $4,874.66 |
| 4/27/2026 | Deposit - Business Income | $3,665.69 |
| 4/28/2026 | Deposit - Business Income | $3,064.21 |
| 4/29/2026 | Deposit - Business Income | $1,764.50 |
| | *Subtotal:* | ***$76,695.25*** |
| | | |
| **Chase - Savings 3900** | | |
| No Deposits During the Reporting Period | | $0.00 |
| | *Subtotal:* | ***$0.00*** |
| | | |
| | **Total Deposits:** | **$76,695.25** |

# EXHIBIT D

| Date | Num | Name Memo/Description | Purpose | Amount |
|---|---|---|---|---|
| **Chase - Checking** | | | | |
| 5/1/2026 | 2017 | Merlinos | COGS | ($865.16) |
| 5/6/2026 | 2018 | Merlinos | COGS | ($551.93) |
| 5/13/2026 | 2019 | AutoChlor | Repairs/Maintenance | ($732.78) |
| 5/15/2026 | 2021 | Merlinos | COGS | ($848.44) |
| 5/18/2026 | 2022 | Merlinos | COGS | ($60.96) |
| 5/22/2026 | 2024 | Merlinos | COGS | ($787.95) |
| | | | | |
| 5/5/2026 | | Accounting and Management | Bookkeeping | ($680.58) |
| 5/5/2026 | | Central Welding Supply | Supplies | ($118.92) |
| 5/6/2026 | | Wilson Meat | COGS | ($372.45) |
| 5/12/2026 | | Wilson Meat | COGS | ($396.77) |
| 5/18/2026 | | Comcast | Utilities | ($565.00) |
| 5/20/2026 | | Wilson Meat | COGS | ($291.34) |
| 5/27/2026 | | Comcast | Utilities | ($282.46) |
| 5/27/2026 | | Wilson Meat | Supplies | ($206.01) |
| | | | | |
| 5/1/2026 | | Gibraltar | Rent | ($4,103.25) |
| 5/1/2026 | | Hospitality Industries | Health Insurance | ($1,465.65) |
| 5/1/2026 | | Southern Glazer | COGS | ($1,222.09) |
| 5/1/2026 | | Vehrs Distributing | COGS | ($725.15) |
| 5/1/2026 | | Triple B Corp | COGS | ($501.55) |
| 5/1/2026 | | Transfer | Owner Draw | ($2,000.00) |
| 5/4/2026 | | Toast Payroll | Payroll | ($398.12) |
| 5/5/2026 | | Vinea, LLC | COGS | ($112.68) |
| 5/7/2026 | | Macrina | COGS | ($63.00) |
| 5/8/2026 | | Toast Payroll | Payroll | ($12,804.66) |
| 5/8/2026 | | Toast Payroll | Payroll Tax | ($4,806.30) |
| 5/8/2026 | | Vehrs Distributing | COGS | ($684.83) |
| 5/8/2026 | | Triple B Corp | COGS | ($313.43) |
| 5/8/2026 | | American Northwest | COGS | ($293.49) |
| 5/8/2026 | | Transfer | Owner Draw | ($2,000.00) |
| 5/11/2026 | | Columbia Dist. | COGS | ($351.15) |
| 5/11/2026 | | FinTech | Bank Charges | ($39.00) |
| 5/11/2026 | | Puget Sound Energy | Utilities | ($176.24) |
| 5/11/2026 | | First Insurance | Insurance | ($1,242.41) |
| 5/12/2026 | | Vinea, LLC | COGS | ($340.50) |
| 5/13/2026 | | Casa Bruno Washington | COGS | ($168.00) |
| 5/13/2026 | | Rochelois | COGS | ($162.00) |
| 5/13/2026 | | Young's Market | COGS | ($276.11) |
| 5/14/2026 | | Macrina | COGS | ($129.00) |
| 5/14/2026 | | Crate Imprint | Restaurant Supplies | ($363.53) |
| 5/15/2026 | | WA Dept of Revenue | Taxes | ($6,158.09) |
| 5/15/2026 | | Southern Glazer | COGS | ($717.66) |
| 5/15/2026 | | Triple B Corp | COGS | ($696.13) |
| 5/15/2026 | | Vehrs Distributing | COGS | ($573.89) |
| 5/15/2026 | | American Northwest | COGS | ($314.95) |
| 5/15/2026 | | Stoup Brewing | COGS | ($184.00) |
| 5/15/2026 | | Transfer | Owner Draw | ($2,000.00) |
| 5/15/2026 | | Crate Imprint | Restaurant Supplies | ($500.00) |
| 5/18/2026 | | Crate Imprint | Restaurant Supplies | ($250.00) |
| 5/19/2026 | | Vinea, LLC | COGS | ($263.76) |
| 5/20/2026 | | Rochelois | COGS | ($162.00) |
| 5/21/2026 | | Toast Payroll | Payroll | ($12,566.29) |

| | | | | |
|---|---|---|---|---|
| 5/21/2026 | Macrina | COGS | | ($138.80) |
| 5/22/2026 | Toast Payroll | Payroll Tax | | ($4,781.64) |
| 5/22/2026 | Vehrs Distributing | COGS | | ($607.73) |
| 5/22/2026 | Triple B Corp | COGS | | ($405.63) |
| 5/26/2026 | Waste Management | Utilities | | ($898.04) |
| 5/26/2026 | Waste Management | Utilities | | ($421.98) |
| 5/26/2026 | Columbia Dist. | COGS | | ($139.17) |
| 5/26/2026 | Stoup Brewing | COGS | | ($99.00) |
| 5/26/2026 | Seattle Utilities | Utilities | | ($732.09) |
| 5/26/2026 | Transfer | Owner Draw | | ($2,000.00) |
| 5/27/2026 | Gibraltar | Rent | | ($4,723.02) |
| 5/28/2026 | Hospitality Industries | Health Insurance | | ($1,500.00) |
| 5/28/2026 | Macrina | COGS | | ($87.00) |
| 5/29/2026 | Southern Glazer | COGS | | ($1,017.32) |
| 5/29/2026 | Vehrs Distributing | COGS | | ($780.98) |
| 5/29/2026 | Vinea, LLC | COGS | | ($708.58) |
| 5/29/2026 | Triple B Corp | COGS | | ($520.94) |
| 5/29/2026 | Stoup Brewing | COGS | | ($184.00) |
| 5/29/2026 | Winebow | COGS | | ($169.38) |
| 5/29/2026 | Transfer | Owner Draw | | ($2,000.00) |
| 5/1/2026 | Chase | Bank Charges | | ($40.00) |
| | | | *Subtotal:* | **($87,844.96)** |

**Chase - Savings**
No Withdrawals During the Reporting Period

| | |
|---|---|
| *Subtotal:* | **$0.00** |

| | |
|---|---|
| **Total Withdrawals:** | *($87,844.96)* |



**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959



00019250 DRE 702 219 15026 NNNNNNNNNNN  1 000000000 64 0000

H. BAKER'S LLC
DBA BAKER'S OR PINA TAQUERIA
3706 42ND AVE SW
SEATTLE WA 98116-3851

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Performance Business Checking | 0996 | $13,809.09 | $2,659.38 |
| Chase Business Premier Savings | 3900 | 0.03 | 0.03 |
| **Total** | | **$13,809.12** | **$2,659.41** |
| **TOTAL ASSETS** | | **$13,809.12** | **$2,659.41** |

## CHASE PERFORMANCE BUSINESS CHECKING

H. BAKER'S LLC

DBA BAKER'S OR PINA TAQUERIA

Account Number    0996

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$13,809.09** |
| Deposits and Additions | 22 | 76,695.25 |
| Checks Paid | 6 | -3,847.22 |
| ATM & Debit Card Withdrawals | 8 | -2,913.53 |
| Electronic Withdrawals | 57 | -81,044.21 |
| Fees | 1 | -40.00 |
| **Ending Balance** | **94** | **$2,659.38** |

Your account ending in 3900 is linked to this account for overdraft protection.

Case 26-10388-TWD    Doc 52    Filed 06/08/26    Ent. 06/08/26 14:32:34    Pg. 9 of 18


## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 01 CO Entry<br>Descr:Dep May 01Sec:CCD    Trace#:011500121528591 Eed:260501   Ind ID:Pz0Gsycu<br>Ind Name:H Bakers LLC          4445074033663<br>Dep Apr 3Bo000Bukyw Trn: 1211528591Tc | $5,006.63 |
| 05/04 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 03 CO Entry<br>Descr:Dep May 03Sec:CCD    Trace#:011500123742604 Eed:260504   Ind ID:Pz0Gw3Eh<br>Ind Name:H Bakers LLC          4445074033663<br>Dep May 0Bo000Bume2 Trn: 1243742604Tc | 4,794.09 |
| 05/04 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 04 CO Entry<br>Descr:Dep May 04Sec:CCD    Trace#:011500121385153 Eed:260504   Ind ID:Pz0Gx8Dw<br>Ind Name:H Bakers LLC          4445074033663<br>Dep May 0Bo000Bumj6 Trn: 1241385153Tc | 4,315.26 |
| 05/04 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 02 CO Entry<br>Descr:Dep May 02Sec:CCD    Trace#:011500123742189 Eed:260504   Ind ID:Pz0Gufve<br>Ind Name:H Bakers LLC          4445074033663<br>Dep May 0Bo000Bumar Trn: 1243742189Tc | 2,720.80 |
| 05/05 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 05 CO Entry<br>Descr:Dep May 05Sec:CCD    Trace#:011500126700056 Eed:260505   Ind ID:Pz0G2Je9<br>Ind Name:H Bakers LLC          4445074033663<br>Dep May 0Bo000Bumxv Trn: 1256700056Tc | 3,648.11 |
| 05/07 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 07 CO Entry<br>Descr:Dep May 07Sec:CCD    Trace#:011500123527343 Eed:260507   Ind ID:Pz0G5WY8<br>Ind Name:H Bakers LLC          4445074033663<br>Dep May 0Bo000Bunsj Trn: 1273527343Tc | 48.10 |
| 05/08 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 08 CO Entry<br>Descr:Dep May 08Sec:CCD    Trace#:011500128132541 Eed:260508   Ind ID:Pz0G829S<br>Ind Name:H Bakers LLC          4445074033663<br>Dep May 0Bo000Bun74 Trn: 1288132541Tc | 2,355.10 |
| 05/11 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 10 CO Entry<br>Descr:Dep May 10Sec:CCD    Trace#:011500125987103 Eed:260511   Ind ID:Pz0Hcfw2<br>Ind Name:H Bakers LLC          4445074033663<br>Dep May 0Bo000Bupqx Trn: 1315987103Tc | 4,455.56 |
| 05/11 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 11 CO Entry<br>Descr:Dep May 11Sec:CCD    Trace#:011500128384712 Eed:260511   Ind ID:Pz0Hevc4<br>Ind Name:H Bakers LLC          4445074033663<br>Dep May 1Bo000Bupvz Trn: 1318384712Tc | 4,135.10 |
| 05/11 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 09 CO Entry<br>Descr:Dep May 09Sec:CCD    Trace#:011500125986722 Eed:260511   Ind ID:Pz0G9Z69<br>Ind Name:H Bakers LLC          4445074033663<br>Dep May 0Bo000Bupkf Trn: 1315986722Tc | 2,875.57 |
| 05/12 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 12 CO Entry<br>Descr:Dep May 12Sec:CCD    Trace#:011500122923952 Eed:260512   Ind ID:Pz0Hgbg2<br>Ind Name:H Bakers LLC          4445074033663<br>Dep May 1Bo000Buqas Trn: 1322923952Tc | 2,891.26 |
| 05/15 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 15 CO Entry<br>Descr:Dep May 14Sec:CCD    Trace#:011500129528067 Eed:260515   Ind ID:Pz0Hnb5P<br>Ind Name:H Bakers LLC          4445074033663*Bakers Seattle<br>Dep May 1Bo000Burh4 Trn: 1359528067Tc | 2,415.06 |
| 05/18 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 17 CO Entry<br>Descr:Dep May 16Sec:CCD    Trace#:011500128898229 Eed:260518   Ind ID:Pz0Hs7Zu<br>Ind Name:H Bakers LLC          4445074033663*Bakers Seattle<br>Dep May 1Bo000Bur3X Trn: 1388898229Tc | 4,733.00 |
| 05/18 | Orig CO Name:Toast          Orig ID:1611478458 Desc Date:May 18 CO Entry<br>Descr:Dep May 17Sec:CCD    Trace#:011500123085139 Eed:260518   Ind ID:Pz0Hutkw<br>Ind Name:H Bakers LLC          4445074033663*Bakers Seattle<br>Dep May 1Bo000Bur8N Trn: 1383085139Tc | 4,147.57 |

Case 26-10388-TWD    Doc 52    Filed 06/08/26    Ent. 06/08/26 14:32:34    Pg. 10 of 18



## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/18 | Orig CO Name:Toast              Orig ID:1611478458 Desc Date:May 16 CO Entry<br>Descr:Dep May 15Sec:CCD   Trace#:011500128897736 Eed:260518   Ind ID:Pz0Hp83U<br>Ind Name:H Bakers LLC        4445074033663*Bakers Seattle<br>Dep May 1Bo000Burw6 Trn: 1388897736Tc | 3,332.96 |
| 05/19 | Orig CO Name:Toast              Orig ID:1611478458 Desc Date:May 19 CO Entry<br>Descr:Dep May 18Sec:CCD   Trace#:011500129117492 Eed:260519   Ind ID:Pz0Hwwjk<br>Ind Name:H Bakers LLC        4445074033663*Bakers Seattle<br>Dep May 1Bo000Busna Trn: 1399117492Tc | 3,221.76 |
| 05/22 | Orig CO Name:Toast              Orig ID:1611478458 Desc Date:May 22 CO Entry<br>Descr:Dep May 21Sec:CCD   Trace#:011500123223254 Eed:260522   Ind ID:Pz0H3Bft<br>Ind Name:H Bakers LLC        4445074033663*Bakers Seattle<br>Dep May 2Bo000Butwv Trn: 1423223254Tc | 2,800.59 |
| 05/26 | Orig CO Name:Toast              Orig ID:1611478458 Desc Date:May 26 CO Entry<br>Descr:Dep May 25Sec:CCD   Trace#:011500122465553 Eed:260526   Ind ID:Pz0Ja5Mh<br>Ind Name:H Bakers LLC        4445074033663*Bakers Seattle<br>Dep May 2Bo000Buuvj Trn: 1462465553Tc | 5,429.67 |
| 05/26 | Orig CO Name:Toast              Orig ID:1611478458 Desc Date:May 24 CO Entry<br>Descr:Dep May 23Sec:CCD   Trace#:011500126466174 Eed:260526   Ind ID:Pz0H68Qs<br>Ind Name:H Bakers LLC        4445074033663*Bakers Seattle<br>Dep May 2Bo000Buudy Trn: 1466466174Tc | 4,874.66 |
| 05/26 | Orig CO Name:Toast              Orig ID:1611478458 Desc Date:May 25 CO Entry<br>Descr:Dep May 24Sec:CCD   Trace#:011500126466354 Eed:260526   Ind ID:Pz0H8Qvc<br>Ind Name:H Bakers LLC        4445074033663*Bakers Seattle<br>Dep May 2Bo000Buuhv Trn: 1466466354Tc | 3,665.69 |
| 05/26 | Orig CO Name:Toast              Orig ID:1611478458 Desc Date:May 23 CO Entry<br>Descr:Dep May 22Sec:CCD   Trace#:011500126465959 Eed:260526   Ind ID:Pz0H5Cj8<br>Ind Name:H Bakers LLC        4445074033663*Bakers Seattle<br>Dep May 2Bo000But9R Trn: 1466465959Tc | 3,064.21 |
| 05/29 | Orig CO Name:Toast              Orig ID:1611478458 Desc Date:May 29 CO Entry<br>Descr:Dep May 28Sec:CCD   Trace#:011500121597738 Eed:260529   Ind ID:Pz0Jhbpc<br>Ind Name:H Bakers LLC        4445074033663*Bakers Seattle<br>Dep May 2Bo000Buv3Y Trn: 1491597738Tc | 1,764.50 |

**Total Deposits and Additions**       **$76,695.25**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 2017  ^ | | 05/01 | $865.16 |
| 2018  ^ | | 05/08 | 551.93 |
| 2019  ^ | | 05/13 | 732.78 |
| 2021  * ^ | | 05/15 | 848.44 |
| 2022  ^ | | 05/18 | 60.96 |
| 2024  * ^ | | 05/22 | 787.95 |

**Total Checks Paid**       **$3,847.22**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/05 | Card Purchase | 05/04 IN *Accounting & Manag 206-7131168 WA Card 8018 | $680.58 |
| 05/05 | Card Purchase | 05/04 Central Welding Supply 360-6512307 WA Card 8018 | 118.92 |
| 05/06 | Card Purchase | 05/05 Ec Wilson Meat CO 142-54815100 WA Card 8018 | 372.45 |
| 05/12 | Card Purchase | 05/12 Ec Wilson Meat CO 142-54815100 WA Card 8018 | 396.77 |
| 05/18 | Card Purchase | 05/16 Comcast / Xfinity 800-266-2278 WA Card 8018 | 565.00 |
| 05/20 | Card Purchase | 05/19 Ec Wilson Meat CO 142-54815100 WA Card 8018 | 291.34 |
| 05/27 | Card Purchase | 05/27 Comcast / Xfinity 800-266-2278 WA Card 8018 | 282.46 |
| 05/27 | Card Purchase | 05/26 Ec Wilson Meat CO 142-54815100 WA Card 8018 | 206.01 |
| **Total ATM & Debit Card Withdrawals** | | | **$2,913.53** |

## ATM & DEBIT CARD SUMMARY

Brian Claudio Smith  Card 8018

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,913.53 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,913.53 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/01 | Orig CO Name:Gibraltar, LLC A     Orig ID:9000341589 Desc Date:050126 CO Entry Descr:Web Pmts Sec:CCD    Trace#:081503503602189 Eed:260501   Ind ID:8V4Wqf Ind Name:H. Baker's LLC 866-648-1536 Trn: 1213602189Tc | $4,103.25 |
| 05/01 | Orig CO Name:Hospitality Indu     Orig ID:3411786634 Desc Date:260501 CO Entry Descr:Payment  Sec:CCD    Trace#:091000012125848 Eed:260501   Ind ID:Xx015KY5Do56US     Ind Name:Benefit Solutions, Inc Es10362-Hit Trn: 1212125848Tc | 1,465.65 |
| 05/01 | Orig CO Name:Southern Glazer'     Orig ID:26-3425881 Desc Date:043026 CO Entry Descr:Fintecheftsec:CCD    Trace#:091000015528961 Eed:260501   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1215528961Tc | 1,222.09 |
| 05/01 | Orig CO Name:Vehrs Distributi     Orig ID:84-4559960 Desc Date:043026 CO Entry Descr:Fintecheftsec:CCD    Trace#:091000015529021 Eed:260501   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1215529021Tc | 725.15 |
| 05/01 | Orig CO Name:Triple B Corp D/     Orig ID:9216231001 Desc Date:050126 CO Entry Descr:Cons Coll Sec:PPD    Trace#:041001035705759 Eed:260501   Ind ID: Ind Name:Baker's Trn: 1215705759Tc | 501.55 |
| 05/01 | 05/01 Online Transfer To  Chk ...3779 Transaction#: 28948148321 | 2,000.00 |
| 05/04 | Orig CO Name:Toast, Inc     Orig ID:1800948598 Desc Date:    CO Entry Descr:Purchase Tsec:CCD    Trace#:091000011447142 Eed:260504   Ind ID:St-C4W8L8T2A2N6     Ind Name:Toast Inc Trn: 1241447142Tc | 398.12 |
| 05/05 | Orig CO Name:Vinea LLC Dba VI     Orig ID:27-0343143 Desc Date:050426 CO Entry Descr:Fintecheftsec:CCD    Trace#:091408591151572 Eed:260505   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1251151572Tc | 112.68 |

Case 26-10388-TWD    Doc 52    Filed 06/08/26    Ent. 06/08/26 14:32:34    Pg. 12 of 18



## ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/07 | Orig CO Name:Macrina        Orig ID:9000039309 Desc Date:260507 CO Entry Descr:Purchase  Sec:Web    Trace#:122043483539536 Eed:260507   Ind ID:144121027 Ind Name:H Bakers LLC 2064484089 Trn: 1273539536Tc | 63.00 |
| 05/08 | Orig CO Name:Toast Payroll        Orig ID:1161630473 Desc Date:260505 CO Entry Descr:Toast Payrsec:CCD    Trace#:242071754344012 Eed:260508   Ind ID:1161630473 Ind Name:H Bakers LLC                                                                                    H. Bakers LLC Trn: 1284344012Tc | 12,804.66 |
| 05/08 | Orig CO Name:Toast Payroll        Orig ID:1161630473 Desc Date:        CO Entry Descr:Tax Col  Sec:CCD    Trace#:242071754344046 Eed:260508   Ind ID:                     Ind Name:H Bakers LLC                                                                    Payroll Tax Collect Trn: 1284344046Tc | 4,806.30 |
| 05/08 | Orig CO Name:Vehrs Distributi        Orig ID:84-4559960 Desc Date:050726 CO Entry Descr:Fintecheftsec:CCD    Trace#:091000014450332 Eed:260508   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1284450332Tc | 684.83 |
| 05/08 | Orig CO Name:Triple B Corp D/        Orig ID:9216231001 Desc Date:050826 CO Entry Descr:Cons Coll Sec:PPD    Trace#:041001034528427 Eed:260508   Ind ID: Ind Name:Baker's Trn: 1284528427Tc | 313.43 |
| 05/08 | Orig CO Name:American Northwe        Orig ID:20-0676121 Desc Date:050726 CO Entry Descr:Fintecheftsec:CCD    Trace#:091000014450203 Eed:260508   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1284450203Tc | 293.49 |
| 05/08 | 05/08 Online Transfer To  Chk ...3779 Transaction#: 29044532038 | 2,000.00 |
| 05/11 | Orig CO Name:Columbia Dist Ke        Orig ID:26-2863088 Desc Date:050826 CO Entry Descr:Fintecheftsec:CCD    Trace#:091000019338406 Eed:260511   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1319338406Tc | 351.15 |
| 05/11 | Orig CO Name:Fintech.Net        Orig ID:65-0152732 Desc Date:050826 CO Entry Descr:Fintecheftsec:CCD    Trace#:063112149323688 Eed:260511   Ind ID:83-1787627 Ind Name:H. Baker S LLC Trn: 1319323688Tc | 39.00 |
| 05/11 | Orig CO Name:Puget Sound Ener        Orig ID:0000000160 Desc Date:260508 CO Entry Descr:Billpay  Sec:PPD    Trace#:091000015796423 Eed:260511   Ind ID: Ind Name:H. Baker S LLC Trn: 1315796423Tc | 176.24 |
| 05/12 | Orig CO Name:First Insurance        Orig ID:2363437365 Desc Date:        CO Entry Descr:Insurance Sec:CCD    Trace#:071925337738335 Eed:260512   Ind ID:900-106445273 Ind Name:H. Baker's LLC Dba Bak                                                              Pbs ACH Debit Trn: 1327738335Tc | 1,242.41 |
| 05/13 | Orig CO Name:Vinea LLC Dba VI        Orig ID:27-0343143 Desc Date:051226 CO Entry Descr:Fintecheftsec:CCD    Trace#:091408598819836 Eed:260513   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1338819836Tc | 340.50 |
| 05/13 | Orig CO Name:Casa Bruno Washi        Orig ID:33-1615120 Desc Date:051226 CO Entry Descr:Fintecheftsec:CCD    Trace#:091000014290265 Eed:260513   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1334290265Tc | 168.00 |
| 05/13 | Orig CO Name:Rochelois LLC Db        Orig ID:27-4514779 Desc Date:051226 CO Entry Descr:Fintecheftsec:CCD    Trace#:091000014290261 Eed:260513   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1334290261Tc | 162.00 |
| 05/14 | Orig CO Name:Young's Market C        Orig ID:93-1331321 Desc Date:051326 CO Entry Descr:Fintecheftsec:CCD    Trace#:091000014700033 Eed:260514   Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1344700033Tc | 276.11 |
| 05/14 | Orig CO Name:Macrina        Orig ID:9000039309 Desc Date:260514 CO Entry Descr:Purchase  Sec:Web    Trace#:122043486076412 Eed:260514   Ind ID:144321462 Ind Name:H Bakers LLC 2064484089 Trn: 1346076412Tc | 129.00 |
| 05/14 | Orig CO Name:Crate Imprint        Orig ID:6852512986 Desc Date:260514 CO Entry Descr:Cc Paymentsec:PPD    Trace#:121140397634918 Eed:260514   Ind ID:                      Ind Name:Brian Smith Trn: 1347634918Tc | 363.53 |
| 05/15 | Orig CO Name:WA Dept Revenue        Orig ID:9916001118 Desc Date:260513 CO Entry Descr:Tax Pymt  Sec:CCD    Trace#:042000013003579 Eed:260515   Ind ID:17872328 Ind Name:Baker's Trn: 1353003579Tc | 6,158.09 |

Case 26-10388-TWD   Doc 52   Filed 06/08/26   Ent. 06/08/26 14:32:34   Pg. 13 of 18



## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 05/15 | Orig CO Name:Southern Glazer'    Orig ID:26-3425881 Desc Date:051426 CO Entry Descr:Fintecheftsec:CCD  Trace#:091408592987099 Eed:260515  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1352987099Tc | 717.66 |
| 05/15 | Orig CO Name:Triple B Corp D/    Orig ID:9216231001 Desc Date:051526 CO Entry Descr:Cons Coll Sec:PPD  Trace#:041001034625931 Eed:260515  Ind ID: Ind Name:Baker's Trn: 1354625931Tc | 696.13 |
| 05/15 | Orig CO Name:Vehrs Distributi    Orig ID:84-4559960 Desc Date:051426 CO Entry Descr:Fintecheftsec:CCD  Trace#:091000014699166 Eed:260515  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1354699166Tc | 573.89 |
| 05/15 | Orig CO Name:American Northwe    Orig ID:20-0676121 Desc Date:051426 CO Entry Descr:Fintecheftsec:CCD  Trace#:091000014693156 Eed:260515  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1354693156Tc | 314.95 |
| 05/15 | Orig CO Name:Stoup Brewing    Orig ID:45-4785913 Desc Date:051426 CO Entry Descr:Fintecheftsec:CCD  Trace#:091408592987154 Eed:260515  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1352987154Tc | 184.00 |
| 05/15 | 05/15 Online Transfer To Chk ...3779 Transaction#: 29138290332 | 2,000.00 |
| 05/15 | Orig CO Name:Crate Imprint    Orig ID:6852512986 Desc Date:260515 CO Entry Descr:Cc Paymentsec:PPD  Trace#:121140394383843 Eed:260515  Ind ID:        Ind Name:Brian Smith Trn: 1354383843Tc | 500.00 |
| 05/18 | Orig CO Name:Crate Imprint    Orig ID:6852512986 Desc Date:260518 CO Entry Descr:Cc Paymentsec:PPD  Trace#:121140398279911 Eed:260518  Ind ID:        Ind Name:Brian Smith Trn: 1388279911Tc | 250.00 |
| 05/19 | Orig CO Name:Vinea LLC Dba VI    Orig ID:27-0343143 Desc Date:051826 CO Entry Descr:Fintecheftsec:CCD  Trace#:091408593551679 Eed:260519  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1393551679Tc | 263.76 |
| 05/20 | Orig CO Name:Rochelois LLC Db    Orig ID:27-4514779 Desc Date:051926 CO Entry Descr:Fintecheftsec:CCD  Trace#:091000015241190 Eed:260520  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1405241190Tc | 162.00 |
| 05/21 | Orig CO Name:Toast Payroll    Orig ID:1161630473 Desc Date:260519 CO Entry Descr:Toast Payrsec:CCD  Trace#:242071756068430 Eed:260521  Ind ID:1161630473 Ind Name:H Bakers LLC        H. Bakers LLC Trn: 1416068430Tc | 12,566.29 |
| 05/21 | Orig CO Name:Macrina    Orig ID:9000039309 Desc Date:260521 CO Entry Descr:Purchase Sec:Web  Trace#:122043487832397 Eed:260521  Ind ID:144542215 Ind Name:H Bakers LLC 2064484089 Trn: 1417832397Tc | 138.80 |
| 05/22 | Orig CO Name:Toast Payroll    Orig ID:1161630473 Desc Date:    CO Entry Descr:Tax Col Sec:CCD  Trace#:242071759132270 Eed:260522  Ind ID:    Ind Name:H Bakers LLC    Payroll Tax Collect Trn: 1429132270Tc | 4,781.64 |
| 05/22 | Orig CO Name:Vehrs Distributi    Orig ID:84-4559960 Desc Date:052126 CO Entry Descr:Fintecheftsec:CCD  Trace#:091000019255775 Eed:260522  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1429255775Tc | 607.73 |
| 05/22 | Orig CO Name:Triple B Corp D/    Orig ID:9216231001 Desc Date:    CO Entry Descr:Cons Coll Sec:PPD  Trace#:041001039138310 Eed:260522  Ind ID:    Ind Name:Baker's Trn: 1429138310Tc | 405.63 |
| 05/26 | Orig CO Name:Waste Management    Orig ID:9580653001 Desc Date:260522 CO Entry Descr:Payment Sec:CCD  Trace#:021000024943953 Eed:260526  Ind ID:000220867373008    Ind Name:H. Baker's LLC    Log IN To The My Wm Account Page Fo R Payment Details. Trn: 1464943953Tc | 898.04 |
| 05/26 | Orig CO Name:Waste Management    Orig ID:9580653001 Desc Date:260522 CO Entry Descr:Payment Sec:PPD  Trace#:021000024943282 Eed:260526  Ind ID: Ind Name:H. Baker's LLC Trn: 1464943282Tc | 421.98 |
| 05/26 | Orig CO Name:Columbia Dist Ke    Orig ID:26-2863088 Desc Date:052226 CO Entry Descr:Fintecheftsec:CCD  Trace#:091000014966182 Eed:260526  Ind ID:83-1787627 Ind Name:H. Baker's LLC Trn: 1464966182Tc | 139.17 |

Case 26-10388-TWD   Doc 52   Filed 06/08/26   Ent. 06/08/26 14:32:34   Pg. 14 of 18




# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/26 | Orig CO Name:Stoup Brewing      Orig ID:45-4785913 Desc Date:052226 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:091408598958744 Eed:260526   Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 1468958744Tc | 99.00 |
| 05/26 | Orig CO Name:Seattleutilties      Orig ID:1916001275 Desc Date:May 26 CO Entry<br>Descr:Web_Pay  Sec:Web   Trace#:091000016458964 Eed:260526   Ind ID:47215433052426<br>Ind Name:Brian Smith Trn: 1466458964Tc | 732.09 |
| 05/26 | 05/26 Online Transfer To  Chk ...3779 Transaction#: 29227078180 | 2,000.00 |
| 05/27 | Orig CO Name:Gibraltar, LLC A      Orig ID:9000341589 Desc Date:052726 CO Entry<br>Descr:Web Pmts  Sec:CCD   Trace#:081503507253604 Eed:260527   Ind ID:Hlcxvf<br>Ind Name:H. Baker's LLC<br>866-648-1536 Trn: 1477253604Tc | 4,723.02 |
| 05/28 | Orig CO Name:Hospitality Indu      Orig ID:3411786634 Desc Date:260528 CO Entry<br>Descr:Payment  Sec:CCD   Trace#:091000018788918 Eed:260528   Ind ID:Xx015L0Udq3Ixw<br>Ind Name:Benefit Solutions, Inc<br>Es10362-Hit Trn: 1488788918Tc | 1,500.00 |
| 05/28 | Orig CO Name:Macrina      Orig ID:9000039309 Desc Date:260528 CO Entry<br>Descr:Purchase  Sec:Web   Trace#:122043484586395 Eed:260528   Ind ID:144689112<br>Ind Name:H Bakers LLC<br>2064484089 Trn: 1484586395Tc | 87.00 |
| 05/29 | Orig CO Name:Southern Glazer'      Orig ID:26-3425881 Desc Date:052826 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:091000016265705 Eed:260529   Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 1496265705Tc | 1,017.32 |
| 05/29 | Orig CO Name:Vehrs Distributi      Orig ID:84-4559960 Desc Date:052826 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:091000016265757 Eed:260529   Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 1496265757Tc | 780.98 |
| 05/29 | Orig CO Name:Vinea LLC Dba VI      Orig ID:27-0343143 Desc Date:052826 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:242071754400340 Eed:260529   Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 1494400340Tc | 708.58 |
| 05/29 | Orig CO Name:Triple B Corp D/      Orig ID:9216231001 Desc Date:052926 CO Entry<br>Descr:Cons Coll Sec:PPD   Trace#:041001036237818 Eed:260529   Ind ID:<br>Ind Name:Baker's Trn: 1496237818Tc | 520.94 |
| 05/29 | Orig CO Name:Stoup Brewing      Orig ID:45-4785913 Desc Date:052826 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:091408593469481 Eed:260529   Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 1493469481Tc | 184.00 |
| 05/29 | Orig CO Name:Winebow - WA      Orig ID:91-1399865 Desc Date:052826 CO Entry<br>Descr:Fintecheftsec:CCD   Trace#:091000016265778 Eed:260529   Ind ID:83-1787627<br>Ind Name:H. Baker's LLC Trn: 1496265778Tc | 169.38 |
| 05/29 | 05/29 Online Transfer To  Chk ...3779 Transaction#: 29316727643 | 2,000.00 |
| **Total Electronic Withdrawals** | | **$81,044.21** |

# FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | Service Charges For The Month of April | $40.00 |
| **Total Fees** | | **$40.00** |

You were charged a monthly service fee of $40.00 this period. You can avoid this fee in the future by maintaining a relationship balance (combined business deposits) of $35,000.00. Your relationship balance was $9,448.00.

Case 26-10388-TWD    Doc 52    Filed 06/08/26    Ent. 06/08/26 14:32:34    Pg. 15 of 18


## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 05/01 | $7,892.87 | 05/12 | 14,725.86 | 05/21 | 4,112.98 |
| 05/04 | 19,324.90 | 05/13 | 13,322.58 | 05/22 | 330.62 |
| 05/05 | 22,060.83 | 05/14 | 12,553.94 | 05/26 | 13,074.57 |
| 05/06 | 21,688.38 | 05/15 | 2,975.84 | 05/27 | 7,863.08 |
| 05/07 | 21,673.48 | 05/18 | 14,313.41 | 05/28 | 6,276.08 |
| 05/08 | 2,573.94 | 05/19 | 17,271.41 | 05/29 | 2,659.38 |
| 05/11 | 13,473.78 | 05/20 | 16,818.07 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Maintenance Fee | $40.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$40.00** Will be assessed on 6/1/26 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 66 |
| Deposits / Credits | 22 |
| Deposited Items | 0 |
| **Total Transactions** | **88** |

## SERVICE CHARGE DETAIL

| DESCRIPTION Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT**   30996 | | | | | |
| Monthly Service Fee | 1 | | | $40.00 | $40.00 |
| Transactions | 88 | 0 | 88 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$40.00** |
| **Other Fees** | | | | | |
| Currency Straps Ordered | 2 | 0 | 2 | $0.00 | $0.00 |
| Electronic Credits | 22 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 66 | 250 | 0 | $0.50 | $0.00 |
| **Total Service Charge (Will be assessed on 6/1/26)** | | | | | **$40.00** |
| **ACCOUNT**   30996 | | | | | |
| Monthly Service Fee | 1 | | | | |
| Currency Straps Ordered | 2 | | | | |
| Electronic Credits | 22 | | | | |
| Non-Electronic Transactions | 66 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.

Case 26-10388-TWD   Doc 52   Filed 06/08/26   Ent. 06/08/26 14:32:34   Pg. 16 of 18




## CHASE BUSINESS PREMIER SAVINGS

H. BAKER'S LLC                                          Account Numbe          I3900

DBA BAKER'S OR PINA TAQUERIA

## SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.03 |
| **Ending Balance** | 0 | $0.03 |

Annual Percentage Yield Earned This Period                    0.00%

The monthly service fee for this account was waived as an added feature of a linked Chase Performance Business Checking account.

30 deposited items are provided with your account each month.  There is a $0.50 fee for each additional deposited item.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

Case 26-10388-TWD    Doc 52    Filed 06/08/26    Ent. 06/08/26 14:32:34    Pg. 17 of 18



This Page Intentionally Left Blank