Jennifer L. Neeleman, WSBA #37374
Thomas D. Neeleman, WSBA #33980
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Fax: (425) 212-4802
Email: jennifer@neelemanlaw.com
Attorneys for Debtor

The Honorable Timothy W. Dore

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>H. BAKER'S, LLC<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 26-10388<br><br>SUMMARY OF BALLOTS |

COMES NOW the Debtor, H. Baker's, LLC, (herein, "Debtor") pursuant to Local Bankruptcy Rule 3018-1 and hereby submits this Summary of Ballots regarding the Debtor's 2nd Amended Plan of Reorganization ("Plan") filed June 9, 2026.

### **SUMMARY OF BALLOTS**

Debtor's Counsel received 2 rejection votes and no acceptance votes.

**Class 1 - Secured claim of US Small Business Administration:** No Votes Received

**Class 2 – General Unsecured Claims –** 2 Rejection Votes Received

      a)    <u>2 ballots received</u>
          1)    American Express National Bank - $15,028.15
          2)    American Express National Bank - $13,117.77

      b)    <u>Total Claims in Class Two:</u>
          1)    2 ballots received; total value = $28,145.92
          2)    Voting percentage of claims:

Summary of Ballots

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group**

Case 26-10388-TWD    Doc 56    Filed 06/09/26    Ent. 06/09/26 23:10:41    Pg. 1 of 2

-         Total Votes to Accept = $0.00 (0%)
-         Total Votes to Reject = $28,145.92 (100%)

3)     Voting number: 2
-       Voting to Accept = 0 (0%)
-       Voting to Reject = 2 (100%)

At this time, impaired Class 2 has voted to reject the Plan. No votes were received from Class 1.

Dated this 9th day of June, 2026

NEELEMAN LAW GROUP, P.C.


/s/ Jennifer L. Neeleman
Jennifer L. Neeleman
Attorney for Debtor

Summary of Ballots

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group**

Case 26-10388-TWD    Doc 56    Filed 06/09/26    Ent. 06/09/26 23:10:41    Pg. 2 of 2