**Below is the Order of the Court.**

**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

TIMOTHY W. DORE
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

Chapter 11

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

H. Baker's LLC,

Debtor.

Case No. 26-10388-TWD

**ORDER CONFIRMING PLAN**

THIS MATTER came before the Court on the Debtor's request for confirmation of its second amended Chapter 11 plan [Docket No. 54] ("Second Amended Plan"). On May 12, 2026, the Debtor filed an amended plan [Docket No. 40] ("Amended Plan"). On May 13, 2026, the Amended Plan was

ORDER CONFIRMING PLAN - 1

transmitted to creditors and equity security holders. No objections to confirmation of the Amended Plan were filed.

The Court has reviewed and considered the Amended Plan and the Second Amended Plan, and determined that: (1) the Second Amended Plan meets the requirements for confirmation set forth in 11 U.S.C. §§ 1129 and 1191(b), and (2) the changes in the Second Amended Plan do not adversely impact any creditor that did not consent to those changes.

Now, therefore, it is hereby ORDERED that:

1. The Second Amended Plan is confirmed under 11 U.S.C. § 1191(b).

2. The Debtor is authorized to sell assets in accordance with the Asset Purchase Agreement attached as Exhibit B to the Second Amended Plan under 11 U.S.C. § 363(b).

3. Sunset Hill Group, LLC ("Buyer") is a good faith purchaser within the meaning of 11 U.S.C. § 363(m) and entitled to the protections of that section.

4. The Buyer is not a successor to the Debtor.

/// End of Order ///