The Honorable Timothy W. Dore
Chapter 11
Hearing Date:  July 17, 2026
Hearing Time:  9:30 a.m.
Hearing Location: 700 Stewart St, Seattle, WA
8th Floor, Courtroom 8106
Response Date:  July 10, 2026

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Case No. 26-10388-TWD |
| H. BAKER'S LLC, | INTERIM APPLICATION FOR COMPENSATION BY GEOFFREY GROSHONG, SUBCHAPTER V TRUSTEE |
| Debtor. | |

Geoffrey Groshong, Subchapter V Trustee ("Applicant"), for H. Baker's LLC, debtor and debtor-in-possession in the above-captioned case ("Debtor" or "Baker's"), requests entry of an order approving his interim application for compensation in the amount of $3,192.00 and authorizing payment of the awarded compensation (the "Interim Application"), as follows:

**1.    General Information.**

This case was filed as a voluntary chapter 11 proceeding on February 6, 2026 (the "Petition Date").  This Interim Application is Applicant's first request for compensation and reimbursement of expenses, and at least 120 days have passed since the Petition Date as required by 11 U.S.C. § 331.  The order confirming the Debtor's 2nd Amended Plan of Reorganization [Dkt. # 54] (the "Plan") as a non-consensual plan under 11 U.S.C. § 1191(b) was entered on June 11, 2026 [Dkt. # 60] (the "Order Confirming Plan").  Applicant seeks compensation only under 11 U.S.C. § 330, and not any other provision of the bankruptcy code.  The compensation sought

INTERIM APPLICATION FOR COMPENSATION BY GEOFFREY
GROSHONG, SUBCHAPTER V TRUSTEE - 1

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON  98101

will not be shared with another person except as provided in 11 U.S.C. § 504.  Applicant does not anticipate filing any further applications or requesting additional compensation, but reserves the right to file a supplemental application should circumstances warrant such a request.

**2.      Appointment of Applicant.**

Applicant was appointed as the Subchapter V Trustee on February 9, 2026 [Dkt. # 9], has acted in that capacity as all times since, and has fulfilled all duties required of him.

**3.      Terms and Conditions of Appointment and Compensation.**

Applicant's appointment as the Subchapter V Trustee for H. Baker's LLC is not subject to any terms or conditions other than as set forth in 11 U.S.C. § 1183.  Compensation and reimbursement of expenses are subject to court approval, on notice to creditors and a hearing. Except as ordered by the court, there are no limitations on Applicant's fees.

**4.      Advance Fee Deposit.**

Applicant has not received an advance fee deposit in this case.

**5.      Prior Compensation and Reimbursement of Expenses.**

Applicant has received no prior compensation or reimbursement of expenses in this matter.

**6.      Source of Payment.**

Payment shall come from the Debtor pursuant to the confirmed Plan as an administrative expense.  As provided in section 6.01 of the Plan and authorized by the Order Confirming Plan, the reorganized Debtor will pay Applicant's approved fees from the proceeds of sale of the Debtor's assets described in Article IX of the Plan.

**7.      Narrative Summary of Services.**

This narrative provides a narrative summary of the services provided by category.

7.1      <u>Case administration</u>.  Applicant reviewed the petition, including the schedules of assets and liabilities and the statement of affairs, and determined he could accept

INTERIM APPLICATION FOR COMPENSATION BY GEOFFREY
GROSHONG, SUBCHAPTER V TRUSTEE - 2

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON  98101

Case 26-10388-TWD    Doc 69    Filed 06/24/26    Ent. 06/24/26 10:32:56    Pg. 2 of 17

appointment as the Subchapter V trustee. Applicant prepared his verified statement, communicated with counsel for the U.S. Trustee and for the Debtor regarding the case, including scheduling the initial debtor interview and the first meeting of creditors, and attended the initial debtor interview on February 12, 2026. Applicant reviewed the Debtor's monthly operating reports, and generally monitored the filings in this case.

Time spent on this matter is set forth on Exhibit 1 on pages 1 and 2.

| Attorney and Paralegal | Hours | Fees |
|---|---|---|
| Geoffrey Groshong | 1.7 | $ 807.50 |
| Kalen Daniels | 1.3 | $ 247.00 |
| TOTAL HOURS: | 3.0 | $1,054.50 |

7.2 Fee applications. Applicant spent time preparing this Interim Application. Time spent on this matter is set forth on Exhibit 1 on page 2.

| Attorney and Paralegal | Hours | Fees |
|---|---|---|
| Geoffrey Groshong | 0.5 | $237.50 |
| Kalen Daniels | 2.3 | $437.00 |
| TOTAL HOURS: | 2.8 | $674.50 |

7.3 Financing. Applicant prepared for and attended the hearings on Debtor's first-day motions to pay prepetition payroll and related expenses and to continue using existing bank accounts and cash management system on February 13, 2026.

Time spent on this matter is set forth on Exhibit 1 on page 2.

| Attorney and Paralegal | Hours | Fees |
|---|---|---|
| Geoffrey Groshong | 0.3 | $142.50 |

7.4 Meetings of creditors. Applicant prepared for and attended the first meeting of creditors on March 11, 2026.

///

///

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Time spent on this matter is set forth on Exhibit 1 on page 2.

| Attorney and Paralegal | Hours | Fees |
|---|---|---|
| Geoffrey Groshong | 0.4 | $190.00 |

7.5 <u>Motions for relief</u>. Applicant reviewed the Debtor's stipulation for relief with Auris Payroll Solutions and the motion seeking an order approving the stipulation, which allowed Auris Payroll to set off its scheduled claim against funds it had on hand.

Time spent on this matter is set forth on Exhibit 1 on page 2.

| Attorney and Paralegal | Hours | Fees |
|---|---|---|
| Geoffrey Groshong | 0.1 | $47.50 |
| Kalen Daniels | 0.2 | $38.00 |
| TOTAL HOURS: | 0.3 | $85.50 |

7.6 <u>Plan</u>. Applicant reviewed the order setting the status conference and calendared all dates and deadlines, prepared for and attended the status conference on March 27, 2026, reviewed Debtor's original plan of reorganization and first amended plan of reorganization, and analyzed the order setting the plan confirmation hearing and all related dates. Applicant communicated with counsel for the Debtor regarding concerns and questions regarding the first amended plan, reviewed the pleadings in support of plan confirmation, analyzed the order confirming the second amended plan, and calculated and calendared all related dates.

Time spent on this matter is set forth on Exhibit 1 on page 3.

| Attorney and Paralegal | Hours | Fees |
|---|---|---|
| Geoffrey Groshong | 1.8 | $ 855.00 |
| Kalen Daniels | 1.0 | $ 190.00 |
| TOTAL HOURS: | 2.8 | $1,045.00 |

INTERIM APPLICATION FOR COMPENSATION BY GEOFFREY GROSHONG, SUBCHAPTER V TRUSTEE - 4

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 26-10388-TWD   Doc 69   Filed 06/24/26   Ent. 06/24/26 10:32:56   Pg. 4 of 17

**8.  Itemized Time Record of Services and Expenses for Which Compensation and Reimbursement are Requested.**

Applicant has spent 9.6 hours acting as the Subchapter V Trustee for H. Baker's LLC since his appointment on February 9, 2026, as set forth in detail on the statement of time and services attached hereto as Exhibit 1 and summarized below.

**FEES**

| Attorneys | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Geoffrey Groshong | $475.00 | 4.8 | $2,280.00 |

| Paraprofessionals | Hourly Rate | Hours | Fees |
|---|---|---|---|
| Kalen Daniels | $190.00 | 4.8 | $ 912.00 |

| **TOTAL FEES** | | **9.6** | **$3,192.00** |
|---|---|---|---|

The hourly rates set forth above are commensurate to or less than the current hourly rate charged by such persons for nonbankruptcy work.  Applicant's hourly rate changes from time to time in the ordinary course of business, and are reflected above.

Applicant reserves the right to supplement this Interim Application.  However, unless circumstances arise under which substantial time and effort are required after the date of this Interim Application, Applicant does not anticipate seeking additional compensation or reimbursement of expenses.

**9.  Other Professionals.**

Other professionals employed in this case include Neeleman Law Group, P.C., as counsel for H. Baker's LLC, employed by court order entered March 24, 2026 [Dkt. # 33].

**10.  Case Status.**

The Plan is a non-consensual Plan and the Order Confirming Plan was entered June 11, 2022.  Although his duties are largely concluded, Applicant will continue to serve as the Chapter 11 Subchapter V Trustee until the Plan has been substantially consummated and a final decree is entered.  Substantial consummation is defined in the Plan as "commencement of

INTERIM APPLICATION FOR COMPENSATION BY GEOFFREY
GROSHONG, SUBCHAPTER V TRUSTEE - 5

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON  98101

Case 26-10388-TWD   Doc 69   Filed 06/24/26   Ent. 06/24/26 10:32:56   Pg. 5 of 17

monthly payments as set forth above in Article VI and as defined by 11 U.S.C. §1101." Plan, section 10.06.

**11.    No Fee Sharing Agreement.**

Geoffrey Groshong declares, under the laws of the United States of America and pursuant to 28 U.S.C. §1746, that he has no fee sharing agreement with any party.

**12.    Summary Sheet.**

Attached hereto as Exhibit 2 is a summary sheet as required by paragraph (b)(3) of the U.S. Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 (Reprinted at 28 C.F.R. Part 58, Appendix).

**13.    Conclusion.**

Based on the foregoing, Applicant requests that the court approve his fees in the amount of $3,192.00. Applicant further requests that the Debtor be authorized to pay such fees out of funds generated by the reorganized Debtor's operations and as contemplated in the confirmed Plan. A proposed form of order approving this Interim Application is attached as Exhibit 3.

DATED this 24th day of June, 2026.


*/s/ Geoffrey Groshong*
Geoffrey Groshong
WSB No. 6124
Subchapter V Trustee

*[The rest of this page intentionally left blank.]*

INTERIM APPLICATION FOR COMPENSATION BY GEOFFREY
GROSHONG, SUBCHAPTER V TRUSTEE - 6

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

Case 26-10388-TWD    Doc 69    Filed 06/24/26    Ent. 06/24/26 10:32:56    Pg. 6 of 17

DECLARATION AND CERTIFICATION

I, Geoffrey Groshong, hereby declare and certify as follows:

1.      I am the Subchapter V Trustee for H. Baker's LLC.  I was appointed on February 9, 2026 [Dkt. # 9], have acted in that capacity as all times since, and have fulfilled all duties required of me.

2.      The Debtor's 2nd Amended Plan of Reorganization [Dkt. # 54] was confirmed as a nonconsensual plan on June 11, 2026 [Dkt. # 60].

3.      I have read the foregoing Interim Application and Exhibits 1 through 3 attached hereto.

4.      I have personal knowledge of the facts set forth above, which are true and correct to the best of my knowledge.

5.      To the best of my knowledge, the time spent on this case is accurately and correctly set forth on the attached Exhibit 1.

6.      I reserve the right to supplement this Interim Application.  However, unless circumstances arise under which substantial time and effort are required after the date of this Interim Application, I do not expect to seek additional compensation or reimbursement of expenses.

I declare on penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

SIGNED this 24th day of June, 2026, at Seattle, Washington.


*/s/ Geoffrey Groshong*
Geoffrey Groshong
WSB No. 6124

INTERIM APPLICATION FOR COMPENSATION BY GEOFFREY
GROSHONG, SUBCHAPTER V TRUSTEE - 7

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON  98101

Case 26-10388-TWD    Doc 69    Filed 06/24/26    Ent. 06/24/26 10:32:56    Pg. 7 of 17

# Exhibit 1



Invoice submitted to:
H. Baker's LLC
6408 32nd Ave NW
Seattle, WA 98107

3706 42nd Ave SW
Seattle, WA 98116

600 Stewart Street, Suite 1300
Seattle, WA 98101

June 24, 2026

Invoice # 10896
In Reference To: Subchapter V Trustee
Case No. 26-10388

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Case administration** | | |
| 2/9/2026 | KND | Prepare verified statement, file e-mails, prepare casesheet, e-mail to Ryan Moore, Young-Mi Petteys, and Katie Scarberry with verified statement and dates not available for initial debtor interview, calendar first meeting of creditors and plan filing deadline, run corporate information searches and UCC filings searches, open new file (.8) | 0.80 190.00/hr | 152.00 |
| | GG | E-mail from Ryan Moore re new Subchapter V case, review schedules and statements, e-mail to Ryan Moore re no conflicts, verified statement forthcoming, discuss scheduling of first meeting of creditors (.2) | 0.20 475.00/hr | 95.00 |
| 2/10/2026 | KND | Review and file e-mails, calendar initial debtor interview, calendar first meeting of creditors, download debtor's documents for initial debtor interview (.2) | 0.20 190.00/hr | 38.00 |
| 2/11/2026 | KND | Download and review recently filed pleadings, calendar hearings on first-day motions (.3) | 0.30 190.00/hr | 57.00 |
| 2/12/2026 | GG | Prepare for initial debtor interview, e-mail to Thomas Neeleman and Jennifer Neeleman with questions (.6); telephone call with Jennifer Neeleman re overview (.1); attend initial debtor interview (.4) | 1.10 475.00/hr | 522.50 |
| 5/14/2026 | GG | Read March monthly operating report (.1) | 0.10 475.00/hr | 47.50 |
| 6/8/2026 | GG | Read April 2026 monthly report (.1) | 0.10 475.00/hr | 47.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/9/2026 | GG | Read May 2026 monthly report (.2) | 0.20<br>475.00/hr | 95.00 |
| | | **SUBTOTAL:** | [        3.00 | 1,054.50] |

### Fee applications

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/12/2026 | KND | Prepare draft invoice (.1) | 0.10<br>190.00/hr | 19.00 |
| | GG | Review and comment on draft invoice for use in preparing fee application (.1) | 0.10<br>475.00/hr | 47.50 |
| 6/18/2026 | KND | Draft interim fee application, U.S. Trustee summary, notice of hearing, and proposed order (1.4) | 1.40<br>190.00/hr | 266.00 |
| | GG | Review interim application, invoice, and proposed order (.2) | 0.20<br>475.00/hr | 95.00 |
| 6/24/2026 | KND | Revise and finalize interim fee application, notice of hearing, and proposed order, e-mail to Geoff Groshong with final form of interim fee application and related pleadings (.6); file interim fee application and notice of hearing (.2) | 0.80<br>190.00/hr | 152.00 |
| | GG | Review final form of interim fee application, notice of hearing, proposed order, and invoice, and approve for filing (.2) | 0.20<br>475.00/hr | 95.00 |
| | | **SUBTOTAL:** | [        2.80 | 674.50] |

### Financing

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/13/2026 | GG | Attend hearings on first-day motions (.3) | 0.30<br>475.00/hr | 142.50 |
| | | **SUBTOTAL:** | [        0.30 | 142.50] |

### Meetings of creditors

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/11/2026 | GG | Attend first meeting of creditors (.4) | 0.40<br>475.00/hr | 190.00 |
| | | **SUBTOTAL:** | [        0.40 | 190.00] |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

### Motion for relief

| 5/27/2026 GG | Read motion to approve stipulation for relief from stay (.1) | | 0.10 475.00/hr | 47.50 |
| 5/31/2026 KND | Accept service of and review debtor's motion to approve stipulation for relief from stay (.1) | | 0.10 190.00/hr | 19.00 |
| 6/1/2026 KND | Calendar hearing date, response deadline, and reminders re debtor's motion to approve stipulation for relief from stay (.1) | | 0.10 190.00/hr | 19.00 |
| | SUBTOTAL: | | [      0.30 | 85.50] |

### Plan

| 2/13/2026 KND | Review order setting status conference, related dates, and claims bar date, calendar all dates and deadlines (.2) | | 0.20 190.00/hr | 38.00 |
| 3/16/2026 GG | Read pre-status conference report (.1) | | 0.10 475.00/hr | 47.50 |
| 3/27/2026 GG | Prepare for (.1) and attend (.2) status conference | | 0.30 475.00/hr | 142.50 |
| 5/10/2026 KND | Accept service of and review plan of reorganization (.2) | | 0.20 190.00/hr | 38.00 |
| 5/12/2026 KND | Accept service of and review first amended plan of reorganization (.2) | | 0.20 190.00/hr | 38.00 |
| 5/13/2026 KND | Accept service of and review order setting plan confirmation hearing and related deadlines, calendar hearing date, response deadline, and reminders (.2) | | 0.20 190.00/hr | 38.00 |
| 5/14/2026 GG | Read amended plan of reorganization and e-mail to Jennifer Neeleman with comments (.6); e-mail from Jennifer Neeleman in response (.1) | | 0.70 475.00/hr | 332.50 |
| 6/2/2026 GG | Read plan, e-mail to Jennifer Neeleman with question about treatment of the lease (.3) | | 0.30 475.00/hr | 142.50 |
| 6/11/2026 GG | Read declaration in support of confirmation, summary on balloting, pre-confirmation report, and order confirming plan (.4) | | 0.40 475.00/hr | 190.00 |
| KND | Accept service of and review court's order confirming plan and debtor's proposed order denied due to order prepared by court, analyze second amended plan, calculate and calendar plan effective date, deadline for buyer to make payment to Neeleman Law Group pursuant to purchase | | 0.20 190.00/hr | 38.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| and sale agreement, and deadline for Neeleman Law Group to distribute sale proceeds (.2) | | |
| SUBTOTAL: | [ 2.80 | 1,045.00] |
| For professional services rendered | 9.60 | $3,192.00 |
| Balance due | | $3,192.00 |

In re H. Baker's LLC
Case No. 26-10388-TWD

# Exhibit 2

| | | | |
|---|---|---|---|
| IN RE | CHAPTER 11 | Fees Previously Requested | $0.00   Applicant: Geoffrey Groshong |
| | | Fees Previously Awarded | $0.00   Role in Case:  Subchapter V Trustee |
| H. BAKERS LLC, | Case No. 26-10388 | Expenses Previously Requested | $0.00 |
| | | Expenses Previously Awarded | $0.00 |
| | | Retainer Paid | $0.00 |
| Debtor. | | | |

CURRENT APPLICATION
Fees Requested            $3,192.00
Expenses Requested           $0.00

FEE APPLICATION

| Names of Professionals/ Paraprofessionals | Year Admitted to Practice | Hours Billed Current Application | Hourly Rate | Total for Application |
|---|---|---|---|---|
| Shareholders/Principals | | | | |
| Geoffrey Groshong | 1975 | 4.8 | $475.00 | $2,280.00 |
| | | | | |
| Paraprofessionals | | | | |
| Kalen Daniels | | 4.8 | $190.00 | $ 912.00 |
| | | | | |
| Total | | 9.6 | | $3,192.00 |

TOTAL BLENDED HOURLY RATE      $475.00
(Excluding Paraprofessionals)

# Exhibit 3

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Case No. 26-10388-TWD |
| H. BAKER'S LLC | **[PROPOSED]** ORDER APPROVING INTERIM APPLICATION FOR COMPENSATION BY GEOFFREY GROSHONG, SUBCHAPTER V TRUSTEE |
| Debtor. | |

This matter came before the court on the interim application of Geoffrey Groshong, Subchapter V trustee ("Groshong") for H. Baker's, seeking entry of an order approving and awarding final compensation in the amount of $3,192.00 and authorizing payment pursuant to the confirmed plan of reorganization [Dkt. # 54] (the "Interim Application"). The court having read the Interim Application, the declaration of Geoffrey Groshong in support of and attached to the Interim Application, the notice of hearing on the Interim Application [Dkt. # __], the Certificate of Service filed by the Bankruptcy Noticing Center [Dkt. # __], any responses to the Interim Application, any replies in support of the Interim Application, and the files and records herein; it appearing to the court that notice of the Interim Application is adequate and proper in the circumstances of this case; and that good cause exists to grant the Interim Application; now, therefor,

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON 98101

1. The Interim Application is granted.

2. Groshong is awarded interim compensation in the amount of $3,192.00.

3. The Debtor, H. Baker's LLC, is authorized and directed to pay the compensation awarded to Groshong pursuant to the terms of the confirmed Plan of Reorganization [Dkt. # 54].

/ / / End of Order \ \ \

Presented by:

_____

Geoffrey Groshong
WSB No. 6124
Subchapter V Trustee

ORDER APPROVING INTERIM APPLICATION FOR COMPENSATION
BY GEOFFREY GROSHONG, SUBCHAPTER V TRUSTEE - 2

**GROSHONG LAW PLLC**
T: 206.508.0585
600 STEWART STREET, SUITE 1300
SEATTLE, WASHINGTON  98101

Case 26-10388-TWD    Doc 69    Filed 06/24/26    Ent. 06/24/26 10:32:56    Pg. 17 of 17